WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW &
VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711
Phone: (520) 790-5828
Fax: (520) 745-1279

Kasey C. Nye (SB #020610)
knye@waterfallattorneys.com
Cindy K. Schmidt (SB #029659)
cschmidt@waterfallattorneys.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BREAULT RESEARCH ORGANIZATION, INC., an Arizona Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No.: 4:19-bk-08754-BMW<br><br>**APPLICATION TO EMPLOY WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C. AS LEGAL COUNSEL FOR DEBTOR** |

Debtor BREAULT RESEARCH ORGANIZATION, INC., an Arizona corporation ("Debtor"), the debtor in possession in this Chapter 11 proceeding (the "Bankruptcy Case"), respectfully asks the Court to enter an Order under 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014 appointing Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C. (the "Waterfall Law Firm") as legal counsel for Debtor in the Bankruptcy Case, including all related proceedings.

**I.     Employment of the Waterfall Law Firm is Proper**

   **A.     Employment of an Attorney is Necessary**

Debtor must appear in this Bankruptcy Case in order to satisfy the requirements

of Chapter 11, including filing and confirming a plan of reorganization. But Debtor, an Arizona corporation, may not appear in this Court other than through a licensed attorney. *See, e.g.*, *Licht v. Am. W. Airlines (In re Am. W. Airlines)*, 40 F.3d 1058, 1059 (9th Cir. 1994). Accordingly, employment of an attorney to appear on behalf of Debtor is proper and necessary so that Debtor may satisfy the requirements of Chapter 11, including filing and confirming a plan of reorganization.

### B. There are Good Reasons for Selecting the Waterfall Law Firm

Debtor wishes to retain the Waterfall Law Firm to represent it in this Bankruptcy Case and related proceedings, with attorney Kasey C. Nye of the Waterfall Law Firm as the attorney primarily responsible for this matter. Debtor selected the Waterfall Law Firm due to Mr. Nye's background, knowledge, and experience representing debtors and creditors in Chapter 11 reorganizations. Debtor believes that the Waterfall Law Firm is qualified to effectively represent its interests as the debtor in possession in this Bankruptcy Case, including related proceedings, and assist the Debtor in exercising its rights and fulfilling its responsibilities under Chapter 11.

### C. Scope of Services to Be Rendered

The legal services to be rendered by the Waterfall Law Firm include the following:

1. Advise the Debtor, as the debtor in possession, regarding its rights and responsibilities in operating its business and managing its property;

2. Prepare, on behalf of Debtor, necessary applications, answers, orders, reports, and other legal papers;

3. Apply for a cash collateral order, if necessary;

4. Prepare and file a Disclosure Statement and Plan of Reorganization; and

5. Perform all other legal services for the Debtor that may be necessary in

the Bankruptcy Case and related proceedings.

**D. Proposed Compensation Arrangement**

The Waterfall Law Firm agrees to provide legal services to Debtor at the following hourly rates:

| Professional | Hourly Rate |
|---|---|
| **Attorneys** | |
| Kasey C. Nye | $300 |
| Cindy K Schmitt | $275 |
| Cassandra Meynard | $275 |
| **Paralegals** | |
| Briana Oliver | $150 |
| Shawna Lewellen | $150 |

In addition, the Waterfall Law Firm will seek full reimbursement of all reasonably incurred expenses, including without limitation travel costs, courier and express mail costs, special or hand deliveries, copying costs, document processing, court fees, transcript costs, and other expenses.

The Waterfall Law Firm will seek compensation as provided by any applicable provision under the Bankruptcy Code, Bankruptcy Rules, Local Rules of this Court, any Order regarding professional compensation entered in this Bankruptcy Case, and this Court's approval.

By this Application, the Waterfall Law Firm requests permission to file interim fee applications pursuant to 11 U.S.C. §331.

**E. The Waterfall Law Firm is Disinterested**

As explained in the *Verified Statement of Kasey C. Nye, Esq. In Support of Application to Employ Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C.* (the "Supporting Verification"), submitted herewith, the Waterfall Law Firm does not

represent any matter adverse to the Debtor or the estate in the Bankruptcy Case. The Waterfall Law Firm is not a creditor, equity security holder, or an insider of the Debtor. The Waterfall Law Firm is not, and was not within 2 years before the date of the filing of the Voluntary Petition, a director, officer, or employee of the Debtor.

Connections between the Waterfall Law Firm and the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee included the following:

1. **Wells Fargo Bank, N.A., Including Affiliates and Subsidiaries ("Wells Fargo").** Wells Fargo is an unsecured creditor in the Reorganization Case. The Waterfall Law Firm has provided legal services to Wells Fargo in a variety of matters, all of which are unrelated to the Debtor, the estate, this Reorganization Case, or related proceedings. The Waterfall Law Firm is in receipt of a *Waiver of Conflict of Interest*, dated July 9, 2019 and signed by the Debtor and submitted to Wells Fargo, in which both Debtor and Wells Fargo acknowledge the aforementioned conflict and their right to seek independent legal advice as to the conflict, waive the conflict, and agree that the Waterfall Law Firm may represent Debtor in the Reorganization Case, including any related proceedings.

2. **Dodge Capital LLC.** Dodge Capital LLC is a secured creditor in this Reorganization Case, holding a small claim secured by a piece of equipment. The Waterfall Law Firm represents, or has represented certain entities owned by Dodge Capital, but not Dodge Capital itself. The representations does not give rise to a conflict of interests, or affect whether the Waterfall Firm is disinterested.

3. **Mesch, Clark & Rothschild P.C. ("Mesch Clark").** Mesch Clark is an unsecured creditor in the Reorganization Case. The Waterfall Law Firm provided

legal services to Mesch Clark during the 1980's and 1990's on matters unrelated to the Debtor, the estate, this Reorganization Case, or related proceedings. The Waterfall Law Firm's representation of Snell & Wilmer has since ended.

4. **Snell & Wilmer, L.L.P ("Snell & Wilmer").** Snell & Wilmer is an unsecured creditor in the Reorganization Case. Around 2013, the Waterfall Law Firm provided legal services to Snell & Wilmer in a matter unrelated to the Debtor, the estate, this Reorganization Case, or related proceedings. The Waterfall Law Firm's representation of Snell & Wilmer has since ended. Taking into account the foregoing connections, the Waterfall Law Firm does not hold or represent an interest adverse to the estate, and is a "disinterested person" as that term is defined in 11 U.S.C. §101(14), and therefore meets the requirements for the employment of professional persons under 11 U.S.C. §327(a).

**II. Conclusion**

Based on the foregoing, Debtor respectfully requests entry of an Order:

A. Approving the employment of the Waterfall Law Firm as legal counsel for Debtor in the Bankruptcy Case, including related proceedings; and

B. Granting such other relief as the Court deems fit under the circumstances.

DATED July 24, 2019.

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.

By: */s/ Kasey C. Nye (#020610)*
    Kasey C. Nye
    Cindy K. Schmidt
    *Attorneys for Debtor*