THIS ORDER IS APPROVED.

Dated: July 31, 2019



Brenda Moody Whinery, Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

BREAULT RESEARCH ORGANIZATION, INC., an Arizona Corporation,

Debtor.

Chapter 11

Case No.: 4:19-bk-08754-BMW

**ORDER APPROVING EMERGENCY MOTION TO PAY PRE-PETITION WAGES**

This matter came before the Court on the *Emergency Motion to Pay Pre-petition Wages* [Doc 5] filed by BREAULT RESEARCH ORGANIZATION, INC. ("BRO" or the "Debtor"), the debtor and debtor-in-possession in the above captioned Chapter 11 reorganization case (the "Reorganization") seeking authority under 11 U.S.C. §§ 105(a), 363(b), and 507(a) to pay certain wages (up to the statutory cap of $13,650) that accrued pre-petition to employees that are continuing to serve the Debtor during the Reorganization (the "Motion"). Pursuant to the its *Order Setting Expedited Hearing* [Doc 12] the Court conducted an emergency hearing on the Motion on accelerated notice on July 30, 2019 at 11:00 a.m. MST (the "Emergency Hearing"). As reflected in the Certificate of Service filed with the Court on July 19, 2019, the Debtor served the Motion, and the Order Setting Expedited Hearing and a Notice of Hearing on all creditors on the Master Mailing List on July 19, 2019. The United States Trustee filed a limited objection

to the Motion. At the Expedited Hearing, the Debtor proposed modifications to the relief requested that were acceptable to the U.S. Trustee and the Court. The Court having reviewed the Debtors' Motion, adequate and proper notice having been provided; the Court having considered the arguments of counsel; and good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Debtors' Motion is granted.

2. The Debtors are authorized to pay prepetition employee wages and salaries, as well as related obligations, honor unused accrued paid time off obligations in the ordinary course of business, so long as the consideration to each employee does not exceed the statutory cap of $13,650 set forth in 11 U.S.C. § 507(a)(4).

3. The Debtor may not pay pre-petition wages to Robert Breault, who, as a Director of the BRO, is an insider. Nor may the Debtor make any cash payouts of sick time or vacation paid time off obligations.

4. The Debtors authorized to reimburse its employees for certain business expense obligations incurred in the scope of their employment.

**DATED AND SIGNED ABOVE**

Order Prepared and Submitted by:

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.

By: /s/ Kasey C. Nye (#020610)
    Kasey C. Nye
    *Attorneys for Debtor*

Approved as to form and content:

ILENE J. LASHINSKY
United States Trustee District of Arizona

By: /s/ Christopher J. Pattock (#009797)    7/31/19
    CHRISTOPHER J. PATTOCK
    Trial Attorney

2