Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/01/2019    ✖ /s/ Matthew Pobloske
      MM / DD / YYYY    Signature of individual signing on behalf of debtor

                        Matthew Pobloske
                        Printed name

                        President
                        Position or relationship to debtor

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

## Part 1:  Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................

   $ _____323,052.73

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................

   $ _____323,052.73

---

## Part 2:  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ _____160,229.79

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

   $ _____203,726.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................................

   **+** $ _____3,036,297.68

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b

   $ _____3,400,253.47

Debtor name _Breault Research Organization, Inc_

United States Bankruptcy Court for the: _District of Arizona_

Case number (If known): _4:19-bk-08754-BMW_

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Pacific Premiere Bank | Checking | 3  1  7  8 | $ 52,395.41 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
| --- | --- |
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 52,395.41

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1. Employee Service Group | $ 642.00 |
| 7.2. See continuation sheet | $ 16,033.82 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Flowers, Reiger & Associates _____ $ 5,000.00

8.2. See continuation sheet _____ $ 27,529.00

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ 49,204.82

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 173,379.50 | – | 0.00 | = ....... ➜ | $ 173,379.50 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ....... ➜ | $ 0.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ 173,379.50

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | _____ | $ _____ |
| 14.2. | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. Breault International, Inc. | 100 % | Inactive business | $ 0.00 |
| 15.2. _____ | _____ % | _____ | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. | _____ | $ _____ |
| 16.2. | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $ 0.00

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Furniture and Fixtures | $ 92,779.21 | Cost | $ 9,278.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and Accessories | $ 238,923.00 | Cost/Depreciation | $ 12,890.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 22,168.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Various Lab Eqquipment

| | | | |
|---|---|---|---|
| | $ 329,500.00 | Depreciation Schedul | $ 10,446.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 10,446.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   2175 E Valencia Rd | Lessee/Tenant | $ 0.00 | | $ 0.00 |
| 55.2   4400 E Broadway, Suites 10 and 500 | Lesee | $ 8,500.00 | | $ 0.00 |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

     $ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>ASAP Trademark, APEX Trademark, Reflectorcad Trademark, BRC | $ 20,445.00 | Cost | Unknown |
| **61. Internet domain names and websites**<br>Breault.com | $ 0.00 | | $ 0.00 |
| **62. Licenses, franchises, and royalties**<br>Computer Software | $ 54,305.00 | Cost/Depreiciation | $ 2,459.00 |
| **63. Customer lists, mailing lists, or other compilations**<br>ASAP, APEX customer lists | $ 0.00 | | Unknown |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

     $ 2,459.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   - ☐ No
   - ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   - ☑ No
   - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)
   See continuation sheet

   24,040.00 — 11,040.00 = ➔  $ 13,000.00
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Charles Luebbering Claims    $ Unknown

   **Nature of claim**    Breach of Fiduciary Duty Claims Agair
   **Amount requested**    $ 150,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    $_____

   **Nature of claim**    _____
   **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

   _____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____    $_____
   _____    $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.    $ 13,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   - ☑ No
   - ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 52,395.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 49,204.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 173,379.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 22,168.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 10,446.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 2,459.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 13,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 323,052.73 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....... 323,052.73 ....................    $ 323,052.73

## Continuation Sheet for Official Form 206 A/B

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| **4400 Broadway LLC** | $15,533.82 |
| **UPS** | $500.00 |

**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | |
|---|---|
| **Frontier Manufacturing** | $11,989.00 |
| **JSX** | $15,540.00 |

**71) Notes receivable**

| | | | |
|---|---|---|---|
| **Breault Internation** | 11,040.00 | 11,040.00 | 0.00 |
| **Carey Portnoy** | 1,800.00 | 0.00 | 1,800.00 |
| **Gary Peterson** | 3,000.00 | 0.00 | 3,000.00 |
| **Preston McCormick** | 1,200.00 | 0.00 | 1,200.00 |
| **Charles Luebbering** | 3,700.00 | 0.00 | 3,700.00 |
| **William Donnelly** | 3,300.00 | 0.00 | 3,300.00 |

**Fill in this information to identify the case:**

Debtor name _____ Breault Research Organization, Inc

United States Bankruptcy Court for the: __District of Arizona__

Case number (If known): _____ 4:19-bk-08754-BMW _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | **Creditor's name**
Dodge Capital LLC

**Describe debtor's property that is subject to a lien**

Optics Table

$ 7,500.00 | $ 10,000.00

**Creditor's mailing address**

4940 N CALLE FAJA

Tucson, AZ 85718

**Creditor's email address, if known**
_____

**Date debt was incurred**   07/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | **Creditor's name**
EUKAIPIA VENTURES, LLC

**Describe debtor's property that is subject to a lien**

$152,729.79 | $0.00

**Creditor's mailing address**
6622 N Longfellow Drive
Tucson, AZ 85718

**Creditor's email address, if known**
_____

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 160,229.79

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Breault, Robert
5923 E Seneca

Tucson, AZ, 85712

**As of the petition filing date, the claim is:** $ 19,463.85    $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** | **Priority creditor's name and mailing address**
Breeding, Mary
7161 E 42nd Street

Tucson, AZ, 85730

**As of the petition filing date, the claim is:** $ 6,420.00    $ 6,420.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** | **Priority creditor's name and mailing address**
Donnelly III, William
2535 Dos Hombres

Tucson, AZ, 85715

**As of the petition filing date, the claim is:** $ 20,583.35    $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** Priority creditor's name and mailing address
Fink, Mark
632 N Jasmine Pl

Tucson, AZ, 85710

**Total claim** $ 27,408.35   **Priority amount** $ 13,650.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.5** Priority creditor's name and mailing address
Garcia, Kevin
8261 E Placita Del Oso

Tucson, AZ, 85750

**Total claim** $ 30,558.35   **Priority amount** $ 13,650.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.6** Priority creditor's name and mailing address
Hall, Wayne
580 N 5th Street

Union, OR, 97883

**Total claim** $ 8,160.00   **Priority amount** $ 8,160.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.7** Priority creditor's name and mailing address
Hart, Donna
4021 Bliss Canyon Court

Las Vegas, NV, 89129

**Total claim** $ 13,000.00   **Priority amount** $ 13,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|--|--|--|

**2.8   Priority creditor's name and mailing address**

Herlocker, Jon
8777 E Corte Caida Del Sol

Tucson, AZ, 85715

$ 20,833.35          $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9   Priority creditor's name and mailing address**

Joozapaitis, Linda
6607 E Calle De San Alberto

Tucson, AZ, 85710

$ 17,856.65          $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10   Priority creditor's name and mailing address**

McClellan, Paul
8612 E Mabel Place

Tucson, AZ, 85715

$ 16,683.35          $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11   Priority creditor's name and mailing address**

Peterson, Gary
15091 346th St

Center city, MN, 55012

$ 22,758.75          $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
4400 Broadway LLC
PO Box 714733

Cincinnati, OH, 45271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 296,562.90

**Date or dates debt was incurred**   2018-03-23

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
4400 Broadway LLC
3422 E SUNNYSIDE DR
Phoenix, AZ, 85028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Landlord

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
A-1 FAB, Inc.
3137 E President St

Tucson, AZ, 85714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 950.00

**Date or dates debt was incurred**   2016-09-30

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Argus Machine
3220 E Lincoln St

Tucson, AZ, 85714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 5,150.00

**Date or dates debt was incurred**   2016-10-13

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Axis Recruiting Solutions
3849 E Broadway Blvd #299

Tucson, AZ, 85716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 456.46

**Date or dates debt was incurred**   2017-09-11

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Bank of America Loan
PO box 660576

Dallas, TX, 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 5,077.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7 **Nonpriority creditor's name and mailing address**

Bank Of America-Visa
PO Box 15019

Wilmington, DE, 19886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      2014-06-22

Last 4 digits of account number

$ 31,247.14

---

**3.** 8 **Nonpriority creditor's name and mailing address**

Barcelo, Jose
5238 W Golden Vista Way

Tucson, AZ, 85713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 32.00

---

**3.** 9 **Nonpriority creditor's name and mailing address**

BREI Law Firm
4574 N First Ave STE 150

Tucson, AZ, 85718

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      2017-03-31

Last 4 digits of account number

$ 1,685.52

---

**3.** 10 **Nonpriority creditor's name and mailing address**

Charles Luebbering
6622 N Longfellow Drive

Tucson, AZ, 85718

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      2011-12-14

Last 4 digits of account number

$ 31,599.80

---

**3.** 11 **Nonpriority creditor's name and mailing address**

Chase Card Services
PO Box 94014

Palatine, IL, 60094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      2016-02-22

Last 4 digits of account number

$ 22,657.15

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Chase Line of Credit
PO box 78039

Phoenix, AZ, 85052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 104,092.17

---

**3.13** **Nonpriority creditor's name and mailing address**

Cheong, Kit
8901 E Seneca St

Tucson, AZ, 85715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,931.82

---

**3.14** **Nonpriority creditor's name and mailing address**

Clements Agency, LLC
6245 E Broadway Blvd STE 310

Tucson, AZ, 85711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred __2016-12-14__

Last 4 digits of account number _____

$ 1,748.17

---

**3.15** **Nonpriority creditor's name and mailing address**

Compass Bank Line of Credit
PO box 192

Birmingham, AL, 35201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 51,509.51

---

**3.16** **Nonpriority creditor's name and mailing address**

Cox Communications
PO Box 53249

Phoenix, AZ, 85072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred __2019-06-01__

Last 4 digits of account number _____

$ 1,345.85

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**17 **Nonpriority creditor's name and mailing address**

DataKit
2 rue des Ecoles

Floure , CA, F-11800

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,201.54

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    2017-07-19

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.**18 **Nonpriority creditor's name and mailing address**

DOWA Electronic Materials Co., Ltd
370 Lexington Ave STE 125

New York, NY, 10017

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,040.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    2016-10-20

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.**19 **Nonpriority creditor's name and mailing address**

Entrust Administration Inc.
580 N 5th St

Union, OR, 97883

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 66,366.88

**Basis for the claim:** through 4/30/19

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.**20 **Nonpriority creditor's name and mailing address**

Flowers, Rieger & Assoc. P.L.L.C.
6125 E Grant Road

Tucson, AZ, 85712

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 20,371.02

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    2016-05-31

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.**21 **Nonpriority creditor's name and mailing address**

Frontier MFG Solutions LLC
2002 E 18th St

Tucson, AZ, 85719

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 12,879.06

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    2016-09-12

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22   **Nonpriority creditor's name and mailing address**

Haley, Gail
PO Box 18272

Tucson, AZ, 85731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,905.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23   **Nonpriority creditor's name and mailing address**

Hayes Soloway - IP Worldwide
175 Canal Street

Manchester, NH, 3101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,041.00

Date or dates debt was incurred  2018-03-07

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24   **Nonpriority creditor's name and mailing address**

Iridian Spectral Technologies
2700 Swansea Cres.

Ottawa, NC, KJ1G6R8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,375.00

Date or dates debt was incurred  2016-09-13

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25   **Nonpriority creditor's name and mailing address**

Jianhua Jiang
974 E Riversong Dr.

Eagle, ID, 83616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 472.17

Date or dates debt was incurred  2015-12-17

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26   **Nonpriority creditor's name and mailing address**

John Parrigin
9663 E Corte Arcos Del Sol

Tucson, AZ, 85748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,000.00

Date or dates debt was incurred  2017-12-13

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

John Schweyen
64 Burton Ave

San Jose, CA, 95112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred      2016-08-15

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 598.96

---

**3.28** Nonpriority creditor's name and mailing address

JSX Aerospace Holding Inc
1635 N Greenfield Road STE 121

Mesa, AZ, 85205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred      2016-11-26

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,950.00

---

**3.29** Nonpriority creditor's name and mailing address

Judi Breault
5923 E Seneca

Tucson, AZ, 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred      2012-05-29

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,281.04

---

**3.30** Nonpriority creditor's name and mailing address

Judith Breault loan
5923 E Seneca

Tucson, AZ, 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** through 4/30/19

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,501.87

---

**3.31** Nonpriority creditor's name and mailing address

Kevin Garcia
8261 E. Placita Del Oso

Tucson, AZ, 85715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred      2012-11-08

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,032.48

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

Kevin Garcia Loan
8261 E. Placita Del Oso

Tucson, AZ, 85715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 88,610.25

---

**3.33** **Nonpriority creditor's name and mailing address**

Leadformix
4140 Dublin Blvd STE 400

Dublin, CA, 94568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 2016-05-31

Last 4 digits of account number _____

$ 3,500.00

---

**3.34** **Nonpriority creditor's name and mailing address**

Leland R Whitney LLC
1835 Jefferson Ave

St. Paul, MN, 55105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 2015-10-21

Last 4 digits of account number _____

$ 1,412.50

---

**3.35** **Nonpriority creditor's name and mailing address**

Luebbering, Charles
6622 N Longfellow Drive

Tucson, AZ, 85718

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,432.53

---

**3.36** **Nonpriority creditor's name and mailing address**

Mary Turner
4641 W Saguaro Cliff Dr

Tucson, AZ, 85745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 2016-02-24

Last 4 digits of account number _____

$ 916.32

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37 **Nonpriority creditor's name and mailing address**

Mayfield Florist
7181 E Tanque Verde Road

Tucson, AZ, 85715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    __2018-05-31__

Last 4 digits of account number    _____

$ 58.87

---

**3.** 38 **Nonpriority creditor's name and mailing address**

McCormick, Preston
9184 N Mystic Heights Pl

Tucson, AZ, 85742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 36,868.51

---

**3.** 39 **Nonpriority creditor's name and mailing address**

McNamara, Ney, Beatty, Slattery, Borges &
Ambacher LLP
3480 Buskirk Ave STE 250

Pleasant Hill, CA, 94523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    __2017-08-21__

Last 4 digits of account number    _____

$ 13,193.85

---

**3.** 40 **Nonpriority creditor's name and mailing address**

Mesch, Clark & Rothschild  P.C.
259 N Meyer Ave

Tucson, AZ, 85701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    __2016-09-02__

Last 4 digits of account number    _____

$ 9,396.50

---

**3.** 41 **Nonpriority creditor's name and mailing address**

Newport Corporation
27631 Network Place

Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    __2015-01-01__

Last 4 digits of account number    _____

$ 1,759.00

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42 | **Nonpriority creditor's name and mailing address**

Northwestern Mutual Life
PO Box 2754

Portland, OR, 97208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 489.83

Date or dates debt was incurred      2018-11-01

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 43 | **Nonpriority creditor's name and mailing address**

Ophir-Spiricon LLC
3050 N 300 West

North Logan, UT, 84341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11.72

Date or dates debt was incurred      2016-05-19

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 44 | **Nonpriority creditor's name and mailing address**

Orion Registrar Inc
PO Box 745070

Avada, CO, 80006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,701.34

Date or dates debt was incurred      2015-12-28

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 45 | **Nonpriority creditor's name and mailing address**

Photon Control R & D
400 Burrand St STE 1130

Vancouver, British Columbia, Canada V6C3A6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 80,000.00

Date or dates debt was incurred      _____

Last 4 digits of account number  0415

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 46 | **Nonpriority creditor's name and mailing address**

Portnoy, Carey
5011 W Placita De Los Vientos

Tucson, AZ, 85745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,122.38

Date or dates debt was incurred      _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47  Nonpriority creditor's name and mailing address**

Profit Enhancement Group LLC
PO Box 32384

Tucson, AZ, 85751

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2016-01-19

Last 4 digits of account number _____

$ 900.00

---

**3.48  Nonpriority creditor's name and mailing address**

Quarles and Brady LLP
One South Church Ave STE 1700

Tucson, AZ, 85701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2016-02-16

Last 4 digits of account number _____

$ 5,200.00

---

**3.49  Nonpriority creditor's name and mailing address**

Randolph Steinen
52 Lexington Rd

West Hartford, CT, 6119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number _____

$ 52,722.23

---

**3.50  Nonpriority creditor's name and mailing address**

Raymond Castonguay
PO Box 11376

Eugene, OR, 97440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number _____

$ 40,017.97

---

**3.51  Nonpriority creditor's name and mailing address**

Richard A Buchroeder
8846 E Desert Vervena Place

Tucson, AZ, 85715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2016-08-08

Last 4 digits of account number _____

$ 600.00

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Robert Breault
5923 E Seneca

Tucson, AZ, 85712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,337.52

Date or dates debt was incurred    2012-04-17

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Robert Breault Loan
5923 E Seneca

Tucson, AZ, 85712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** through 4/30/19

$ 1,598,503.17

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Rusing Lopez & Lizardi
6363 N Swan Road STE 151

Tucson, AZ, 85718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,581.60

Date or dates debt was incurred    2016-02-17

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Russell Chipman
4961 E Oakmont Dr.

Tucson, AZ, 85718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 37,623.61

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Sasiadek's Information Technologies
4555 S Palo Verde STE 131

Tucson, AZ, 85714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 455.35

Date or dates debt was incurred    2016-04-14

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57  **Nonpriority creditor's name and mailing address**

Snell & Wilmer, L.L.P.
1 S Church Ave

Tucson, AZ, 85701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 2,927.50**

| Date or dates debt was incurred | 2012-01-10 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 58  **Nonpriority creditor's name and mailing address**

Solid Modeling Solutions Inc.
PO Box 1306

Vashon, WA, 98070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 94,610.00**

| Date or dates debt was incurred | 2016-12-17 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 59  **Nonpriority creditor's name and mailing address**

Southwest Industrial Rigging
2802 W Palm Lane

Phoenix, AZ, 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 1,870.00**

| Date or dates debt was incurred | 2016-01-31 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 60  **Nonpriority creditor's name and mailing address**

SPIE
PO Box 10

Bellingham, WA, 98227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 3,324.90**

| Date or dates debt was incurred | 2019-02-26 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 61  **Nonpriority creditor's name and mailing address**

Stone House Ventures Inc.
5311 E Peach St

Tucson, AZ, 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 4,000.00**

| Date or dates debt was incurred | 2017-12-20 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.62 Nonpriority creditor's name and mailing address

Suddath
815 S Maint St STE 415

Jacksonville, FL, 32207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 7,340.26

**Date or dates debt was incurred** 2016-03-17

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.63 Nonpriority creditor's name and mailing address

Suddath Relocation Systems of Arizona
c/o Steven T. Long
7301 North 16th Street Ste 203
Phoenix, AZ, 85020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

$ 6,862.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.64 Nonpriority creditor's name and mailing address

University of Arizona Cryogenics & Gas Facility
1040 E 4th St

Tucson, AZ, 85721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 420.62

**Date or dates debt was incurred** 2017-03-15

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.65 Nonpriority creditor's name and mailing address

Vincent Associates
803 Linden Ave

Rochester, NY, 14625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 651.00

**Date or dates debt was incurred** 2016-09-20

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.66 Nonpriority creditor's name and mailing address

Visclaro LLC
110 16th St. STE 1300

Denver, CO, 80202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,000.00

**Date or dates debt was incurred** 2015-02-12

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67 Nonpriority creditor's name and mailing address**

Wayne Hall
580 N 5th St

Union, OR, 97883

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,000.27

Date or dates debt was incurred     2011-08-29

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68 Nonpriority creditor's name and mailing address**

Wells Fargo Client Analysis
PO Box 6995

Portland, OR, 97228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 918.66

Date or dates debt was incurred     2018-06-08

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69 Nonpriority creditor's name and mailing address**

Wells Fargo Line of Credit
PO Box 51174

Los Angeles, CA, 90051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 101,825.45

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70 Nonpriority creditor's name and mailing address**

Wells Fargo Visa
PO Box 54349

Los Angeles, CA, 90054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 52,163.70

Date or dates debt was incurred     2018-10-15

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71 Nonpriority creditor's name and mailing address**

Xerox Corporation (7405)
PO Box 7405

Pasadena, CA, 91109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 9,260.88

Date or dates debt was incurred     2012-03-01

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Breault Research Organization, Inc | Case number (if known) | 4:19-bk-08754-BMW |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.**72 **Nonpriority creditor's name and mailing address**

Yannutz, Dennis
9575 E Briana Lane

Tucson, AZ, 85748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,645.78

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1. | John Smith<br>Smith & Smith<br>6720 E. Camino Principal Suite 203<br>85715 | Line 3.53<br>☐ Not listed. Explain: | _____ |
| 4.2. | Patrick J Lopez<br>Rusing Lopez & Lizardi, PLLC<br>6363 N Swan Rd #151<br>Tucson, AZ, 85718 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41.  | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10.| | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11.| | Line _____<br>☐ Not listed. Explain | _____ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 203,726.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,036,297.68 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 3,240,023.68 |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | VALENCIA RD Lease<br>Lessee | Matthew Poblaske<br>2175 E Valencia Rd #125<br>Tucson, AZ, 85706 |
| | State the term remaining | 12 Months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office Building Lease<br>Lessee | 4400 Broadway LLC,<br>3422 E SUNNYSIDE DR<br><br>Phoenix, AZ, 85028 |
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**United States Bankruptcy Court**

IN RE:                                          Case No. 4:19-bk-08754-BMW
                                                _____

Breault Research Organization, Inc
_____ Chapter ____11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| James Wyant<br>1881 N. King Street, Tucson, AZ 85749 | 9.59 | Preferred stockholder |
| Michael Stevenson<br>1028 Fremont St Unit 149, Las Vegas, NV 89101 | 0.25 | Common stockholder |
| Michael Frate<br>10102 S Azure Surrey Dr, Vail, AZ 85641 | 0.25 | Common stockholder |
| Robert Hubbard<br>8520 E. Desert Steppes, Tucson, AZ 85710 | 0.43 | Common stockholder |
| Gary Peterson<br>15091 346th St, Center City, MN 55012 | 0.84 | Common stockholder |
| Randall Dockins<br>4419 E Quivira Place, Tucson, AZ 85718 | 0.86 | Common stockholder |

**IN RE:**

Case No. 4:19-bk-08754-BMW
_____

Breault Research Organization, Inc

_____ Chapter 11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Robert Pagano 942 W. Wanda Vista Place, Tucson, AZ 85704 | 0.89 | Common stockholder |
| John Schweyen 64 Burton Ave, San Jose, CA 95112 | 0.98 | Common stockholder |
| Kathleen Perkins 64 Burton Ave, San Jose, CA 95112 | 1.28 | Common stockholder |
| Kevin Garcia 8261 E. Placito del Oso, Tucson, AZ 85750 | 1.97 | Common stockholder |
| Charles Luebbering 6622 N. Longfellow Dr., Tucson, AZ 85718 | 2.6 | Common stockholder |
| Wayne Hall 580 N 5th St, Union, OR 97883 | 2.6 | Common stockholder |

# United States Bankruptcy Court

**IN RE:**                                         Case No. 4:19-bk-08754-BMW

Breault Research Organization, Inc                 Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Deward Manzer<br>1760 N. Ranch Dr., Tucson, AZ 85715 | 5.65 | Common stockholder |
| Wayne Greynolds<br>10741 E. Placita Metate, Tucson, AZ 85749 | 14.76 | Common stockholder |
| Adaptisense LLC<br>8501 E Woodland Road, Tucson, AZ 85749 | 57.053 | Common stockholder |
| LINDA JUOZAPAITIS<br>2175 E Valencia Rd #125, Tucson, AZ 85706 | 0 | |
| Robert Breault<br>2175 E Valencia Rd #125, Tucson, AZ 85706 | 0 | Other |
| Matthew Pobloske<br>2175 E Valencia Rd #125, Tucson, AZ 85706 | 65 | Common stockholder |

☐ Check if this is an
  amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/0209<br><sub>MM / DD / YYYY</sub> | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,003,021.00 |
| **For prior year:** | From 01/01/2018<br><sub>MM / DD / YYYY</sub> | to | 12/31/2018<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 2,409,011.00 |
| **For the year before that:** | From 01/01/2017<br><sub>MM / DD / YYYY</sub> | to | 12/31/2017<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 2,688,644.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br><sub>MM / DD / YYYY</sub> | to | Filing date | | $ |
| **For prior year:** | From<br><sub>MM / DD / YYYY</sub> | to | <sub>MM / DD / YYYY</sub> | | $ |
| **For the year before that:** | From<br><sub>MM / DD / YYYY</sub> | to | <sub>MM / DD / YYYY</sub> | | $ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | 4400 Broadway LLC <br> Creditor's name <br> PO Box 714733 <br> Cincinnati, OH 45271 | _____ <br><br> _____ <br><br> _____ | $_____ | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ☒ Other Credit Card Debt |
| 3.2. | Frontier MFG Solutions LLC <br> Creditor's name <br> 2002 E 18th St <br> Tucson, AZ 85719 | _____ <br><br> _____ <br><br> _____ | $_____ | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ☒ Other Credit Card Debt |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br><br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | |
| 4.2. | _____ <br> Insider's name <br><br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Suddath Relocation Systems of Arizona | Civil | Pima Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** CV19006655 | | 240 N Stone Avenue Tucson, AZ 85701 | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | WATERFALL, ECONOMIDIS, CALDWELL,  H | | 4/2019 6/2019, ( | $ 8,635.00 |
| | **Address** | | | |
| | 5210 E. Williams Circle, Suite 800 Tucson, AZ 85711 | | | |

**Email or website address**
www.waterfallattorneys.com

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 4400 E BROADWAY BLVD<br>STE 500<br>Tucson, AZ 85711 | From  11/2015   To  06/2019 |
| 14.2. | From  _____   To  _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See Attached<br>_____<br>Name | 4400 E Broadway, Suite 10<br>Tucson, AZ 85712 | Customer Materials | $ Unknown |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Breault International LLC<br>_____<br>Name<br>2175 E Valencia Rd Suite 125<br>Tucson, AZ 85706 | | EIN: _____<br>**Dates business existed**<br><br>From _____ To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br><br>From _____ To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br><br>From _____ To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Charles Leubbering <br> Name <br> 6622 N Longfellow Rd | From 01/01/1990 <br> To 05/01/2018 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Linda Juozapaitis <br> Name <br> 2175 E Valencia # 125, Tucson AZ 85706 | From 03/30/2011 <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Flowers, Rieger & Associates, P.L.L.C. <br> Name <br> 6125 E Grant Rd, Tucson AZ 85712 | From 03/31/2001 <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name | |

| | If any books of account and records are unavailable, explain why |
|---|---|
| **Name and address** | |

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| **Name and address** |
|---|

26d.1. _____
Name

| **Name and address** |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Wyant | 1881 N. King Street, Tucson, AZ 85749 | Shareholder | 9.59 |
| Michael Stevenson | 1028 Fremont St Unit 149, Las Vegas, NV 89101 | Shareholder | 0.25 |
| Michael Frate | 10102 S Azure Surrey Dr, Vail, AZ 85641 | Shareholder | 0.25 |
| Robert Hubbard | 8520 E. Desert Steppes, Tucson, AZ 85710 | Shareholder | 0.43 |
| Gary Peterson | 15091 346th St, Center City, MN 55012 | Shareholder | 0.84 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

|  | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ Name | | |
|  | Relationship to debtor | | |
|  | _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/01/2019___
      MM  / DD  / YYYY

✖ /s/ Matthew Pobloske _____  Printed name __Matthew Pobloske__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

Solid Modeling Solutions                        Credit card debt
Inc., PO Box 1306,
Vashon, WA 98070


**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| Randall Dockins | 4419 E Quivira Place, Tucson, AZ 85718 | 0.86 |
| Robert Pagano | 942 W. Wanda Vista Place, Tucson, AZ 85704 | 0.89 |
| John Schweyen | 64 Burton Ave, San Jose, CA 95112 | 0.98 |
| Kathleen Perkins | 64 Burton Ave, San Jose, CA 95112 | 1.28 |
| Kevin Garcia | 8261 E. Placito del Oso, Tucson, AZ 85750 | 1.97 |
| Charles Luebbering | 6622 N. Longfellow Dr., Tucson, AZ 85718 | 2.6 |
| Wayne Hall | 580 N 5th St, Union, OR 97883 | 2.6 |
| Deward Manzer | 1760 N. Ranch Dr., Tucson, AZ 85715 | 5.65 |
| Wayne Greynolds | 10741 E. Placita Metate, Tucson, AZ 85749 | 14.76 |
| Adaptisense LLC | 8501 E Woodland Road, Tucson, AZ 85749 | 57.053 |
| LINDA JUOZAPAITIS | 2175 E Valencia Rd #125, Tucson, AZ 85706 | 0 |
| Robert Breault | 2175 E Valencia Rd #125, Tucson, AZ 85706 | 0 |
| Matthew Pobloske | 2175 E Valencia Rd #125, Tucson, AZ 85706 | 65 |

**Attachment to Statement of Affairs**

Question No. 21 Property Held for Another

# Breault Research Organization Inc

Job material

| Job# | customer | Vendor | PO# | Item | Quantity | Price EA | total cost |
|---|---|---|---|---|---|---|---|
| 65741 | EZ Systems | | 19904 | **91290A102: Black-Oxide Alloy Steel Socket Head Screw, M2.5 x 0.45 mm Thread, 8 mm Long** | 3 | 8.07 | 24.21 |
| 65741 | EZ Systems | | 19904 | **90145A483: 18-8 Stainless Steel Dowel Pin, 1/8" Diameter, 9/16" Long** | 3 | 8.41 | 25.23 |
| 65741 | EZ Systems | | 19904 | **92010A779: Passivated 18-8 Stainless Steel Phillips Flat Head Screw, M1.6 x 0.35mm Thread, 4mm Long** | 3 | 7.21 | 21.63 |
| 65741 | | McMaster Carr | 19912 | **91458A112 Threadlocker, Loctite® 242, 0.34 oz. Bottle** | 1 | 7.3 | 7.3 |
| 65741 | | Amazon | 19913 | **Kimtech Science Kimwipes Delicate Task Wipers - 2-Ply, 119 Wipes/Box** | 4 | 9.15 | 36.6 |
| 65741 | | McMaster Carr | 19914 | **McMaster Number: 7614A16 Loctite® Primers SF 7649 1.75 oz. Bottle Green MIL-S-22473E** | 1 | 20.82 | 20.82 |
| 66073 | EZ Systems | | 19910 | **DK-1178 Knob** | 21 | 1.68 | 35.28 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10000 Rev A, ELEMENT 1** | 2 | 250 | 500 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10001 Rev -, ELEMENT 2** | 9 | 250 | 2250 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10002 Rev -, ELEMENT 3 & 4** | 1 | 150 | 150 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10000 Rev A, ELEMENT 1** | 2 | 110 | 220 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10000 Rev A, ELEMENT 1** | 20 | 275 | 5500 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10001 Rev -, ELEMENT 2** | 13 | 305 | 3965 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10002 Rev -, ELEMENT 3 & 4** | 43 | 165 | 7095 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10003 Rev -, ELEMENT 5** | 20 | 120 | 2400 |
| 66073 | EZ Systems | Metal works | 19908 | **54708P60005 BARREL 35MM UV 011 REV** | 21 | 150 | 3150 |
| 66073 | EZ Systems | Metal works | 19908 | **54708P60008 SPACER 1 REV -** | 21 | 22.5 | 472.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66073 | EZ Systems | Metal works | 19908 **54708P60009 SPACER 2** | 21 | 40 | 840 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60010-01 SPACER 3** | 21 | 80 | 1680 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60010-02 SPACER 4** | 21 | 80 | 1680 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60011 SPACER 5 REV B** | 21 | 40 | 840 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60013 RETAINER 1 REV -** | 21 | 37.5 | 787.5 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60014 RETAINER 2 REV -** | 21 | 32.5 | 682.5 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60015 STOP REV A** | 21 | 35 | 735 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60016 WINDOW HOLDER REV -** | 21 | 60 | 1260 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60022 MODIFIED TOP KINIMATIC MOUNT REV -** | 21 | 82 | 1722 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60053 FOCUS SPACER REV -** | 21 | 50 | 1050 |
| 66073 | EZ Systems | Metal works | 19908 **54708D60149 BARREL CLAMP REV C** | 21 | 185 | 3885 |
| 66073 | EZ Systems | Metal works | 19908 **54708D60155 5MM ADAPTOR PLATE** | 21 | 50 | 1050 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60054 BARRE; MOUNT, IMPERX CAMERA REV D** | 21 | 135 | 2835 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60055 M45 THD WINDOW HOLDER REV C** | 21 | 85 | 1785 |
| | | | | | | |
| 66073 | EZ Systems | Edmund Optics | 19907 FS WIND 1/10 WAVE 25MM DIA UVAR CTD | 22 | 100 | 2200 |
| 66073 | EZ Systems | Lam Optics | 19911 **54708P60032 Target 2** | 1 | 145 | 145 |
| 66073 | EZ Systems | Essentra Components | 19910 **DK-1178 Knob** | 21 | 1.68 | 35.28 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60005 BARREL 35MM UV 011 REV** | 21 | 150 | 3150 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60007 CELL 35MM UV 011 REV -** | 21 | 22.5 | 472.5 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60008 SPACER 1 REV -** | 21 | 20 | 420 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60009 SPACER 2** | 21 | 40 | 840 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60010-01 SPACER 3** | 21 | 80 | 1680 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60010-02 SPACER 4** | 21 | 80 | 1680 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60011 SPACER 5 REV B** | 21 | 40 | 840 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60013 RETAINER 1 REV -** | 21 | 37.5 | 787.5 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60014 RETAINER 2 REV -** | 21 | 32.5 | 682.5 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60015 STOP REV A** | 21 | 35 | 735 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60016 WINDOW HOLDER REV -** | 21 | 60 | 1260 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60022 MODIFIED TOP KINIMATIC MOUNT REV -** | 21 | 82 | 1722 |
| 66073 | EZ Systems | Metal works | 19908 **54708P60053 FOCUS SPACER REV -** | 21 | 50 | 1050 |
| 66073 | EZ Systems | Metal works | 19908 **54708D60149 BARREL CLAMP REV C** | 21 | 185 | 3885 |
| 66073 | EZ Systems | Metal works | 19908 **54708D60155 5MM ADAPTOR PLATE** | 21 | 50 | 1050 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66073 | EZ Systems | Metal works | 19908 | **54708P60054 BARRE; MOUNT, IMPERX CAMERA REV D** | 21 | 135 | 2835 |
| 66073 | EZ Systems | Metal works | 19908 | **54708P60055 M45 THD WINDOW HOLDER REV C** | 21 | 85 | 1785 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10000 Rev A, ELEMENT 1** | 2 | 250 | 500 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10001 Rev -, ELEMENT 2** | 9 | 220 | 1980 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10002 Rev -, ELEMENT 3 & 4** | 1 | 150 | 150 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10003 Rev -, ELEMENT 5** | 2 | 110 | 220 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10000 Rev A, ELEMENT 1** | 20 | 275 | 5500 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10001 Rev -, ELEMENT 2** | 13 | 305 | 3965 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10002 Rev -, ELEMENT 3 & 4** | 43 | 165 | 7095 |
| 66073 | EZ Systems | Optimax | 19909 | **54708P10003 Rev -, ELEMENT 5** | 20 | 120 | 2400 |
| | | | | | | | |
| 66073 | | Edmund Optics | 19915 | **Edmund Stock #83-420 50mm Diameter 120 Grit Ground Glass Diffuser** | 1 | 25 | 25 |
| 66073 | | Edmund Optics | 19915 | **Edmund Stock #34475 White Diffuser Glass 50mm Dia** | 1 | 30 | 30 |
| 66073 | | McMaster Carr | 19919 | **NUMBER: 1810A28 Loctite 2221.69Bottle** | 1 | 39.24 | 39.24 |
| 66073 | All-Spec | | 19918 | **Texwipe TX409 Absorbond® Hydroentangled Polyester Wipes, 9" x 9", 300/Bag** | 2 | 47.5 | 95 |
| 66073 | Amazon | | 19929 | **Bubblefast Brand 14 cu ft Pink anti Static Packing Peanuts Popcorn (3.5cu ft bag x 4)** | 1 | 42 | 42 |
| 66073 | | McMaster Carr | 19945 | **91292A136 : 18-8 Stainless Steel Socket Head Screw M6 x 1 mm Thread, 18 mm Long** | 3 | 10.81 | 32.43 |
| 66073 | Amazon | | 19957 | **Bubblefast Brand 14 cu. ft. Pink Anti Static Packing Peanuts Popcorn (3.5 cu. ft x 4 Bags)** | 1 | 45.96 | 45.96 |
| 66073 | Amazon | | 19957 | **175 ft 3/16" SMALL BUBBLE CUSHIONING WRAP 24" wide, perforated every 12", 175' total sq ft** | 1 | 20.95 | 20.95 |
| 66073 | Amazon | | 19957 | **Aviditi 201515 Corrugated Box, 20" Length x 15" Width x 15" Height, Kraft (Bundle of 20)** | 1 | 65 | 65 |
| 66073 | Amazon | | 19957 | **12 Pack Heavy Duty Packaging Tape, Clear Packing Tape Designed For Moving Boxes, Shipping, Office, Commercial Grade 2.7mil Thick, 60 Yard Length** | 1 | 17.49 | 17.49 |
| 66073 | | McMaster Carr | 19959 | **90145A483: 18-8 Stainless Steel Dowel Pin, 1/8" Diameter, 9/16" Long** | 2 | 8.82 | 17.64 |
| 66073 | | McMaster Carr | 19959 | **93070A064: Alloy Steel Low-Profile Socket Head Screw, Black-Oxide, M3 x 0.5 mm Thread, 8 mm Long** | 4 | 9.84 | 39.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66073 | McMaster Carr | 19959 | 92010A003: Passivated 18-8 Stainless Steel Phillips Flat Head Screw, M2 x 0.4 mm Thread, 6 mm Long | 4 | 4.39 | 17.56 |
| 66073 | McMaster Carr | 19959 | 91430A003: 18-8 Stainless Steel Slotted Flat Head Screws, M1.6 x 0.35 mm Thread, 4 mm Long | 3 | 9.33 | 27.99 |
| 66073 | McMaster Carr | 19959 | 93475A196: 18-8 Stainless Steel Washer for M2.5 Screw Size, 2.7 mm ID, 6 mm OD | 3 | 1.58 | 4.74 |
| 66073 | McMaster Carr | 19959 | 91828A251: 18-8 Stainless Steel Hex Nut, M6 x 1 mm Thread | 2 | 8.73 | 17.46 |
| 66073 | McMaster Carr | 19959 | 93475A240: 18-8 Stainless Steel Washer for M5 Screw size, 5.3mm ID, 10mm OD | 4 | 2.57 | 10.28 |
| 66073 | Amazon | 19965 | 330 count 4x8 airDEFENDER Air Pillows 40 Gallons 5.33 CU FT Void Fill Cushioning | 1 | 7.95 | 7.95 |
| 66354 | Essentra Components | 19969 | DK-1178 Female Lobed Knob | 21 | 1.68 | 35.28 |
| 66354 | Optimax Systems | 19970 | 54708P10000 Rev A, ELEMENT 1 | 22 | 275 | 6050 |
| 66354 | Optimax Systems | 19970 | 54708P10001 Rev -, ELEMENT 2 | 22 | 250 | 5500 |
| 66354 | Optimax Systems | 19970 | 54708P10002 Rev -, ELEMENT 3 & 4 | 44 | 165 | 7260 |
| 66354 | Optimax Systems | 19970 | 54708P10003 Rev -, ELEMENT 5 | 24 | 120 | 2880 |
| 66354 | Edmund Optics | 19971 | FS WIND 1/10 WAVE 25MM DIA UVAR CTD | 22 | 104 | 2288 |
| 66354 | Metal Works | 19972 | 54708P60005 BARREL REV - | 21 | 150 | 3150 |
| 66354 | Metal Works | 19972 | 54708P60007 CELL REV - | 21 | 22.5 | 472.5 |
| 66354 | Metal Works | 19972 | 54708P60008 SPACER 1 REV - | 21 | 20 | 420 |
| 66354 | Metal Works | 19972 | 54708P60009 SPACER 2 REV - | 21 | 40 | 840 |
| 66354 | Metal Works | 19972 | 54708P60010-01 SPACER 3 REV - | 21 | 80 | 1680 |
| 66354 | Metal Works | 19972 | 54708P60010-02 SPACER 4, REV - | 21 | 80 | 1680 |
| 66354 | Metal Works | 19972 | 54708P60011 SPACER 5 REV B | 21 | 40 | 840 |
| 66354 | Metal Works | 19972 | 54708P60013 RETAINER 1, REV - | 21 | 37.5 | 787.5 |
| 66354 | Metal Works | 19972 | 54708P60014 RETAINER 2, REV - | 21 | 32.5 | 682.5 |
| 66354 | Metal Works | 19972 | 547008P60015 STOP REV A | 21 | 35 | 735 |

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---------|------|------------|------|-----------------|-------------|-------|---------------|-----|
| CSP00821 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 99094 | 1 |
| CSP00822 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 99087 | 1 |
| CSP00823 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98756 | 1 |
| CSP00824 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 99090 | 1 |
| CSP00825 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98762 | 1 |
| CSP00826 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 99120 | 1 |
| CSP00828 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98766 | 1 |
| CSP00829 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98642 | 1 |
| CSP00830 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98628 | 1 |
| CSP00831 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98631 | 1 |
| CSP00832 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98638 | 1 |
| CSP00833 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98644 | 1 |
| CSP00834 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98637 | 1 |
| CSP00827 | 6/26/17 | 64911 | ES | Cognex | Illunis Camera | | 98757 | 1 |
| CSP00848 | 10/19/17 | 64911 | ES | Cognex | Illunis Camera | | 98757 | 1 |
| CSP00847 | 9/1/17 | 64911 | ES | Cognex | Computer - DELL | DCDO/08056 | SN 8G2X1n1 | 1 |

| 66354 | Metal Works | 19972 | **547008P60016 WINDOW HOLDER REV -** | 21 | 60 | 1260 |
|--------|-------------|-------|---------------------------------------|----|-----|------|
| 66354 | Metal Works | 19972 | **547008P60022 KIN MOUNT REV -** | 21 | 82 | 1722 |
| 66354 | Metal Works | 19972 | **547008P60053 FOCUS SPACER REV -** | 21 | 50 | 1050 |
| 66354 | Metal Works | 19972 | **547008P60149 CLAMP BLOCK REV C** | 21 | 185 | 3885 |
| 66354 | Metal Works | 19972 | **547008P60155 5MM PLATE REV -** | 21 | 50 | 1050 |
| 66354 | Metal Works | 19972 | **547008P60054 BARRE: MOUNT, IMPERX CAMERA REV D** | 21 | 135 | 2835 |
| 66354 | Metal Works | 19972 | **547008P60055 M45 THD WINDOW HOLDER REV C** | 22 | 85 | 1870 |
| 66354 | Global Industrial | 19973 | **1/4-20 x 5/8" Tamper-Proof Security Cap Screw - Button Socket Head - 18-8 Stainless Steel - 100 Pk** | 1 | 28.95 | 28.95 |
| 66345 | Amazon | 19983 | **330 count 4 x 8 airDefender Air Pillows** | 2 | 11.69 | 23.38 |
| 66345 | Amazon | 19983 | **3.5 CuFt packing peanuts** | 4 | 10.89 | 43.56 |
| 66345 | McMaster Carr | 19975 | **Zinc-Plated Alloy Steel Socket Head Screw M2.5 x 0.45 mm Thread, 8 mm Long (Packs of 100)** | 3 | 13.43 | 40.29 |

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---|---|---|---|---|---|---|---|---|
| | 9/17/07 | 51195 | ES | Vistakon | Dalsa Camera. attached to lab lens 54. Will return camera with custom lens sn 0007 | Model DS-21-04M15-11E, | Serial 05467044, | 1 |
| | 9/17/07 | 51195 | ES | Vistakon | Dalsa Camera. ,attached to custom lens SN 0004. Will clean and return to customer | Model DS-21-04M15-11E | Serial 05467054, | 1 |
| | 9/17/07 | 51195 | ES | Vistakon | Dalsa Camera. , brand new, box included power supply and CD with instructions | Model DS-21-04M15-12E, | Serial 40000618 | 1 |
| | 9/17/07 | 51195 | ES | Vistakon | Dalsa Camera. , brand new, box included power supply and CD with instructions | Model DS-21-04M15-12E, | Serial 40000593 | 1 |
| | 8/31/07 | 51195 | ES | Vistakon | Dalsa Camera with lab lens #52 -- | Camera has a sticker that reads "Camera 4 | S/N 05467018" which matches the camera SN | 1 |
| | 8/31/07 | 51195 | ES | Vistakon | Dalsa Camera with lab lens #55 | Camera has a sticker that reads "Camera 2 -- | S/N 04117007" which matches the camera SN | 1 |
| | 8/17/07 | 51195 | ES | Vistakon | Dalsa Camera. , | Camera has a sticker that reads "Camera 3 8/8/7" Model DS-21-04M15-11E | Serial 40000296 | 1 |
| | 10/11/07 | 51195 | ES | Vistakon | Custome lens | | SN004 | 1 |
| | 10/11/07 | 51195 | ES | Vistakon | Camera | DS-21-04M15-11E | SN05467054 | 1 |
| | 10/11/07 | 51195 | ES | Vistakon | lab lens | | SN54 | 1 |
| | 10/11/07 | 51195 | ES | Vistakon | Camera | | SN 05467044 | 1 |
| | 1/16/08 | 51195 | ES | Vistakon | Camera | DS-21-04M15-12E | 4000-0845 Lens #8 | 1 |
| CSP00062 | 7/18/07 | 51195 | ES | Vistakon | Dalsa Camera | Dalsa Loaner" Model DS-21-04M15-11E | Serial 004447011 | 1 |
| CSP00061 | 7/18/07 | 51195 | ES | Vistakon | Computer Box, black case only (IBM Computer) | Vistakon inventory number 00C15653094 | SN KDGNZ9W | 1 |

| Description | Part # | PO# | VENDOR | DATE | JOB/Task Number | Ordered | Received | On-hand |
|---|---|---|---|---|---|---|---|---|
| Barrel 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10005, Revision 1, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Barrel Mount 35MM UV011, Stainless Steel, Passivate | 51076P10006, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Cell 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10007, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Spacer 1 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10008, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Spacer 2 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10009, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Spacer 3 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10010-01, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Spacer 4 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10010-02, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| , Spacer 5 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10011, Revision 0 | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Focus Spacer 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10012, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Retainer 1 35MM UV011, 6061-T6 Alum, Black Anodize, Laser Engrave S/N 0001-->0009 | 51076P10013, Revision 1, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | 5 | 5 |
| Retainer 2 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10014, Revision 0, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Stop 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10015-01, Revision 1, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | 9 | 9 |
| Stop 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10015-02, Revision 1, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 3 | 3 | 3 |
| Stop 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10015-03, Revision 1, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 3 | 3 | 3 |
| Window Holder 35MM UV011, 6061-T6 Alum, Black Anodize | 51076P10016, Revision 1, | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 9 | | 0 |
| Freight | Freight | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 1 | | 0 |
| Freight | Freight | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 1 | | 0 |
| Freight | Freight | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 1 | | 0 |
| Freight | Freight | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 1 | | 0 |
| Freight | Freight | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 1 | | 0 |
| Freight | Freight | 16185 | West Valley Precision, Inc. | 7/18/07 | 51195-10 | 1 | | 0 |
| Ronchi Ruling 40 lp/mm 1 x 1 in | NT58-778, | 16191 | Edmund Industrial Optics | 7/18/07 | 51195-10 | 9 | | 0 |
| fs window 1/10 wave, 25mm dia uv-vis co | NT48-066, | 16191 | Edmund Industrial Optics | 7/18/07 | 51195-10 | 9 | | 0 |
| diffuser opal 35 mm dia | NT-46-646 | 16191 | Edmund Industrial Optics | 7/18/07 | 51195-10 | 1 | | 0 |
| opt adhesive noa 68 - 1oz | NT-36-427 | 16191 | Edmund Industrial Optics | 7/18/07 | 51195-10 | 1 | | 0 |
| Sales Tax | Sales Tax | 16191 | Edmund Industrial Optics | 7/18/07 | 51195-10 | 1 | 1 | 1 |
| Freight | Freight | 16191 | Edmund Industrial Optics | 7/18/07 | 51195-10 | 1 | 1 | 1 |
| | SM1L30 | 16192 | Thorlabs, Inc | 7/19/07 | 51195-10 | 5 | 5 | 5 |
| Freight | Freight | 16192 | Thorlabs, Inc | 7/19/07 | 51195-10 | 1 | | 0 |

| Description | Part Number | Order | Vendor | Date/PO | Qty | Qty | Qty |
|---|---|---|---|---|---|---|---|
| Metric Flat Head Slotted Machine Screw 18-8 SS, M1.6 Size, 4mm Length, .35mm Pitch, pack of 50 | 91430A003 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Flat Head Phil Machine Screw M2 Size, 8mm Length, .4mm Pitch, pack of 100 | 92010A004 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Socket Head Cap Screw M3 Thread, 10mm Length, .5mm Pitch, pack of 100 | 91292A113 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Metric DIN 125 Zinc-Plated Steel Flat Washer M3 Screw Size, 3.2mm ID, 7mm OD, .45-.55mm Thick, pack of 100 | 91166A210 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Socket Head Cap Screw M3 Thread, 8mm Length, .5mm Pitch, pack of 100 | 91292A112 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Nickel-Plated Miniature Threaded Pipe Fitting 1/4" Male X 10-32 Female, Hex Bushing, pack of 10 | 5483T73 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 2 | 2 |
| Med-Pressure Extruded Brass Thrd Pipe Fitting 1/4" Pipe Size, Hex Coupling, 7/8" Length | 50785K92 | 16194 | McMaster Carr | 7/20/07 51195-10 | 2 | 2 | 2 |
| Std-Wall Chrm-Pltd Brass Threaded Pipe Nipple 1/4" Pipe Size X 10" L, 13/32" Thrd Length, Sch 40 | 9176K192 | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Freight | Freight | 16194 | McMaster Carr | 7/20/07 51195-10 | 1 | 1 | 1 |
| Fitting Small Flange Insert 10-32-M5 w/O-Ring | F7FL-OR, | 16195 CC | Rimtech Inc. | 7/20/07 51195-10 | 2 | 2 | 2 |
| Fitting, Coupling, M5(F) to M5 (F) | HS5-5F | 16195 CC | Rimtech Inc. | 7/20/07 51195-10 | 2 | 2 | 2 |
| Flat Cup, 9mm Flanged (Nomathane) | PF9-NM | 16195 CC | Rimtech Inc. | 7/20/07 51195-10 | 2 | 2 | 2 |
| Freight | Freight | 16195 CC | Rimtech Inc. | 7/20/07 51195-10 | 1 | 1 | 1 |
| Extruded Heat Sink DROP SHIP TO WEST VALLEY | E1228U x 48.00" | 16200 CC | ThermaFlo, Inc. | 7/25/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16200 | ThermaFlo, Inc. | 7/25/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16200 | ThermaFlo, Inc. | 7/25/07 51195-10 | 1 | | 0 |
| Modifiy Ronchi Target per drawing 51076P10031 Target 1, best effort on tolerances | 51076P10031 Target 1, | 16202 | Lam Optics, Inc. | 7/27/07 51195-10 | 3 | | 0 |
| Modifiy Ronchi Target per drawing 51076P10032 Target 2, best effort on tolerances | 51076P10032 Target 2, | 16202 | Lam Optics, Inc. | 7/27/07 51195-10 | 3 | | 0 |
| Modifiy Ronchi Target per drawing 51076P10033 Target 3, best effort on tolerances | 51076P10033 Target 3, | 16202 | Lam Optics, Inc. | 7/27/07 51195-10 | 3 | | 0 |
| Freight | Freight | 16202 | Lam Optics, Inc. | 7/27/07 51195-10 | 1 | | 0 |
| Clamping Platform, 40mm Long DROP SHIP WV | XT66C4 | 16203 | Thorlabs, Inc | 7/27/07 51195-10 | 3 | | 0 |
| Metric, Extra Top Plate For KB75/M DROP SHIP WV | KBT75/M - | 16203 | Thorlabs, Inc | 7/27/07 51195-10 | 9 | | 0 |

| Description | Part Number | Code | Vendor | Date | Qty 1 | Qty 2 | Qty 3 |
|---|---|---|---|---|---|---|---|
| Metric, Extra Bottom Plate For KB75/M <span style="color:red">DROP SHIP WV</span> | KBB75/M - | 16203 | Thorlabs, Inc | 7/27/07 51195-10 | 12 | | 0 |
| 66mm Construction Rail, 500mm <span style="color:red">DROP SHIP WV</span> | XT66-500 - | 16203 | Thorlabs, Inc | 7/27/07 51195-10 | 1 | | 0 |
| XT66-1000 <span style="color:red">DROP SHIP WV</span> | XT66-1000 | 16203 | Thorlabs, Inc | 7/27/07 51195-10 | 1 | | 0 |
| Freight <span style="color:red">DROP SHIP WV</span> | Freight | 16203 | Thorlabs, Inc | 7/27/07 51195-10 | 1 | | 0 |
| Clamping Platform, 40mm Long | XT66C4 | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 3 | 3 | 3 |
| Cage Assembly Rod - 2", 6mm Diameter | ER2 - | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 6 | 6 | 6 |
| Threaded Bushing, 1/4"-80, 0.57" Long | F25SSN2 - | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 9 | 9 | 9 |
| Fine Adjustment Screw, 1/4"-80, 1" Long | FAS100 - | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 9 | 9 | 9 |
| - 13mm Translation Stage - BO 8/3/07 | MT1/M | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 3 | 3 | 3 |
| MT-Series Side Actuator | MT405 - | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 3 | 3 | 3 |
| Metric, Complete Large Kinematic Base Plate, Top & Bottom Plates Included - BO 8/3/07 | KB75/M - | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 2 | 2 | 2 |
| Post 75mm | TR75/M - | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 12 | 12 | 12 |
| Freight | Freight | 16204 | Thorlabs, Inc | 7/27/07 51195-10 | 1 | 1 | 1 |
| 20 SS RETR PLGR WO NLE | FRD-5 L 1/4 - | 15205 | Reid Supply Company | 7/27/07 51195-10 | 9 | | 0 |
| Star Grip Knob 32MM | KPB-1097 | 15205 | Reid Supply Company | 7/27/07 51195-10 | 3 | | 0 |
| PR Knob Thru HL 1-1/4" | DK-1178 4 | 15205 | Reid Supply Company | 7/27/07 51195-10 | 8 | | 0 |
| Freight | Freight | 15205 | Reid Supply Company | 7/27/07 51195-10 | 1 | | 0 |
| Metric 18-8 SS Socket Head Cap Screw M3 Thread, 25mm Length, .5mm Pitch | 91292A020 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Socket Head Cap Screw M4 Thread, 8mm Length, .7mm Pitch | 91292A108 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Socket Head Cap Screw M4 Thread, 16mm Length, .7mm Pitch | 91292A118 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Socket Head Cap Screw M6 Thread, 16mm Length, 1mm Pitch | 91292A135 | 16206 | McMaster Carr | 7/27/07 51195-10 | 2 | 2 | 2 |
| Metric 18-8 SS Socket Head Cap Screw M6 Thread, 25mm Length, 1mm Pitch | 91292A138 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 SS Flat Head Socket Cap Screw M6 Size, 50mm Length, 1mm Pitch | 92125A252 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Metric 18-8 Stainless Stl Hex Thin (Jam) Nut M6 Size, 1mm Pitch, 10mm Width, 3.2mm Height | 90710A038 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| 18-8 Stainless Steel Dowel Pin 1/8" Diameter, 3/8" Length | 90145A470 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Brass Double-Barbed Vacuum Tube Fitting Adapter for .17" Tube ID X 1/8" NPTF Female Pipe | 44555K123 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |

| Description | Part # | Code | Vendor | Date | Qty | Qty | Qty |
|---|---|---|---|---|---|---|---|
| Med-Pressure Extruded Brass Thrd Pipe Fitting 1/8" Pipe Size, Female X Female X Male, Tee | 50785K219 | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| Freight | Freight | 16206 | McMaster Carr | 7/27/07 51195-10 | 1 | 1 | 1 |
| CAMERA X-Y 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10018, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| X-Y MOUNT 35mm UV 011 FIXTURE, MODIFY SUPPLIED THOR XT66C4 | Part #51076P10019, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| BARREL CLAMP 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10020, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 9 | | 0 |
| KINEMATIC SPACER 35mm UV 011 FIXTURE, 6061-T6 ALUM, FINISH AS MACHINED | Part #51076P10021, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| MODIFIED KINEMATIC TOP 35mm UV 011 FIXTURE | Part #51076P10022, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 9 | | 0 |
| MODIFIED KINE BOTTOM 35mm UV 011 FIXTURE | Part #51076P10023, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 12 | | 0 |
| COLUMN 35mm UV 011 FIXTURE, MODIFIED COLUMN, THOR XT66-500 | Part #51076P10024, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| RETAINER NUT 35mm UV 011 FIXTURE, 303 SST, PASSIVATE | Part #51076P10025, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| ELRIN FOCUS SHELF 35mm UV 011 FIXTURE, BLACK D | Part #51076P10026, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| RECEPTACLE 35mm UV 011 FIXTURE, 303 SST, PASSIVATE | Part #51076P10027, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| TARGET HOLDER 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10028, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| PINHOLE 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10029, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| TARGET APERTURE 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10030, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| TARGET SPACER 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10034-01, Rev 2, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| TARGET SPACER 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10034-02, Rev 2, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| BASE PLATE 35mm UV 011 FIXTURE, CAST ALUM PLATE, BLACK ANODIZE | Part #51076P10035, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| LAMP BAR 35mm UV 011 FIXTURE, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10036, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 3 | | 0 |
| HEAT SINK 35mm UV 011, MODIFY THERMAFLO E1228 | Part #51076P10037, Rev 1, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 9 | | 0 |

| Description | Part | Order | Vendor | Date | Qty | | Recv |
|---|---|---|---|---|---|---|---|
| CAMERA PLATE 35MM UV 011, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10038, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 2 | | 0 |
| K070301 INTERFACE 35MM UV 011, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10039, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 2 | | 0 |
| 2GT INTERFACE 35MM UV 011, 6061-T6 ALUM, BLACK ANODIZE | Part #51076P10040, Rev 0, | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 4 | | 0 |
| Freight | Freight | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16209 | West Valley Precision, Inc. | 7/30/07 51195-10 | 1 | | 0 |
| Computer | | CSP | Vistakon | | | 1 | 1 |
| dalsa Camera | | CSP | Vistakon | | | 1 | 1 |
| Basic Current Source with Manual Intensi | NT56-440 | 16224 | Edmund Industrial Optics | 8/13/07 51195-10 | 1 | | 0 |
| Sales Tax | Sales Tax | 16224 | Edmund Industrial Optics | 8/13/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16224 | Edmund Industrial Optics | 8/13/07 51195-10 | 1 | | 0 |
| Modify Top Kinematic plates | Modify Top Kinematic plates | 16228 | Integrity Machine Tool | 8/16/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16228 | Integrity Machine Tool | 8/16/07 51195-10 | 1 | | 0 |
| , Miniature Post Holder | MPH-0.5C | 16235 | Newport Corporation | 8/23/07 51195-10 | 4 | | 0 |
| Miniature Post | MSP-1, | 16235 | Newport Corporation | 8/23/07 51195-10 | 4 | | 0 |
| Miniature Post | MSP-1.5, | 16235 | Newport Corporation | 8/23/07 51195-10 | 2 | | 0 |
| Freight | Freight | 16235 | Newport Corporation | 8/23/07 51195-10 | 1 | | 0 |
| Drill and tap mounting holes to XT66 Col | Drill and tap mounting holes to XT66 Column | 16242 | West Valley Precision, Inc. | 8/31/07 51195-10 | 3 | | 0 |
| Freight | Freight | 16242 | West Valley Precision, Inc. | 8/31/07 51195-10 | 1 | | 0 |
| Lightpipe for Enfis Uno Led | Lightpipe for Enfis Uno Led | 16244 | Sputnik Enterprises, Inc. | 8/31/07 51195-10 | 2 | | 0 |
| Freight | Freight | 16244 | Sputnik Enterprises, Inc. | 8/31/07 51195-10 | 1 | | 0 |
| 2GT Interface 35MM UV 011 | Drawing 51076P10040 Rev 1 | 16262 | West Valley Precision, Inc. | 9/11/07 51195-10 | 4 | | 0 |
| Freight | Freight | 16262 | West Valley Precision, Inc. | 9/11/07 51195-10 | 1 | | 0 |
| Kinematic Base 75mm SQ. Bottom Plate | KBB75/M | 16263 | Thorlabs, Inc | 9/12/07 51195-10 | 4 | | 0 |
| Freight | Freight | 16263 | Thorlabs, Inc | 9/12/07 51195-10 | 1 | | 0 |
| Plastic Knob | DK-1178, | 16270 | Reid Supply Company | 9/19/07 51195-10 | 3 | | 0 |
| Freight | Freight | 16270 | Reid Supply Company | 9/19/07 51195-10 | 1 | | 0 |
| Custome lens | SN004 | CSP | Vistakon | 10/11/07 | | 1 | 1 |
| Camera | SN05467054 | CSP | Vistakon | 10/11/07 | | 1 | 1 |
| lab lens | SN54 | CSP | Vistakon | 10/11/07 | | 1 | 1 |
| Camera | SN 05467044 | CSP | Vistakon | | | 1 | 1 |
| Target Holder 35MM UV 011 Fixture Part 51076P10028 Rev 1 | Target Holder 35MM UV 011 Fixture Part 51076P10028 Rev 1 | 16335 | West Valley Precision, Inc. | 10/19/07 51195-10 | 2 | | 0 |
| Pinhole 35MM UV 011 Fixture Part 51076P10029 Rev 0 | Pinhole 35MM UV 011 Fixture Part 51076P10029 Rev 0 | 16335 | West Valley Precision, Inc. | 10/19/07 51195-10 | 1 | | 0 |
| Freight | Freight | 16335 | West Valley Precision, Inc. | 10/19/07 51195-10 | 1 | | 0 |

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---|---|---|---|---|---|---|---|---|
| CSP00507 | 12/11/12 | 60176 | ES | Cognex | Dalsa Cameras | 118-1034 | 1401-4031 | 1 |
| CSP00524 | 12/10/12 | 60176 | ES | Cognex | Dalsa Camera | 118-1034 | 1401 4201 | 1 |
| CSP00525 | 12/12/12 | 60176 | ES | Cognex | RMV-4021,J&J case, no fan | 51-01737 | 80521 | 1 |
| CSP00526 | 12/12/12 | 60176 | ES | Cognex | RMV-4021,J&J case, no fan | 51-01737 | 80481 | 1 |
| CSP00527 | 12/12/12 | 60176 | ES | Cognex | RMV-4021,J&J case, no fan | 51-01737 | 80486 | 1 |
| CSP00528 | 12/12/12 | 60176 | ES | Cognex | RMV-4021,J&J case, no fan | 51-01737 | 80490 | 1 |
| CSP00529 | 12/12/12 | 60176 | ES | Cognex | RMV-4021,J&J case, no fan | 51-01737 | 80508 | 1 |
| CSP00531 | 12/12/12 | 60176 | ES | Cognex | 15 ft power supply | CC1133 | | 1 |
| CSP00532 | 12/12/12 | 60176 | ES | Cognex | 15 ft power supply | CC1133 | | 1 |
| CSP00533 | 12/12/12 | 60176 | ES | Cognex | 15 ft power supply | CC1133 | | 1 |
| CSP00552 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82789 | 1 |
| CSP00553 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82807 | 1 |
| CSP00556 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82785 | 1 |
| CSP00557 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82786 | 1 |
| CSP00558 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82798 | 1 |
| CSP00554 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82797 | 1 |
| CSP00555 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82796 | 1 |
| CSP00559 | 5/6/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens | | 82806 | 1 |
| CSP00592 | 12/13/13 | 60176 | ES | Cognex | Illunis Cameras, J&J Case. No fan, new CCD (51-01737) each.  PO180562 | RMV-4021 | 85959 | 1 |
| CSP00579 | 7/1/13 | 60176 | ES | Cognex | Illunis Cameras attached to BRO lens to have lens mount blocks rotated 90 degrees | | | 7 |
| CSP00530 | 12/12/12 | 60176 | ES | Cognex | 15 ft power supply | CC1133 | | 1 |
| CSP00578 | 6/24/13 | 60176 | ES | Cognex | Ullunis Cameras to attach w/BRO lens SN0148 | | 82796 | 1 |
| CSP00534 | 1/2/13 | 60176 | ES | Cognex | Lenovo PC Computer | | | 1 |
| CSP00560 | 5/6/13 | 60176 | ES | Cognex | Power Supply w/cable for monitor | NA | NA | 1 |

ALL OF THE MATERIAL BELOW IS ASSOCIATED WITH JOB NUMBER 64804
THE MATERIAL IS NOW CONTAINED IN **CSP 00803** - 12/9/16

| CSP NUM | Date | Job Number | DEPT | | Description | Model | Serial Number | QTY | |
|---|---|---|---|---|---|---|---|---|---|
| CSP00045/803 | 6/25/07 | 50469 | ES | Synodon | Cryogenics Test Dewar; will stay at BRO indefinitely | 1038 | NA | 1 | R |
| CSP00071/803 | 8/13/07 | 51125 | ES | Synodon | HP Dual Output Power Supply | Synodon 6234A | 2445A | 1 | R |
| **CSP00179/803** | 12/1/08 | 53751 | ES | Synodon | Old Style ROIC ceramic substrate w/chips | 100600 | | 2 | D |
| CSP00184/803 | 1/5/09 | 53751 | ES | Synodon | J10D1.4MMX21MM - 64EPreassembly | 400579 | #5    113392 | 1 | D |
| CSP00184/804 | 11/8/17 | 64804 | ES | New Era | J10D1.4MMX21MM - 64EPreassembly | 400579 | #3 | 1 | D |
| CSP00199/803 | 1/21/09 | 53751 | ES | Synodon (FLIR) | 9802 Linear ROIC Die-Bulk Start Mat'l 256X1 conf | Batch 20047775 | | 28 | R |
| CSP00165/803 | 9/30/08 | 51125 | ES | Judson-Teledyne | 64E-Prototype 8541406050 | 400571 J10d1.4MMX1MM | | 1 | R |
| CSP00748 | 8/28/15 | 62271 | ES | Synodon | J10D 1.44MMX1MM-64E Array (Detector) | Teledyne Judson: 400572 | InSb W#921 R11-u46 | 1 | K |
| CSP00809 | 2/17/17 | 65168 | ES | New Era Techno | ROIC Board (from Boyd Tolton) | | | 1 | K |

**Moved from Received 12/2/16**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CSP00240 | 4/14/10 | misc | ES | Synodon | Floor Jack | | | 1 | R |
| CSP00241 | 4/14/10 | misc | ES | Synodon | DeWalt Ban Saw | D28770 | | 1 | R |

# SYNODON CSP/M

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CSP00250 | 4/14/10 | misc | ES | Synodon | Swagelock Valve | 6LVV-DPLFR4-PL-blue | | 1 | **R** |
| CSP00252 | 4/14/10 | misc | ES | Synodon | Multimeter, velleman | ACM360 | | 1 | **R** |
| CSP00262 | 5/11/10 | 55523 | ES | Synodon | GPS Antenna | GPS-702-GG Antenna | NA | 1 | **D** |
| CSP00263 | 5/11/10 | 55523 | ES | Synodon | GPS Antenna cable, 15meter | BPS-C016 | | 1 | **D** |
| CSP00265 | 5/25/10 | 55523 | ES | Synodon | PEI-Genesis: Electrical connector (Cannon Plug) | APH PT08E14-18S-SR | 8536.69.4020 | 1 | **D** |
| CSP00674 | 12/5/14 | 62271 | ES | Synodon | Printed Circuit Board Read-out Integrating Circuit | | | 1 | **D** |
| CSP00676 | 12/21/14 | 62829 | ES | Synodon | Porta-Trace LED Light Panel 11" X 18" YLW (from Adorama) | VRPLP1118YL | NA | 1 | **R** |
| CSP00748a | 8/28/15 | 62271 | ES | Synodon | J10D 1.44MMX1MM-64E Array (Detector) | Teledyne Judson: 400572 | W921 K51-N86 | 1 | **D** |
| CSP00759 | 11/12/15 | 62271 | ES | Synodon | Read-out Integrating Circuit | | none | 3 | **R** |
| CSP00762 | 2/113/201 | 62271 | ES | Synodon | J10D 1.44MMX1MM-64E Array (Detector) | Teledyne Judson: 400572 | W921, L13-p46 | | |
| CSP00781 | 3/21/16 | 62271 | ES | Synodon | National Instrument: SHC68-68M-EPM Shielded cable, Male 68-POS.050 Series D-Tupe to 68-POS VHDCI Offset, 0.3m | 192288-0R3: | NA | 2 | **D** |
| CSP00788 | 3/24/16 | 62271 | ES | Synodon | ROIC cable | | | 1 | **R** |

12/2/2016 All remaining Synodon equipment and material from jobs

| | | | |
|---|---|---|---|
| Synodon | Top Level Assembly | 51049A00000 | 1 D |

# SYNODON CSP/M

| | | | |
|---|---|---|---|
| Top Level Assembly -minus top level assem | 51049A00000 -<br>50469A01000 | 1 D |
| Electronics Pods Case | 51049P12001 | 1 D |
| BARREL WINDOW | **50469P13001 A** | 1 R |
| WEDGE | 50469P14001 A | 1 R |
| ELEMENT 1 | 50469P15001 | 1 R |
| GAS CELL WINDOW 1 | 50469P16011 A | 1 R |
| GAS CELL WINDOW 2 | 50469P16012 A | 1 R |
| **ELEMENT 2** | 50469P18001 A | 1 R |
| **TEST STATION ASSEMBLY** | | 1 R |
| **GAS CELL TO BARREL ALIGNMENT TOOL** | 50469P22002 | 2 R |
| **FOCUS SCREW ASSEMBLY** | 50469A55000 | 3 R |
| **18" Diameter lightweighted, uncoated, optical flat** | | 1 R |
| **Concave spherical mirror, 12" diameter.** | | 1 R |
| **Phase II 12" Tilting Rotary Table** | | 1 R |
| **Tip/Tilt mount for 12" Diameter mirror** | | 1 R |
| **IR SOURCES** | | 2 R |

**TITLE:** **Inventory Report**

**DOCUMENT NUMBER:** **64804R04101 REV A**

**REPORT DATE:** **November 8th, 2017**

**PROGRAM MANAGER:** **Mark Fink**
**520-721-0500/722**
**mfink@breault.com**

**CUSTOMER:**

**CUSTOMER POC:**

# 1. Purpose

This report documents the physical inventory of material purchased under contract in support of BRO project 62271, Manufacturing realSens.

# 2. Scope

This document applies to the BRO job number 64804 and lined to 58891.

# 3. Reference

Supporting file:
1. NA

## 4.    Inventory Special Electrical Components

| ITEM NO. | QTY. | PART NO. | DESCRIPTION | Serial Number | UNIT# | | BRO CSP NUM |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 400572 | J10D1.4mm x 1mm-64E Array | DETECTOR CHIP # W921 K51-N86 | UNIT# 2 | In Pelican Case | CSP00748a |
| 2 | 1 | 400572 | J10D1.4mm x 1mm-64E Array | TJT Serial # InSb W# 921 R11-U46 | | In Pelican Case | CSP00748 |
| 3 | 28 | 20047775 | 9802 Linear ROIC Die-Bulk Start Mat'l 256X1 conf | | | In Black Case | CSP00199.803 |
| 4 | 1 | 400579 | REFERENCE: W # 751 - 2 | #3 | | DATE 12/19/08 | CSP00184.804 |
| 6 | 1 | 400579 | REFERENCE: W # 752 - 2 | #5 | | DATE 12/19/08 | CSP00184.803 |
| | | | | | | | |

# 5. Inventory from BRO Job Number 62271

| 50469A01000 | | TOP LEVEL ASSEMBLY - BARREL AND DEWAR | | | | 7/11/2017 | NOTES |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | BRO STORES | |
| 1 | 1 | 50469A10000 | A | BARREL ASSEMBLY | | 0 | ASSEMBLIES |
| 2 | 0 | 50469A20000 | A | DEWAR ASSEMBLY | | 0 | ASSEMBLIES |
| 3 | 1 | 50469A40000 | A | BARREL DEWAR SEAL ASSEMBLY | | 0 | ASSEMBLIES |
| 4 | 1 | 50469P51003 | B | BARREL INTERFACE PLATE | | 0 | |
| 6 | 2 | 50469P10005 | B | BARREL CUSTOM PIN SCREW | | 2 | |
| 7 | 1 | 50469A41000 | A | ENCLOSURE SEAL ASSEMBLY | | 0 | ASSEMBLIES |
| 8 | 3 | 50469A19400 | A | STRUCTURAL FLEXURE ASSY | | 0 | ASSEMBLIES |
| 50469A10000 | | BARREL ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 1 | 50469P10001 | D | BARREL | | 1 | |
| 2 | 1 | 50469P10004 | B | THERMAL INTERFACE PLATE | | 1 | |
| 8 | 3 | 50469P10002 | B | INVAR ROD | | 3 | |
| 50469A11000 | | BEARING ASSEMBLY LONG | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 3 | 50469P11001 | A | INNER BEARING LONG | | 3 | |
| 2 | 3 | 50469P11002 | A | OUTER BEARING LONG | | 3 | |
| 50469A12000 | | BEARING ASSEMBLY SHORT | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 3 | 50469P12001 | A | INNER BEARING SHORT | | 6 | |
| 2 | 3 | 50469P12002 | A | OUTER BEARING SHORT | | 6 | |
| | | 50469P12003 | A | OUTER BEARING SHORT CUSTOM WASHER | | 6 | |

| 50469A13000 | | WINDOW ASSEMBLY | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 2 | 50469P13001 | A | BARREL WINDOW | | 2 | |
| 2 | 1 | 50469P13003 | A | BARREL WINDOW RETAINER | | 1 | |
| 50469A14000 | | WEDGE ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 3 | 50469P14001 | A | WEDGE | | 4 | |
| 2 | 1 | 50469P14002 | C | WEDGE CELL | | 1 | |
| 3 | 1 | 50469P14003 | B | WEDGE RETAINING RING | | 1 | |
| 4 | 2 | 50469P14004 | B | WEDGE CLIP | | 2 | |
| 50469A15000 | | ELEMENT 1 ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 2 | 50469P15001 | A | ELEMENT 1 | | 2 | 1 EA BAD - CT |
| 2 | 1 | 50469P15002 | C | ELEMENT 1 CELL | | 1 | |
| 3 | 1 | 50469P15003 | A | ELEMENT 1 RETAINER | | 1 | |
| 50469A16000 | | GAS CELL ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 1 | 50469P16002 | D | GAS CELL HOUSING | | 1 | |
| 2 | 1 | 50469P16003 | E | GAS CELL W1 RETAINING RING | | 1 | |
| 3 | 1 | 50469P16004 | A | GAS CELL RETAINING RING | | 1 | |
| 4 | 1 | 50469P16005 | F | GAS CELL W2 RETAINING RING | | 1 | |
| 5 | 2 | 50469P16006 | B | LARGE D-SHAPED O-RING | | 0 | |
| 6 | 2 | 50469P16007 | B | SMALL D-SHAPED O-RING | | 0 | |
| 7 | 2 | 50469P16008 | A | RTD RING | | 2 | |
| 8 | 2 | 50469P16011 | A | GAS CELL WINDOW 1 | | 2 | |
| 9 | 2 | 50469P16012 | A | GAS CELL WINDOW 2 | | 2 | |
| 10 | 1 | 50469P16010 | A | GAS CELL RETAINING WASHER | | 2 | |

| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| 12 | 2 | R5T185L-28-4-002-00-18-T3084-2 | | RTD | | 7 | SPARES |
| 25 | 1 | 50469P16013 | A | GAS CELL W2 RETAINER SHIM | | 1 | |
| 50469A18000 | | ELEMENT 2 ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 2 | 50469P18001 | A | ELEMENT 2 | | 2 | |
| 2 | 1 | 50469P18002 | C | ELEMENT 2 CELL | | 1 | |
| 3 | 1 | 50469P18003 | B | ELEMENT 2 RETAINING RING | | 1 | |
| 50469A19000 | | BARREL HOLE SEAL ASSEMBLY LARGE | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 1 | 50469P19002 | A | BARREL HOLE SEAL BODY INSERT | | 6 | |
| 50469A19200 | | ROD CLAMP ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 1 | 50469P19201 | A | ROD CLAMP | | 6 | |
| 50469A19300 | | PULLER ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 2 | 4 | 50469P19302 | A | WEDGE PULLER ROD | | 0 | |
| 3 | 4 | 50469P19303 | A | ELEMENT 1 PULLER ROD | | 0 | |
| 4 | 4 | 50469P19304 | A | GAS CELL PULLER ROD | | 0 | |
| 5 | 4 | 50469P19305 | A | ELEMENT 2 PULLER ROD | | 0 | |
| 50469A19400 | | STRUCTURAL FLEXURE ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 3 | 50469P19401 | A | STRUCTURAL FLEXURE BASE | | 3 | |
| 2 | 3 | 50469P19402 | A | STRUCTURAL FLEXURE | | 3 | |
| 3 | 1 | 50469P19403 | A | STRUCTURAL FLEXURE SHIM | | 35 | |
| 50469A19700 | | PURGE PLUG ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |

| 1 | 2 | 50469P19701 | A | PURGE PLUG | | 2 | |
|---|---|---|---|---|---|---|---|
| 50469A19800 | | SPANNER WRENCH ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 1 | 50469P19801 | A | SPANNER TUBE | | 0 | |
| 2 | 1 | 50469P19301 | B | PULLER DISC | | 0 | |
| 4 | 1 | 50469P19804 | A | SPANNER GAS CELL | | 0 | |
| 5 | 1 | 50469P19803 | A | SPANNER ELEMENT 1 | | 0 | |
| 50469A2000 | | DEWAR ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 3 | 0 | 50469P20001 | A | DEWAR BODY | | 0 | |
| 4 | 1 | 50469P20002 | C | DEWAR INTERFACE PLATE | | 1 | |
| 50469A2100 | | DEWAR OPTICAL ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 2 | 50469P21001 | A | FIELD FLATTENER | | 0 | |
| 2 | 2 | 50469P21002 | A | FILTER | | 0 | |
| 3 | 1 | 50469P21011 | A | DEWAR WINDOW | | 1 | |
| 4 | 1 | 50469P21003 | J | OPTICAL HOUSING | | 1 | |
| 5 | 2 | 50469P21030 | A | FIELD FLATTENER CLAMP | | 2 | |
| 6 | 4 | 50469P21034 | A | FIELD FLATTENER SPRING CLIPS | | 12 | |
| 7 | 2 | 50469P21006 | B | Y CLAMP | | 2 | |
| 8 | 4 | 50469P21007 | A | X CLAMP | | 4 | |
| 9 | 1 | 50469P21008 | C | FILTER BASE | | 1 | |
| 10 | 1 | 50469P21009 | A | FILTER CLAMP | | 1 | |
| 11 | 4 | 50469P21010 | B | DETECTOR CLAMP | | 4 | |
| 12 | 1 | 50469P21014 | J | COLD PLATE | | 1 | |
| 13 | 1 | 50469P21012 | H | COLD SHIELD | | 1 | |
| 14 | 1 | 50469P21015 | A | DOA SHIM PACK 1 | | 2 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | 2 | 50469P21016 | D | FOCAL PLANE ARRAY | 0 | |
| 16 | 1 | 50469P21013 | D | COLD SHIELD SEPTUM | 1 | |
| 17 | 2 | 50469P21018 | B | OPTICAL HOUSING TOP SHIELD | 2 | |
| 18 | 2 | 50469P21019 | C | DETECTOR SIDE CLAMP | 2 | |
| 19 | 1 | 50469P21024 | | FIELD FLATTENER SPACER BLOCK | 2 | |
| 20 | 3 | 50469P21027 | | ROIC BOARD | 0 | |
| 50469A2200 | | DEWAR NUDGER ASSEMBLY | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | |
| 4 | 1 | 50469P44001 | A | XY GAMMA RING | 0 | |
| 5 | 3 | 50469P44002 | A | PUSH PIN | 0 | |
| 6 | 1 | 50469P44003 | A | INDICATOR CLAMP 1 | 0 | |
| 7 | 1 | 50469P44004 | A | INDICATOR CLAMP 2 | 0 | |
| 8 | 1 | 50469P44005 | A | STAND OFF 1 | 0 | |
| 9 | 1 | 50469P44006 | A | GAMMA ROTATION INDICATOR MOUNT BLOCK | 0 | |
| 10 | 3 | 50469P44007 | A | PUSH PIN - LONG | 0 | |
| 50469A40000 | | BARREL / DEWAR SEAL ASSEMBLY | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | |
| 1 | 1 | 50469P40001 | B | FLEXIBLE SEAL | 1 | |
| 2 | 1 | 50469P40002 | A | SEAL RING 1 | 1 | |
| 3 | 1 | 50469P40003 | A | SEAL RING 2 | 1 | |
| 4 | 1 | 50469P40004 | A | SEAL RING 3 | 1 | |
| 5 | 1 | 50469P40005 | A | SEAL RING 4 | 1 | |
| 9 | 2 | 50469P19002 | A | BARREL HOLE SEAL BODY INSERT | 6 | |
| 50469A42000 | | FLEXURE SEAL SHIPPING ASSEMBLY | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | |

| PART NUMBER | REV | TRAVELER | | | SERIAL # | PAGE | OF |
|---|---|---|---|---|---|---|---|
| 51049A00000 | F | | Breault Research Organization, Inc.<br>44000 E. Broadway Blvd. Suite 500<br>Tucson, AZ 85711 USA<br>Tel: 520.721.0500<br>Fax: 520.721.9630 | | | 8 | 12 |
| PART NAME | | | | | DATE | DOCUMENT # | |
| TOP LEVEL ASSEMBLY | | | | | 07/12/2017 | 64804R04101 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 50469P42001 | B | BARREL DEWAR SEAL PLATE | | 0 | |
| 2 | 0 | 50469P42002 | B | BARREL DEWAR SHIPPING SEAL STANDOFF | | 0 | |
| 50469A53000 | | RADIOMETER PLUMBING ASSEMBLY | | | | 2 | COMPLETE ASSEMBLIES |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| | 6 | 50469P19002 | B | BARREL HOLE SEAL BODY INSERT | | 6 | SPARES |
| 51049A00000 | | TOP LEVEL ASSEMBLY - SYNODON POD | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 2 | 51049A00100 | C | STIFFENING BLOCK ASSEMBLY | | 0 | ASSEMBLIES |
| 2 | 2 | 51049A10300 | C | DOOR ASSEMBLY | | 0 | ASSEMBLIES |
| 3 | 2 | 51049A10610 | B | ALTIMETER ASSEMBLY | | 0 | ASSEMBLIES |
| 4 | 2 | 51049A10701 | C | CAMERA ASSEMBLY VISABLE | | 0 | ASSEMBLIES |
| 5 | 2 | 51049A10850 | C | IR CAMERA ASSEMBLY | | 0 | ASSEMBLIES |
| 6 | 2 | 51049A10950 | B | SPAN-CPT ASSEMBLY | | 0 | ASSEMBLIES |
| 7 | 2 | 51049A11000 | F | TOP SHELL ASSEMBLY | | 0 | ASSEMBLIES |
| 8 | 2 | 51049A11100 | C | BOTTOM COVER ASSEMBLY | | 0 | ASSEMBLIES |
| 9 | 4 | 51049A11350 | C | REAR MOUNT ASSEMBLY | | 0 | ASSEMBLIES |
| 10 | 2 | 51049A11450 | B | FRONT MOUNT ASSEMBLY | | 0 | ASSEMBLIES |
| 11 | 3 | 51049A12000 | G | ELECTRONICS POD ASSEMBLY | | 0 | ASSEMBLIES |
| 12 | 8 | 51049P00001 | E | OPTICAL POD LIFTING EAR | | 8 | |
| 13 | 2 | 51049P11200 | I | OPTICAL BENCH | | 2 | |
| 51049A00100 | | STIFFENING BLOCK ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | REV. | DESCRIPTION | | | |
| 1 | 1 | 51049P00003 | | STIFFENING BLOCK | | 2 | |
| 51049A10300 | | DOOR ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |

| 1 | 2 | 51049A20100 | C | CAGE ASSEMBLY | | 0 | ASSEMBLIES |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 51049P30200 | B | SLIDING SHUTTER | | 2 | |
| 3 | 2 | 51049P10301 | B | BOTTOM SHUTTER COVER | | 2 | |
| 4 | 2 | 51049P10302 | B | DRIVE GEAR RACK | | 2 | |
| 5 | 2 | 51049P10303 | B | DRIVE GEAR | | 2 | |
| 6 | 2 | 51049P10304 | C | MOTOR MOUNT | | 2 | |
| 7 | 2 | 51049P10305 | B | TOP SHUTTER COVER | | 4 | |
| 8 | 8 | 51049P10306 | B | BRUSH HOLDER | | 8 | |
| 9 | 8 | 51049P10307 | B | BRUSH | | 8 | |
| 10 | 2 | BLWSG231D-36V-4000-R75 | | BRUSHLESS DC MOTOR, NEMA 23 | | 2 | |
| 51049A20100 | | CAGE ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049A30100 | B | BEARING ASSEMBLY | | 0 | ASSEMBLIES |
| 2 | 2 | 51049P20101 | C | END CAP | | 2 | |
| 3 | 2 | EE-SPX305-W2A | | SENSING HEAD | | 2 | |
| 51049A30100 | | BEARING ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P30101 | C | RAIL | | 2 | |
| 51049A10610 | | ALTIMETER ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P10611 | | ALT MOUNT TOP PLATE | | 2 | |
| 2 | 4 | 51049P10612 | | ALT MOUNT SIDE PLATE | | 4 | |
| 51049A10701 | | CAMERA ASSEMBLY VISIBLE | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P10702 | A | VIS CAMERA MOUNT BASE | | 2 | |
| 2 | 2 | 51049P10703 | A | VERTICAL BRACKET VIS CAMERA | | 2 | |
| 51049A10850 | | IR CAMERA ASSEMBLY | | | | | |

| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 51049P10851 | D | MOUNTING BRACKET | | 2 | |
| 51049A11000 | | TOP SHELL ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P11002 | D | TOP SHELL | | 2 | |
| 2 | 2 | 51049P11611 | C | TOP COVER | | 2 | |
| 51049A11100 | | BOTTOM COVER ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P20300 | E | BOTTOM SHELL | | 2 | |
| 2 | 4 | 51049A20200 | B | WINDOW ASSEMBLY | | 0 | ASSEMBLIES |
| 3 | 2 | 51049A20600 | B | ENCLOSURE SEAL ASSEMBLY | | 0 | ASSEMBLIES |
| 4 | 4 | 51049A20700 | B | ALTIMETER WINDOW ASSEMBLY | | 0 | ASSEMBLIES |
| 51049A20200 | | WINDOW ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 0 | 51049P20201 | B | ROUND WINDOW | | | |
| 2 | 2 | 51049P20202 | C | WINDOW MOUNT | | 4 | |
| 51049A20600 | | ENCLOSURE SEAL ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P20601 | B | ENCLOSURE SEALING RING OUTER | | 2 | |
| 2 | 2 | 51049P20602 | B | ENCLOSURE SEAL | | 2 | |
| 3 | 2 | 51049P20603 | C | RADIOMETER ENCLOSURE SEALING RING | | 2 | |
| 51049A20700 | | ALTIMETER WINDOW ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 0 | 51049P20701 | B | RECTANGLE WINDOW | | 0 | |
| 2 | 2 | 51049P20702 | B | ALTIMETER WINDOW RETAINER | | 4 | |
| 51049A11350 | | REAR MOUNT ASSEMBLY | | | | | |

| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 51049P11351 | E | REAR MOUNT | | 4 | |
| 2 | 4 | 51049P11504 | B | M8 PRESS NUT, SS | | 0 | |
| 51049A11450 | | FRONT MOUNT ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P11451 | E | FRONT MOUNT | | 2 | |
| 2 | 4 | 51049P11504 | B | M8 PRESS NUT, SS | | 0 | |
| 51049A12000 | | ELECTRONICS POD ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049A12050 | C | COVER ASSEMBLY | | 0 | ASSEMBLIES |
| 2 | 2 | 51049A20500 | C | WIRE CONDUIT ASSEMBLY | | 0 | ASSEMBLIES |
| 3 | 2 | 51049A20800 | C | DATA PORT ASSEMBLY | | 0 | ASSEMBLIES |
| 4 | 3 | 51049P12001 | H | ELECTRONICS POD CASE | | 3 | |
| 5 | 4 | 51049P12004 | D | REAR MOUNT ADAPTER | | 6 | |
| 6 | 8 | 51049P12005 | C | LOWER POD MOUNT CLAMP | | 8 | |
| 7 | 4 | 51049P12006 | B | LOWER POD MOUNT INSIDE CLAMP PLATE | | 4 | |
| 8 | 4 | 51049P12007 | A | FILTER SUPPORT | | 4 | |
| 9 | 2 | 51049P12008/MMCR 8997T62 | B | FILTER | | 2 | |
| 10 | 4 | 51049P12009 | B | SIDE COVER SUPPORT | | 4 | |
| 51049A12050 | | COVER ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P12002 | H | ELECTRONICS POD CASE COVER | | 3 | |
| 2 | 2 | 51049P12003/MMCR R8694K43 | C | GASKET | | 3 | |
| 3 | 2 | 51049P12010 | B | FILTER SUPPORT | | 4 | |
| 4 | 2 | 51049P12011/MMCR 8997T62 | B | FILTER | | 0 | |
| 5 | 2 | 51049P12012 | B | SSD DRIVE COVER PLATE | | 2 | |

| 6 | 2 | 51049P12013 | C | SSD BASE PLATE | | 3 | |
|---|---|---|---|---|---|---|---|
| 51049A12500 | | WIRE CONDUIT ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P20501 | C | BELLOWS FLANGE | | 2 | |
| 2 | 2 | 51049P20502 | B | SPLIT RUBBER PLUG | | 6 | |
| 3 | 2 | 51049P20503 | B | BELLOWS FLANGE 2 | | 2 | |
| 4 | 2 | MMCR 9421K67 | | BELLOWS | | 2 | |
| 5 | 2 | MMCR 5415K26 | | HOSE CLAMP | | 10 | |
| 51049A20800 | | DATA PORT ASSEMBLY | | | | | |
| ITEM NO. | QTY. | PART NO. | | DESCRIPTION | | | |
| 1 | 2 | 51049P20801 | C | DATA PORT BOX | | 2 | |
| 2 | 2 | 51049P20803 | D | DATA PORT DOOR | | 2 | |
| 3 | 2 | 51049P20804 | D | DATA PORT GASKET | | 2 | |

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---------|------|-----------|------|-----------------|-------------|-------|---------------|-----|
| CSP00816 | 5/9/17 | 66181 | ES | iScreen Vision Inc. | G3000CR 0iScreen Vision Screener 3000 | Z3849-00 | 2166 - ID00: 50: C2: B8:01:41 | 1 |
| CSP00817 | 5/9/17 | 66181 | ES | iScreen Vision Inc. | BGAC1014 Bulb w/Lens & RFlashlamp Assy | RF-ASY RF2315 | | 2 |
| CSP00818 | 5/9/17 | 66181 | ES | iScreen Vision Inc. | Shroud, Flash | C-08174R0 | | 1 |
| CSP00846 | 8/28/17 | 66181 | ES | iScreen Vision Inc. | Retinoscopy Trainer | | SN 1101298273 SN 1101298274 | 2 |
| CSP00850 | 1/18/18 | 66181 | ES | iScreen Vision Inc. | Gasket, Shroud Lens Opening | C-09264R0 | NA | 2 |
| CSP00893 | 4/26/19 | 66073 | ES | Vistakon (EZ Systems) | Power Supply+ Power Cord | 13-02001 | 42 | 1 |
| CSP00894 | 4/26/19 | 66345 | ES | Vistakon (EZ Systems) | Power Supply+ Power Cord | 13-02001 | 45 | 1 |
| CSP00895 | 6/7/19 | 66524 | ES | General Atomics | 1" ZnS Substrate 1" ALON Substrate | For Testing | NA | 1 1 |
| CSP00896 | 6/13/19 | 66345 | ES | EZ Systems | Illunis Cameras | 51-02784 REV D RMV-4070 Mono, 2-TAP, CL, Custom J&J Mount, Reduced Width, No Filter, No Fan | 2722 | 1 |
| CSP00897 | 6/13/19 | 66345 | ES | EZ Systems | Illunis Cameras | 51-02784 REV D RMV-4070 Mono, 2-TAP, CL, Custom J&J Mount, Reduced Width, No Filter, No Fan | 2724 | 1 |
| CSP00898 | 6/13/19 | 66345 | ES | EZ Systems | Illunis Cameras | 51-02784 REV D RMV-4070 Mono, 2-TAP, CL, Custom J&J Mount, Reduced Width, No Filter, No Fan | 2737 | 1 |
| CSP00899 | 6/13/19 | 66345 | ES | EZ Systems | Illunis Cameras | 51-02784 REV D RMV-4070 Mono, 2-TAP, CL, Custom J&J Mount, Reduced Width, No Filter, No Fan | 2744 | 1 |

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---------|------|------------|------|-----------------|-------------|-------|---------------|-----|
| CSP00189 | 1/9/09 | 50517 | ES | Navy Lakehurst | Transformer | PN: 616702-1 | | 1 |
| CSP00303 | 8/24/10 | 50517 | ES | Navy | stuffing Tubes (2) | | NA | 2 |
| CSP00304 | 8/24/10 | 50517 | ES | Navy | Tubes | M19622/17-03 | NA | 4 |
| CSP00304 | 8/24/10 | 50517 | ES | Navy | Tubes | M19622/17-03 | NA | 1 |
| CSP00305 | 8/24/10 | 50517 | ES | Navy | O Rings | 214 | NA | 4 |
| CSP00305 | 8/24/10 | 50517 | ES | Navy | O Rings | 214 | NA | 1 |
| CSP00447 | 11/29/11 | 50517 | ES | Navy SEA 21 | Deck Surface Floodlight | 50517A32001 Rev A | 2 | 1 |

Schedule Ref. No: **5S300-50517 DECKLIGHTS**

# Inventory Schedule

| | | |
|---|---|---|
| Alt. Sched. Ref. No: | Case Number: S0302A-3554 | Submit Date: 08 Oct 2014 |
| Contract Type Code: U | Referral Number: | Referral Date: |
| | Docket Number: | |
| Auth Official Name: Mark Fink | Term Inv: N | |
| Auth Official Title: Director Engineering Services | Final Schedule: N | Total Line Items: 47 |
| | Scrap List: N | Total Acquisition Cost: |

### Prime Contractor

**PIIN:** N0002408C4137    **SPIIN:**

(5S300)    BREAULT RESEARCH ORGANIZATION, INC.
6400 E GRANT RD STE 350
TUCSON, AZ 85715 US

#### POC
**Name:** Gail Dawkins
**Phone:** 520-721-0500    **Ext:** 745
**Fax:** 520-721-9630
**E-Mail:** gdawkins@breault.com

### Location

**Location:**

(5S300)    Breault Research Organization, Inc.
6400 E. Grant Rd. Suite 350
Tucson, AZ 85715 US

#### POC
**Name:** Mark Fink
**Phone:** 520-721-0500    **Ext:** 722
**Fax:** 520-721-9630
**E-Mail:** mfink@breault.com

### 1st Tier Contractor
**Subcontract No:**

#### POC
**Name:**
**Phone:**    **Ext:**
**Fax:**
**E-Mail:**

### 2nd Tier Contractor
**Subcontract No:**

#### POC
**Name:**
**Phone:**    **Ext:**
**Fax:**
**E-Mail:**

# Line Item(s)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | A | | | 001 | M | | | AU | 7 | CA | EA | $2.50 | $17.50 | N | |

#### Manufacturer

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5980    **NSN:**    **GSA Sale:** No    **Exchange Sale:** No    **Reimbursement Required:** No

**Estimated Scrap Proceeds:**    **Replacement Cost:**    **Reimbursement Fund Code:**    **NASA Agency Location Code:**    **Reportable:** Yes

**Contractor ID:**    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**
LUXEON Rebel 20 mm Plain Tight LED Optic - Mfr Part#: 10193

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | A | N | A | U | 001 | M | | AU | 1 | CA | EA | $125.00 | $125.00 | N | |

| Manufacturer | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

| | | | | | |
|---|---|---|---|---|---|
| **FSC:** 9535 | **NSN:** 9535-01-564-9055 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
| **Estimated Scrap Proceeds:** | **Replacement Cost:** | **Reimbursement Fund Code:** | **NASA Agency Location Code:** | **Reportable:** Yes |

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

5052-H32 aluminum - 2" X 2" (1 piece cut into 4 pieces)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | A | | | | 001 | M | | AU | 8 | CA | EA | $0.41 | $3.28 | N | |

| Manufacturer | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

| | | | | | |
|---|---|---|---|---|---|
| **FSC:** 9330 | **NSN:** | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
| **Estimated Scrap Proceeds:** | **Replacement Cost:** | **Reimbursement Fund Code:** | **NASA Agency Location Code:** | **Reportable:** Yes |

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

LUXEON Rebel Black Round LED Holder for 20 mm Optic Mfr Part#: 10235

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | A | | | | 001 | M | | AU | 1 | CA | EA | $750.00 | $750.00 | N | |

| Manufacturer | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

| | | | | | |
|---|---|---|---|---|---|
| **FSC:** 4420 | **NSN:** | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
| **Estimated Scrap Proceeds:** | **Replacement Cost:** | **Reimbursement Fund Code:** | **NASA Agency Location Code:** | **Reportable:** Yes |

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

50517D32025 5113 Heat Sink RevA

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | A | | | 001 | M | | | AU | 1 | CA | EA | $252.00 | $252.00 | N | |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
|---|---|---|---|---|
| Name: | | Model No: | | Manufactured On: |

| FSC: | 9330 | NSN: | | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
|---|---|---|---|---|---|---|

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: Yes |
|---|---|---|---|---|---|---|---|---|

Contractor ID:                                    Product Made By:

Unique Item Identifiers:

**Item Description:**

50517D32002 LENS HOLDER (rev: a)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | A | | | 001 | M | | | AU | 7 | CA | EA | $2.53 | $17.71 | N | |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
|---|---|---|---|---|
| Name: | | Model No: | | Manufactured On: |

| FSC: | 9330 | NSN: | | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
|---|---|---|---|---|---|---|

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: Yes |
|---|---|---|---|---|---|---|---|---|

Contractor ID:                                    Product Made By:

Unique Item Identifiers:

**Item Description:**

- LENS HOLDER

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $11.46 | $11.46 | N | |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
|---|---|---|---|---|
| Name: | | Model No: | | Manufactured On: |

| FSC: | 5305 | NSN: | 5305-01-581-9926 | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
|---|---|---|---|---|---|---|

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location | | Reportable: Yes |
|---|---|---|---|---|---|---|---|---|

Code:

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91735A148 - Type 316 SS Pan Head Phillips Machine Screw 6-32 Thread, 1/2" Length, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | A | | | 001 | M | | | AU | 3 | CA | EA | $0.43 | $1.29 | N | |

**Manufacturer**

|  |  |  |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5365          **NSN:**          **GSA Sale:** No          **Exchange Sale:** No          **Reimbursement Required:** No

**Estimated Scrap Proceeds:**          **Replacement Cost:**          **Reimbursement Fund Code:**          **NASA Agency Location Code:**          **Reportable:** Yes

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

2938T1 - SAE 863 Flanged-Sleeve Bearing for 1/4" Shaft Dia, 3/8" OD X 1/4" L X 1/2" Flange OD

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | A | N | A | U | 001 | M | | | AU | 1 | CA | PK | $8.43 | $8.43 | N |

**Manufacturer**

|  |  |  |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5310          **NSN:** 5310-01-621-3230          **GSA Sale:** No          **Exchange Sale:** No          **Reimbursement Required:** No

**Estimated Scrap Proceeds:**          **Replacement Cost:**          **Reimbursement Fund Code:**          **NASA Agency Location Code:**          **Reportable:** Yes

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

90107A013 - Type 316 SS General Purpose Flat Washer No. 12 Screw Size, 9/16" OD, .04"-.06" Thick, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010 | A | | | 001 | M | | | AU | 1 | CA | PK | $8.62 | $8.62 | N | |

**Manufacturer**

|  |  |  |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5360          **NSN:**          **GSA Sale:** No          **Exchange Sale:** No          **Reimbursement Required:** No

| | | | | | | NASA | | |
|---|---|---|---|---|---|---|---|---|
| **Estimated Scrap Proceeds:** | | **Replacement Cost:** | | **Reimbursement Fund Code:** | | **Agency Location Code:** | | **Reportable:** Yes |

**Contractor ID:**                                        **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

9716K77 301 - Stainless Steel Curved Disc Spring 1/2" Hole, 1/4" Rod, .265" ID, .490" OD, .0110" Thk, packs of 10 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $12.00 | $12.00 | N | |

| Manufacturer | | | |
|---|---|---|---|
| **CAGE:** | **Model Name:** | | **Serial No:** |
| **Name:** | **Model No:** | | **Manufactured On:** |

| **FSC:** | 5325 | **NSN:** 5325-01-520-5749 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
|---|---|---|---|---|---|

| | | | | | | NASA | | |
|---|---|---|---|---|---|---|---|---|
| **Estimated Scrap Proceeds:** | | **Replacement Cost:** | | **Reimbursement Fund Code:** | | **Agency Location Code:** | | **Reportable:** Yes |

**Contractor ID:**                                        **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

98408A120 - Side-Mount Retaining Ring (E-Style) Stainless Steel, for 1/4" Shaft Diameter, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0012 | A | | | 001 | M | | | AU | 1 | CA | PK | $4.31 | $4.31 | N | |

| Manufacturer | | | |
|---|---|---|---|
| **CAGE:** | **Model Name:** | | **Serial No:** |
| **Name:** | **Model No:** | | **Manufactured On:** |

| **FSC:** | 5331 | **NSN:** | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
|---|---|---|---|---|---|

| | | | | | | NASA | | |
|---|---|---|---|---|---|---|---|---|
| **Estimated Scrap Proceeds:** | | **Replacement Cost:** | | **Reimbursement Fund Code:** | | **Agency Location Code:** | | **Reportable:** Yes |

**Contractor ID:**                                        **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

9396K12 - Silicone O-Ring AS568A Dash Number 007, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0013 | A | N | A | U | 001 | M | | AU | 3 | CA | PK | $4.93 | $14.79 | N | |

| Manufacturer | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |

| Name: | | Model No: | | Manufactured On: | |
|-------|--|-----------|--|------------------|--|

| | | | | | | |
|--|--|--|--|--|--|--|
| FSC: | 5305 | NSN: 5305-015-637-777 | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |

| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |
|---------------------------|-------------------|--------------------------|---------------------------|-----------------|

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

92185A106 - Type 316 Stainless Stl Socket Head Cap Screw 4-40 Thread, 1/4" Length, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|-------------|------------|-------------------------|---------------------|------|---------------|--------------------|--------------|-----------|----------|-------|-----|-----------|------------------|----------|------------------|
| 0014 | A | | | 001 | M | | | AU | 10 | CA | EA | $1.46 | $14.60 | N | |

### Manufacturer

| CAGE: | | Model Name: | | Serial No: | |
|-------|--|-------------|--|------------|--|
| Name: | | Model No: | | Manufactured On: | |

| | | | | | | |
|--|--|--|--|--|--|--|
| FSC: | 5365 | NSN: | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |

| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |
|---------------------------|-------------------|--------------------------|---------------------------|-----------------|

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

92319A746 - Nylon Female Threaded Hex Standoff 3/8" Hex, 5/8" Length, 10-32 Screw Size

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|-------------|------------|-------------------------|---------------------|------|---------------|--------------------|--------------|-----------|----------|-------|-----|-----------|------------------|----------|------------------|
| 0015 | A | | | 001 | M | | | AU | 1 | CA | PK | $7.77 | $7.77 | N | |

### Manufacturer

| CAGE: | | Model Name: | | Serial No: | |
|-------|--|-------------|--|------------|--|
| Name: | | Model No: | | Manufactured On: | |

| | | | | | | |
|--|--|--|--|--|--|--|
| FSC: | 5305 | NSN: | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |

| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |
|---------------------------|-------------------|--------------------------|---------------------------|-----------------|

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

92313A834 - Type 316 SS Cup Point Socket Set Screw 10-32 Thread, 1" Length, packs of 25 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|-------------|------------|-------------------------|---------------------|------|---------------|--------------------|--------------|-----------|----------|-------|-----|-----------|------------------|----------|------------------|

| 0016 | A | N | A | U | 001 | M | | AU | 3 | CA | PK | $3.69 | $11.07 | N |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
| Name: | | Model No: | | Manufactured On: |

| FSC: | 5305 | NSN: | 5305-01-577-2822 | GSA Sale: | No | Exchange Sale: | No | Reimbursement Required: | No |

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: | Yes |

Contractor ID: Product Made By:

Unique Item Identifiers:

**Item Description:**

92185A194 - Type 316 Stainless Stl Socket Head Cap Screw 8-32 Thread, 1/2" Length, packs of 25 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0017 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $4.60 | $4.60 | N |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
| Name: | | Model No: | | Manufactured On: |

| FSC: | 5305 | NSN: | 5305-01-413-0305 | GSA Sale: | No | Exchange Sale: | No | Reimbursement Required: | No |

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: | Yes |

Contractor ID: Product Made By:

Unique Item Identifiers:

**Item Description:**

92185A988 - Type 316 Stainless Stl Socket Head Cap Screw 10-32 Thread, 3/8" Length, packs of 25 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0018 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $2.54 | $2.54 | N |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
| Name: | | Model No: | | Manufactured On: |

| FSC: | 5310 | NSN: | 5310-01-563-5565 | GSA Sale: | No | Exchange Sale: | No | Reimbursement Required: | No |

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: | Yes |

Contractor ID: Product Made By:

Unique Item Identifiers:

**Item Description:**

91113A005 - Zinc-Plated Steel Internal-Tooth Lock Washer No. 4 Screw Size, .27" OD, .01"-.02" Thick, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0019 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $2.65 | $2.65 | N | |

| Manufacturer | | | |
|---|---|---|---|
| CAGE: | Model Name: | Serial No: | |
| Name: | Model No: | Manufactured On: | |

| | | | |
|---|---|---|---|
| FSC: 5310 | NSN: 5310-01-560-6292 | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |

Estimated Scrap Proceeds:     Replacement Cost:     Reimbursement Fund Code:     NASA Agency Location Code:     **Reportable:** Yes

Contractor ID:     Product Made By:

Unique Item Identifiers:

Item Description:

98449A510 - 400 Series SS Internal-Tooth Lock Washer No. 4 Screw Size, .27" OD, .01"-.02" Thick, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $7.83 | $7.83 | N | |

| Manufacturer | | | |
|---|---|---|---|
| CAGE: | Model Name: | Serial No: | |
| Name: | Model No: | Manufactured On: | |

FSC: 5310     NSN: 5310015297992     GSA Sale: No     Exchange Sale: No     Reimbursement Required: No

Estimated Scrap Proceeds:     Replacement Cost:     Reimbursement Fund Code:     NASA Agency Location Code:     **Reportable:** Yes

Contractor ID:     Product Made By:

Unique Item Identifiers:

Item Description:

91860A029 - High Strength 17-7 Ph SS Flat Washer 1/4" Screw Size, 3/4" OD, .05"-.07" Thick, packs of 10 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0021 | A | | | | 001 | M | | AU | 1 | CA | PK | $7.12 | $7.12 | N | |

| Manufacturer | | | |
|---|---|---|---|
| CAGE: | Model Name: | Serial No: | |
| Name: | Model No: | Manufactured On: | |

FSC: 5331     NSN:     GSA Sale: No     Exchange Sale: No     Reimbursement Required: No

Estimated Scrap Proceeds:     Replacement Cost:     Reimbursement Fund Code:     NASA Agency Location Code:     **Reportable:** Yes

Contractor ID:     Product Made By:

Unique Item Identifiers:

**Item Description:**

9396K205 Silicone O-Ring AS568A Dash Number 203, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0022 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $5.78 | $5.78 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | |
|---|---|---|---|---|
| **FSC:** 5305 | **NSN:** 5305-01-610-5977 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |

| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |
|---|---|---|---|---|

**Contractor ID:**          **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91735A199 Type 316 SS Pan Head Phillips Machine Screw 8-32 Thread, 1" Length, packs of 25 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0023 | A | N | A | | 001 | M | | AU | 1 | CA | PK | $3.45 | $3.45 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | |
|---|---|---|---|---|
| **FSC:** 5310 | **NSN:** 5310-01-528-6397 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |

| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |
|---|---|---|---|---|

**Contractor ID:**          **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

90107A010 Type 316 SS General Purpose Flat Washer No. 8 Screw Size, 3/8" OD, .02"-.04" Thick, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0024 | A | | | | 001 | M | | AU | 2 | CA | PK | $9.38 | $18.76 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | |
|---|---|---|---|---|
| **FSC:** 5310 | **NSN:** | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |

| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location | Reportable: Yes |
|---|---|---|---|---|

Code:

**Contractor ID:**                                      **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

95647A117 Wear-Resistant Delrin (Acetal) Flat Washer No. 8 Screw Size, .38" OD, .02"-.04" Thick, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0025 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $6.07 | $6.07 | N | |

Manufacturer

| **CAGE:** | | **Model Name:** | | **Serial No:** |
|---|---|---|---|---|
| **Name:** | | **Model No:** | | **Manufactured On:** |

**FSC:** 5305          **NSN:** 5305-01-617-2428          **GSA Sale:** No          **Exchange Sale:** No          **Reimbursement Required:** No

**Estimated Scrap Proceeds:**          **Replacement Cost:**          **Reimbursement Fund Code:**          **NASA Agency Location Code:**          **Reportable:** Yes

**Contractor ID:**                                      **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91735A830 Type 316 SS Pan Head Phillips Machine Screw 10-32 Thread, 5/8" Length, packs of 25 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0026 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $11.65 | $11.65 | N | |

Manufacturer

| **CAGE:** | | **Model Name:** | | **Serial No:** |
|---|---|---|---|---|
| **Name:** | | **Model No:** | | **Manufactured On:** |

**FSC:** 5310          **NSN:** 5310-01-523-6845          **GSA Sale:** No          **Exchange Sale:** No          **Reimbursement Required:** No

**Estimated Scrap Proceeds:**          **Replacement Cost:**          **Reimbursement Fund Code:**          **NASA Agency Location Code:**          **Reportable:** Yes

**Contractor ID:**                                      **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

90715A130 Type 316 SS Nylon-Insert Hex Locknut 1/4"-28 Thread Size, 7/16" Width, 5/16" Height, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0027 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $10.00 | $10.00 | N | |

Manufacturer

| **CAGE:** | | **Model Name:** | | **Serial No:** |
|---|---|---|---|---|
| **Name:** | | **Model No:** | | **Manufactured On:** |

**FSC:** 5310          **NSN:** 5310-01-540-0223          **GSA Sale:** No          **Exchange Sale:** No          **Reimbursement Required:** No

| | | | | | | NASA | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | Agency Location Code: | | Reportable: Yes |

Contractor ID:          Product Made By:

Unique Item Identifiers:

Item Description:

95647A125 Wear-Resistant Delrin (Acetal) Flat Washer 1/4" Screw Size, .5" OD, .02"-.04" Thick, packs of 50

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0028 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $10.10 | $10.10 | N | |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
|---|---|---|---|---|
| Name: | | Model No: | | Manufactured On: |

| FSC: | 5310 | NSN: | 5310-01-353-8272 | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
|---|---|---|---|---|---|---|

| | | | | | | NASA | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | Agency Location Code: | | Reportable: Yes |

Contractor ID:          Product Made By:

Unique Item Identifiers:

Item Description:

94804A029 Type 316 Stainless Steel Hex Nut 1/4"-20 Thread Size, 7/16" Width, 7/32" Height, packs of 100

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0029 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $7.60 | $7.60 | N | |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
|---|---|---|---|---|
| Name: | | Model No: | | Manufactured On: |

| FSC: | 5305 | NSN: | 5305-01-528-6785 | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
|---|---|---|---|---|---|---|

| | | | | | | NASA | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | Agency Location Code: | | Reportable: Yes |

Contractor ID:          Product Made By:

Unique Item Identifiers:

Item Description:

91735A833 Type 316 SS Pan Head Phillips Machine Screw 10-32 Thread, 1" Length, packs of 25 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | A | | | 001 | M | | | AU | 1 | CA | UN | $558.46 | $558.46 | N | |

**Manufacturer**

| CAGE: | | Model Name: | | Serial No: |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | | **Model No:** | | **Manufactured On:** | | |

**FSC:** 5962  **NSN:**  **GSA Sale:** No  **Exchange Sale:** No  **Reimbursement Required:** No

**Estimated Scrap Proceeds:**  **Replacement Cost:**  **Reimbursement Fund Code:**  **NASA Agency Location Code:**  **Reportable:** Yes

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

BL01A: Custom Luxeon LED Grid Board

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0031 | A | | | 001 | M | | | AU | 1 | CA | UN | $1,040.54 | $1,040.54 | N | |

**Manufacturer**

| | | | |
|---|---|---|---|
| **CAGE:** | | **Model Name:** | **Serial No:** |
| **Name:** | | **Model No:** | **Manufactured On:** |

**FSC:** 5962  **NSN:**  **GSA Sale:** No  **Exchange Sale:** No  **Reimbursement Required:** No

**Estimated Scrap Proceeds:**  **Replacement Cost:**  **Reimbursement Fund Code:**  **NASA Agency Location Code:**  **Reportable:** Yes

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

BL02A: Custom Power Supply Driver Board

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | A | | | 001 | M | | | AU | 1 | CA | UN | $508.11 | $508.11 | N | |

**Manufacturer**

| | | | |
|---|---|---|---|
| **CAGE:** | | **Model Name:** | **Serial No:** |
| **Name:** | | **Model No:** | **Manufactured On:** |

**FSC:** 5962  **NSN:**  **GSA Sale:** No  **Exchange Sale:** No  **Reimbursement Required:** No

**Estimated Scrap Proceeds:**  **Replacement Cost:**  **Reimbursement Fund Code:**  **NASA Agency Location Code:**  **Reportable:** Yes

**Contractor ID:**  **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

07A: Custom Luxeon LED 2x2

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0033 | A | | | | | 001 | M | HX | 1 | CA | UN | $486.77 | $486.77 | | N |

### Manufacturer

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5962   **NSN:**   **GSA Sale:** No   **Exchange Sale:** No   **Reimbursement Required:** No

**Estimated Scrap Proceeds:**   **Replacement Cost:**   **Reimbursement Fund Code:**   **NASA Agency Location Code:**   **Reportable:** Yes

**Contractor ID:**   **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**
Custom Power Filter Board (cracked)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0034 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $5.94 | $5.94 | | N |

### Manufacturer

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5305   **NSN:** 5305-01-547-5255   **GSA Sale:** No   **Exchange Sale:** No   **Reimbursement Required:** No

**Estimated Scrap Proceeds:**   **Replacement Cost:**   **Reimbursement Fund Code:**   **NASA Agency Location Code:**   **Reportable:** Yes

**Contractor ID:**   **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**
93190A307 Type 316 SS Fully Threaded Hex Head Cap Screw 1/4"-28 Thread, 7/8" Length, packs of 10 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | A | | | | | 001 | M | HX | 1 | CA | EA | $37.50 | $37.50 | | N |

### Manufacturer

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 9340   **NSN:**   **GSA Sale:** No   **Exchange Sale:** No   **Reimbursement Required:** No

**Estimated Scrap Proceeds:**   **Replacement Cost:**   **Reimbursement Fund Code:**   **NASA Agency Location Code:**   **Reportable:** Yes

**Contractor ID:**   **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**
5 mm standard Robax (no polishing) L = 6.25" W = 13.25" (BROKEN)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0036 | A | | | 001 | M | | | AU | 1 | CA | PK | $10.84 | $10.84 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | |
|---|---|---|---|---|
| FSC: 5305 | NSN: | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |

Contractor ID:                                    Product Made By:

Unique Item Identifiers:

Item Description:

91772A131 18-8 SS Pan Head Phillips Machine Screw 5-40 Thread, 3/4" Length, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | A | | | 001 | M | | | AU | 1 | CA | PK | $7.97 | $7.97 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | |
|---|---|---|---|---|
| FSC: 5305 | NSN: | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |

Contractor ID:                                    Product Made By:

Unique Item Identifiers:

Item Description:

91772A133 18-8 SS Pan Head Phillips Machine Screw 5-40 Thread, 1" Length, packs of 50

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0038 | A | | | 001 | M | | | AU | 1 | CA | PK | $10.42 | $10.42 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | |
|---|---|---|---|---|
| FSC: 5315 | NSN: | GSA Sale: No | Exchange Sale: No | Reimbursement Required: No |
| Estimated Scrap Proceeds: | Replacement Cost: | Reimbursement Fund Code: | NASA Agency Location Code: | Reportable: Yes |

Contractor ID:                                    Product Made By:

Unique Item Identifiers:

**Item Description:**

90145A541 18-8 Stainless Steel Dowel Pin 1/4" Diameter, 7/8" Length, packs of 20

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0039 | A | | | 001 | M | | | AU | 1 | CA | PK | $10.17 | $10.17 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | | |
|---|---|---|---|---|---|
| **FSC:** 5315 | **NSN:** | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
| **Estimated Scrap Proceeds:** | **Replacement Cost:** | **Reimbursement Fund Code:** | **NASA Agency Location Code:** | **Reportable:** Yes |

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

97395A494 - REV A - Type 316 Stainless Dowell Pin 1/4" Diameter, 1-1/2" Length 1 pack

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0040 | A | | | 001 | M | | | AU | 1 | CA | PK | $6.59 | $6.59 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | | |
|---|---|---|---|---|---|
| **FSC:** 5310 | **NSN:** | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
| **Estimated Scrap Proceeds:** | **Replacement Cost:** | **Reimbursement Fund Code:** | **NASA Agency Location Code:** | **Reportable:** Yes |

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

94830A535 Cadmium-Pltd Steel Expanding Thin Hex Locknut 3/8"-24 Thread Size, 9/16" Width, 9/32" Height, packs of 10 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0041 | A | N | A | U | 001 | M | | | AU | 1 | CA | PK | $10.07 | $10.07 | N | |

| Manufacturer | | |
|---|---|---|
| CAGE: | Model Name: | Serial No: |
| Name: | Model No: | Manufactured On: |

| | | | | | |
|---|---|---|---|---|---|
| **FSC:** 5306 | **NSN:** 5306-01-549-1943 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |
| **Estimated Scrap Proceeds:** | **Replacement Cost:** | **Reimbursement Fund Code:** | **NASA Agency Location Code:** | **Reportable:** Yes |

Code:

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91772A820 REV A - 18-8 SS Pan Head Phillips Machine Screw 10-32 Thread, 1-3/8" Length, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $8.89 | $8.89 | N | |

**Manufacturer**

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5305    **NSN:** 5305-01-549-2301    **GSA Sale:** No    **Exchange Sale:** No    **Reimbursement Required:** No

**Estimated Scrap Proceeds:**    **Replacement Cost:**    **Reimbursement Fund Code:**    **NASA Agency Location Code:**    **Reportable:** Yes

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91772A836 REV A - 18-8 SS Pan Head Phillips Machine Screw 10-32 Thread, 1-1/2" Length, Packs of 50

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043 | A | | | | 001 | M | | AU | 20 | CA | EA | $0.33 | $6.60 | N | |

**Manufacturer**

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5915    **NSN:**    **GSA Sale:** No    **Exchange Sale:** No    **Reimbursement Required:** No

**Estimated Scrap Proceeds:**    **Replacement Cost:**    **Reimbursement Fund Code:**    **NASA Agency Location Code:**    **Reportable:** Yes

**Contractor ID:**                                    **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

541-100ACCT-ND RES 100 OHM 3/4W 1% 2010 SMD

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0044 | A | N | A | U | 001 | M | | AU | 3 | CA | PK | $8.92 | $26.76 | N | |

**Manufacturer**

| | | |
|---|---|---|
| **CAGE:** | **Model Name:** | **Serial No:** |
| **Name:** | **Model No:** | **Manufactured On:** |

**FSC:** 5305    **NSN:** 5305-01-453-9591    **GSA Sale:** No    **Exchange Sale:** No    **Reimbursement Required:** No

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: | Yes |

**Contractor ID:**      **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91772A198 18-8 SS Pan Head Phillips Machine Screw 8-32 Thread, 7/8" Length, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0045 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $4.10 | $4.10 | N | |

> **Manufacturer**
>
> | **CAGE:** | | **Model Name:** | | **Serial No:** |
> | **Name:** | | **Model No:** | | **Manufactured On:** |

| **FSC:** | 5305 | **NSN:** 5305-01-465-5450 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: | Yes |

**Contractor ID:**      **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91772A108 18-8 SS Pan Head Phillips Machine Screw 4-40 Thread, 3/8" Length, packs of 100 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0046 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $4.97 | $4.97 | N | |

> **Manufacturer**
>
> | **CAGE:** | | **Model Name:** | | **Serial No:** |
> | **Name:** | | **Model No:** | | **Manufactured On:** |

| **FSC:** | 5305 | **NSN:** 5305-01-561-1391 | **GSA Sale:** No | **Exchange Sale:** No | **Reimbursement Required:** No |

| Estimated Scrap Proceeds: | | Replacement Cost: | | Reimbursement Fund Code: | | NASA Agency Location Code: | | Reportable: | Yes |

**Contractor ID:**      **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

91735A104 Type 316 SS Pan Head Phillips Machine Screw 4-40 Thread, 3/8" Length, packs of 50 (OPENED)

| Line Item # | Demil Code | Hazardous Material Code | Precious Metal Code | CIIC | Screener Rule | Property Class/Sub | Part/Drawing | Cond Code | Quantity | CA/GF | UOM | Unit Cost | Acquisition Cost | Estimate | Contractor Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | A | N | A | U | 001 | M | | AU | 1 | CA | PK | $4.85 | $4.85 | N | |

> **Manufacturer**
>
> | **CAGE:** | | **Model Name:** | | **Serial No:** |

| Name: | | Model No: | | Manufactured On: | |
|---|---|---|---|---|---|

**FSC:** 5305     **NSN:** 5305-01-521-1191     **GSA Sale:** No     **Exchange Sale:** No     **Reimbursement Required:** No

**Estimated Scrap Proceeds:**     **Replacement Cost:**     **Reimbursement Fund Code:**     **NASA Agency Location Code:**     **Reportable:** Yes

**Contractor ID:**     **Product Made By:**

**Unique Item Identifiers:**

**Item Description:**

93985A305 Type 416 SS Precision Hex Socket Shldr Screw 5/16" Shoulder Dia, 5/8" L Shoulder, 1/4"-20 Thread



# PACKING SLIP

**Date:**                09/21/2011

**Consignee:**        NAVAL SEA SYSTEM COMMAND
1333 ISAAC HULL AVE SE - MAIL STOP 2030
WASHINGTON NAVY YARD DC 20376-2030

ATTN: Kurt Hartig
732-323-1696

**Phone #:**         732-323-1696

**Customer #:**     50517

**Last PO#:**        N00024-08-C-4137

**Line Item:**       CLIN 0004

**SBIR DATA RIGHTS**
Contract No.: N00024-08-C-4137
Contractor Name: Breault Research Organization, Inc.
Contractor Address: 6400 E. Grant Road, Tucson, AZ 85715
Expiration of SBIR Data Rights Period: April 8th, 2015, subject to section 8 of the SBA/SBIR policy directive of
Sept 24th, 2002

> The Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data or computer software marked with this legend are restricted during the period shown as provided in paragraph (b)(4) of the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of technical data, computer software, or portions thereof marked with this legend must also reproduce the markings.

| Carton | Description | Qty. |
|:------:|-------------|:----:|
| 1 | DECK SURFACE FLOODLIGHT VLA<br>P/N 50517A32001<br>SERIAL NUMBER: 0001<br>NSN: 62301000000816 | 1 |

6400 East Grant Road, Suite 350  Tucson, Arizona 85715  USA
www. Breault.com   info@breault.com
800.882.5085 USA/Canada  1.520.721.0500 Worldwide   1.520.721.9630 Fax

BROQM-F-240.003  Rev. A
\\Skywalker\customerfiles\SBIR\Navy04-081.50517.Phase 2\Controlled Files\Packing Slips\50517PACKINGSLIP60001.SN0001.doc



# PACKING SLIP

**Date:** 09/21/2011

**Consignee:** NAVAL SEA SYSTEM COMMAND
1333 ISAAC HULL AVE SE - MAIL STOP 2030
WASHINGTON NAVY YARD DC 20376-2030

ATTN: Kurt Hartig
732-323-1696

**Phone #:** 732-323-1696

**Customer #:** 50517

**Last PO#:** N00024-08-C-4137

**Line Item:** CLIN 0004

**SBIR DATA RIGHTS**
Contract No.: N00024-08-C-4137
Contractor Name: Breault Research Organization, Inc.
Contractor Address: 6400 E. Grant Road, Tucson, AZ 85715
Expiration of SBIR Data Rights Period: April 8th, 2015, subject to section 8 of the SBA/SBIR policy directive of
Sept 24th, 2002

> The Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data or computer software marked with this legend are restricted during the period shown as provided in paragraph (b)(4) of the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of technical data, computer software, or portions thereof marked with this legend must also reproduce the markings.

| Carton | Description | Qty. |
|:---:|:---|:---:|
| 1 | DECK SURFACE FLOODLIGHT VLA<br>P/N 50517A32001<br>SERIAL NUMBER: 0002<br>NSN: 62301000000816 | 1 |

6400 East Grant Road, Suite 350  Tucson, Arizona 85715  USA
www. Breault.com   info@breault.com
800.882.5085 USA/Canada  1.520.721.0500 Worldwide   1.520.721.9630 Fax

BROQM-F-240.003  Rev. A
\\Skywalker\customerfiles\SBIR\Navy04-081.50517.Phase 2\Controlled Files\Packing Slips\50517PACKINGSLIP60002.SN0002.doc

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---------|------|------------|------|-----------------|-------------|-------|---------------|-----|
| CSP00543 | 4/1/13 | 58197 | ES | Naval Air Warfare C | Fiber Optic | P/N 524699-1 | NIIN 6010-01-464-8930 | 1 |
| CSP00544 | 4/1/13 | 58197 | ES | Naval Air Warefare | Optic Head | P/N 628407-1 | NIIN 1710-01-596-1637 | 1 |
| CSP00541 | 3/15/13 | 58197 | ES | Naval Air Engineeri | Guard Assembly | NA | NA | 1 |
| CSP00647 | 6/17/14 | 58197 | ES | NAVAIR Lakehurst | Nomen: Prototype Hardware RETURNED TO US | NA | NA | 1 |

| DATA | Description | Part # | PO# | VENDOR | Invoice Amt | PO Balance | |
|---|---|---|---|---|---|---|---|
| 1 | LUXEON Z MCPCB - 4 LED 20mm x 20mm | LUXEONZ-4UP-MCPCB, | CC19013 | Future Electronics | 8.80 | - | |
| 1 | LUXEON Z SMT High Power LED Emitter N White | LXZ1-4070, | CC19013 | Future Electronics | 27.20 | - | |
| 1 | LUXEON Z MCPCB - 4 LED 20mm x 20mm | LUXEONZ-4UP-MCPCB, | CC19045 | Future Electronics | 33.00 | - | |
| 1 | Multipurpose Anodized Aluminum (Alloy 6061) 1/8" Thick X 2" Width, 1' Length | 6023K271 - | 19050 | McMaster Carr | 16.18 | | |
| 1 | Push-in High-Temperature Flexible Grommet MS35489-35, AN 931-A4-7, 1/4" ID, 5/8" OD, Pack of 10 | 1061T25 - | 19050 | McMaster Carr | 6.20 | | |
| 1 | Push-in Flexible Rubber Grommet MS 35489-35, AN 931-A4-7, 1/4" ID, 5/8" OD, Pack of 50 | 9307K14 - | 19050 | McMaster Carr | 4.06 | | |
| 1 | LUXEON Z MCPCB - 4 LED 20mm x 20mm | LUXEONZ-4UP-MCPCB, | CC19110 | Future Electronics | 33.00 | - | |
| 1 | Focus Spacers | 58197P130011 REVA | 19117 Rev A | A1 Fab Inc. (Real Images) | 40.00 | - | |
| 1 | 1 Cavity Production Mold to fabricate part | 58197P13006 REV B LENS | 19118 | Active Burgess | 14,730.00 | - | Windsor, Ontario, CANADA |
| 1 | MODIFIED BOX, LIGHT | 58197P13009   Quote : # V2822 , Date: 9/5/2013 | 19119 (A) | New Hope Machine and Automation | 2,862.00 | | |
| 1 | WINDOW PLATE | 524690-1 | 19119 | New Hope Machine and Automation | 740.30 | - | |
| 1 | 16 3C SHLD M24640/20-01UO  20 X 4 FEET | TXOW3 | | Allied Wire and Cable | 198.40 | - | |
| 1 | FIBER OPTIC GUARD | 524692-1 | 19127 | Tahi, Inc. | 1,701.12 | - | |
| 1 | LED BASE | 58197P13001 Rev A | 19126Rev B | Metal Works | 3,630.00 | - | |
| 1 | PCB COVER, LED BASE | 58197P13002 Rev A | 19126Rev B | Metal Works | 2,750.00 | - | |
| 1 | LENS MOUNT | 58197P13005 Rev A | 19126Rev B | Metal Works | 1,150.00 | - | |
| 1 | BRACKET, LED PCB | 58197P13008 Rev A | 19126Rev B | Metal Works | 3,000.00 | - | |
| 1 | CAPTIVE SCREW ASSEMBLY | 524691-1 | 19126Rev B | Metal Works | 600.00 | - | |
| 1 | OPTIC DEFLECTOR | 524695-1 | 19126Rev B | Metal Works | 3,000.00 | - | |
| 1 | Electronics Cover Gasket  Material: Polastrip 07-0701-3006  (Minimum Order Quantity) | 58197P13003 | 19128A | State Seal Company | 262.50 | - | |
| 1 | NRSUC: Tooling | NRSUC: Tooling | 19128A | State Seal Company | 150.00 | - | |
| 1 | Gasket Fiber Optic Deck Fixture | drawing number 524693 | CC19131 | Eur-Pac Corporation | 275.00 | - | |
| 1 | Quartz Window Guard Assembly: | 524689 | 19133 | Cosmo Optics | 750.00 | - | |
| 1 | SHCS, #0-80 X .7500", 18-8SS, Pk-25 EA | 92196A059 | 19134 | McMaster Carr | 3.42 | - | |
| 1 | SHCS, #0-80 X .1875", 18-8SS, Pk-100 EA | 92196A064 | 19134 | McMaster Carr | 6.28 | - | |
| 1 | #0 FLAT WASHER, NAS 620-C0, Pk-250 EA | 90945A700 | 19134 | McMaster Carr | 8.35 | | |
| 1 | #0 WASHER, FLAT, ROUND, .125"OD, 18-8SS, Pk-10 EA | 92217A310 | 19134 | McMaster Carr | 44.91 | - | |
| 1 | SHCS, #0-80 X .3125", 18-8SS, Pk-100 EA | 92196A056 | 19134 | McMaster Carr | 7.48 | - | |
| 1 | SHCS, #2-56 X .3750", 18-8SS, Pk-100 EA | 92196A079 | 19134 | McMaster Carr | 11.32 | - | |
| 1 | DOWEL PIN, .0625D X .1875L, 18-8SS, Pk-100 EA | 90145A414 | 19134 | McMaster Carr | 8.24 | - | |
| 1 | STANDOFF, #2-56 MF HEX, .188W (3/16) X .219L | 91075A654 | 19134 | McMaster Carr | 105.16 | - | |
| 1 | CR-PHMS, #2-56 X .1875, 18-8SS, Pk-100 EA | 91772A076 | 19134 | McMaster Carr | 5.74 | - | |
| 1 | Al FLAT WASHER, #10 | 93286A011 | 19134 | McMaster Carr | 4.28 | - | |
| 1 | 1/4" X 20 X 1 3/4" ALLOY STEEL THREADED STUD, PLAIN FINISH  EA | 98750A017 | 19134 | McMaster Carr | 27.28 | - | |
| 1 | Nylon-Insert Hex Locknut, 1/4"-20  Pk-100 EA | 90640A129 | 19134 | McMaster Carr | 4.27 | - | |
| 1 | STUFFING TUBE , TYPE MR-16 HOLDER | MI9622 2-002 | CC19135 | Murray Benjamin Electric | 95.00 | - | |
| 1 | CG 50A-350 (WHITE GLAND) | Product: 9761 | CC19139 | Heyco | 60.70 | - | |
| 1 | Type 316 Stainless Steel Socket Head Cap Screw, 6-32 Thread, 5/8" Length | PN 92185A149, | 19143 | McMaster Carr | 2.88 | - | |
| 1 | 18-8 Stainless Steel Socket Head Cap Screw, 1/4"-20 Thread, 3/4" Length | PN 92196A540, | 19143 | McMaster Carr | 6.54 | - | |
| 1 | Type 316 Stainless Steel Socket Head Cap Screw, 1/4"-20 Thread, 3/8" Length | PN 92185A535, | 19143 | McMaster Carr | 3.55 | - | |
| 1 | 5,Optical Pedestal Base, 0.5 in. Height, 1.0 in. Diameter, 1/4-20 (M6) CLR | PN: PS-B-0. | 19144 | Newport Corporation | 41.97 | - | |
| 1 | Platform Pillar, 5.0 in. Height, 1.0 in. Diameter, 1/4-20 Threads, 290 Series | PN: P-5, | 19144 | Newport Corporation | 107.97 | - | |
| 1 | , Clamping Fork, Standard Slot, For 1.0-in. Pedestals | PN: PS-F | 19144 | Newport Corporation | 25.47 | - | |
| 1 | 3oz - Tube | 3145 Clear | CC19145 | Hisco | 58.00 | - | |
| 1 | 10.3 oz cartridge | 3145 Clear | CC19145 | Hisco | 88.40 | - | |
| 1 | VLA TEST FIXTURE BASE PLATE | 58197P25001 RevA, | 19146 | Metal Works | 325.00 | - | |
| 1 | VLA TEST LED-OPTICS SPACER | 58197P25002 RevA, | 19146 | Metal Works | 125.00 | - | |
| 1 | VLA TEST LENS MOUNT | 58197P25003 RevA, | 19146 | Metal Works | 300.00 | - | |
| 1 | VLA TEST LED BRACKET | 58197P25004 RevA, | 19146 | Metal Works | 400.00 | - | |
| 1 | VLA TEST, CONVERTER SPACER | 58197P25005 RevA, | 19146 | Metal Works | 100.00 | - | |
| 1 | VLA TEST, OPTICS DEFLECTOR | 58197P25006 RevA, | 19146 | Metal Works | 850.00 | - | |
| 1 | 18-8 Stainless Steel Male-Female Threaded Hex Standoff, 3/8" Hex, 3/4" Length  Screw Size: 10-32 | 91075A775 | 19183 | McMaster Carr | 15.68 | - | |
| 1 | 18-8 Stainless Steel Male-Female Threaded Hex Standoff, 3/8" Hex, 7/8" Length  Screw Size: 10-32 | 91075A780 | 19183 | McMaster Carr | 16.44 | - | |
| 1 | VLA TEST LENS MOUNT | 58197P25003 REV A | 19197 | Metal Works | 600.00 | - | |
| 1 | 18-8 Stainless Steel Flat-Head Socket Cap Screw, 6-32 Thread, 5/8" Long | 92210A150 | 19199 | McMaster Carr | 5.19 | - | |
| 1 | 18-8 Stainless Steel Slotted Machine Screw 6-32 Thread, 5/8" Length | 91810A150 | 19199 | McMaster Carr | 5.16 | - | |
| 1 | Type 316 Stainless Steel Flat-Head Socket Cap Screw, 6-32 Thread, 1" Long | 90585A218 | 19199 | McMaster Carr | 7.64 | - | |
| 1 | Includes Fabricated Board, Component Kit and Lead Free Solder Assembly | Quote # 0027858 3A) XB18B – VLA LED Board FAB | 19201 | MJS Design | 2,335.52 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Government Contract #N68335-13-C-0059 | | Property Type: material | J#58197 | SBIR Navy Naval Air Warfare Ctr Aircraft Div | | Location |

| DATA | Description | Part # | PO# | VENDOR | Invoice Amt | PO Balance |
|---|---|---|---|---|---|---|
| 1 | Includes Fabricated Board, NRE and Test, Stencil and Machine Programming. | Quote # 0027858 3B) XBL18B – NRE Charges | 19201 | MJS Design | 650.00 | - |
| 1 | Includes Fabricated Board, Component Kit and Lead Free Solder Assembly | Quote # 0027859 4A) XB24B – VLA LED Board FAB | 19201 | **MJS Design** | 2,087.10 | - |
| 1 | Includes Fabricated Board, NRE and Test, Stencil and Machine Programming. | Quote # 0027859 4B) XBL24B – NRE Charges | 19201 | MJS Design | 1,050.00 | - |
| 1 | LENS MOUNT | 58197P13005 REV A | 19203 | Metal Works | 1,150.00 | - |
| 1 | BRACKET, LED PCB | 58197P13008 REV B | 19203 | Metal Works | 3,100.00 | - |
| 1 | VLA TEST LED BRACKET | 58197P25004 - REV C | 19204 | Metal Works | 800.00 | - |
| 1 | Elastosil G790 Primer 0.8 Kg with shelf life greater th | Elastosil G790 Primer 0.8 Kg | **19209** | Hisco | 75.15 | - |
| 1 | Elastosil N9111, 403 g, black | Elastosil N9111, 403 g, black | 19209 | Hisco | 17.18 | - |
| 1 | Elastosil N9111, 403 g, white | Elastosil N9111, 403 g, white | 19209 | Hisco | 17.18 | - |
| 1 | Standard Ring Terminal, Nylon Insulated, 26-22 AWG, #2 Screw/Stud Size, packs of 25 | 7113K263 | **19211** | McMaster Carr | 22.20 | - |
| 1 | Heat-Shrink Tubing, 1/8" ID Before, 1/16" ID After, 25' Long, Green | 7856K73 | 19211 | McMaster Carr | 12.42 | - |
| 1 | Alloy Steel Cup Point Set Screw, 5/16"-18 Thread, 1" Long, packs of 50 | 91375A583 | 19211 | McMaster Carr | 12.97 | - |
| 1 | Focus Spacers | 58197P130011 REVA | **Verbal** | A1 Fab Inc. (Real Images) | 60.00 | - |
| 1 | Harsh Environment Wire, 22 Gauge, White, 25 ft. Length | 6276T13 | **19235** | McMaster Carr | 20.50 | - |
| 1 | Chemical-Resistant Wire, 22 Gauge, White, 25 ft. Length | 7304K11 | 19235 | McMaster Carr | 18.25 | - |
| 1 | Heat-Shrink Tubing, 1/8" ID Before, 1/16" ID After, 25' Long, White | 7856K73 | 19235 | McMaster Carr | 15.42 | - |
| 1 | 18-8 Stainless Steel Type B Flat Washer for Soft Material, Number 0 Screw Size, .1/8" Narrow OD, .022"-.028" Thick  Package of 10 | 92217A310 | **19238** | McMaster Carr | 19.96 | - |
| 1 | 18-8 Stainless Steel Socket Head Cap Screw, 0-80 Thread, 5/16" Length  Package of 100 | 92196A056 | 19238 | McMaster Carr | 7.23 | - |
| 1 | 18-8 Stainless Steel Socket Head Cap Screw, 0-80 Thread, 3/4" Length  Package of 25 | 92196A059 | 19238 | McMaster Carr | 3.42 | - |
| 1 | 18-8 Stainless Steel Socket Head Cap Screw, 0-80 Thread, 3/16" Length  Package of 100 | 92196A054 | 19238 | McMaster Carr | 6.05 | - |
| 1 | Quote # 0028416, Line Item #16/30/2014  Includes Fabricated Board, Component Kit and Lead Free Solder Assembly | XB18B – VLA LED Board FAB | 19240 | MJS Design | 1,459.70 | - |
| | | | | | | - |
| | | | | | | |
| 79 | | | | Acquisition Cost | 52,411.19 | |
| | | | | Special Tooling | **14,730.00** | |
| | Bench Audit 2014 | | | Materials | **37,681.19** | |
| | | | | | | |

| Description | Part # | PO# | VENDOR | DATE | JOB/Task Number | Ordered | Received | On-hand |
|---|---|---|---|---|---|---|---|---|
| Consol. with am1withdrawn PUBLICATION pdf | IEC 60529 ed2.1 | CC18271 | IEC | 5/7/10 | 55612-11 | 1 | 1 | 1 |
| Methods of Characterizing the Performance of Radiometers and Photometers pdf | CIE 53-1982 | CC18272 | Techstreet | 5/7/10 | 55612-11 | 1 | 1 | 1 |
| Photometric detectors: IPR-PDET011A, area > 14.8 mm2, (3.8mm x 3.8mm) detector responsivity in Amp/lumens, Amp/luxs, spetral response | IPR-PDET: 1. Quotation #5821 | 18275 | Inphora | 5/13/10 | 55612-11 | 2 | 2 | 2 |
| detector responsivity in Amp/lumens, Amp/luxs, spetral response (customer's detectors) | Calibration of items: | 18275 | Inphora | 5/13/10 | 55612-11 | 2 | 2 | 2 |
| Freight | Calibration of items: | 18275 | Inphora | 5/13/10 | 55612-11 | 2 | 2 | 2 |
| Freight | Freight | 18275 | Inphora | 5/13/10 | 55612-11 | 1 | | 0 |
| 7024799: S100 | 7024799: S100 | 18276 | Laser Technology | 5/13/10 | 55612-11 | 1 | 1 | 1 |
| Freight | Freight | 18276 | Laser Technology | 5/13/10 | 55612-11 | 1 | | 0 |
| iris 94000 | iris 94000 | CC18279 | SAHM-Feinwerktechnik GmbH | 5/17/10 | 55612-11 | 10 | 10 | 10 |
| Conversion | | | | | 55612-11 | 1 | 1 | 1 |
| Freight | Freight | CC18279 | SAHM-Feinwerktechnik GmbH | 5/17/10 | 55612-11 | 1 | 1 | 1 |
| Freight | Freight | CC18279 | SAHM-Feinwerktechnik GmbH | 5/17/10 | 55612-11 | 1 | | 0 |
| Bushnell Powerview 12x50 Wide Angle Binocular | Bushnell Powerview 12x50 Wide Angle Binocular | CC18299 | Amazon.com | 5/26/10 | 55612-11 | 1 | 1 | 1 |
| Freight | Freight | CC18299 | Amazon.com | 5/26/10 | 55612-11 | 1 | | 0 |
| ND 3 filter 50 mm diameter: Provide transmission curve data as funtion of wavelength | ND3 filter 50 mm diameter | 18338 | Inphora | 6/20/10 | 55612-26 | 2 | | 0 |
| Freight | Freight | 18338 | Inphora | 6/20/10 | 55612-26 | 1 | | 0 |
| Tilt Platform, 3.15 x 4.72 inch, ±2.86° Travel, | Model:TGN80 | 18343 | Newport Corporation | 6/25/10 | 55612-26 | 2 | | 0 |
| Freight | Freight | 18343 | Newport Corporation | 6/25/10 | 55612-26 | 1 | | 0 |
| Top Housing | 55612D62008 | 18353 | Metal Works Precision Machine | 7/8/10 | 55612-26 | 1 | | 0 |
| Bottom Housing | 55612D62009 | 18353 | Metal Works Precision Machine | 7/8/10 | 55612-26 | 1 | | 0 |
| Freight | Freight | 18353 | Metal Works Precision Machine | 7/8/10 | 55612-26 | 1 | | 0 |
| Crossed-Roller Bearing Linear Stage, Solid P | | 426 18365 | Newport Corporation | 7/14/10 | 55612-26 | 1 | | 0 |
| Vernier Micrometer, 25 mm Travel, 23 lb Load | sm-25 | 18365 | Newport Corporation | 7/14/10 | 55612-26 | 1 | | 0 |
| Freight | Freight | 18365 | Newport Corporation | 7/14/10 | 55612-26 | 1 | | 0 |
| SM05 Retaining Ring for Ø1/2" Lens Tubes a | SM05RR - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| SM05 Lens Tube, 1" Long, One Retaining Rin | SM05L10 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| Adapter with External SM1 Threads and Inter | SM1A6 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| End Cap External Threads, SM1 Series | SM1CP2 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| SM1 Lens Tube, 2" Long, One Retaining Ring | SM1L20 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| SM2 Lens Tube, 1" Thread Depth, One Reta | SM2L10 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ø1/2" x 1.5" Post | TR1.5 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 3 | 3 | 3 |
| Ø1/2" x 4" Post | TR4 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| Ø1/2" x 6" Post | TR6 - | 18366 | Thorlabs | 7/14/10 | 55612-26 | 2 | 2 | 2 |
| Freight | Freight | 18366 | Thorlabs | 7/14/10 | 55612-26 | 1 | 1 | 1 |
| Top Housing | 55612D62009.STL | 18368 | Quickparts | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Bottom Housing STL | 55612D62008.STL | 18368 | Quickparts | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Freight | Freight | 18368 | Quickparts | 7/15/10 | 55612-26 | 1 | | 0 |
| 2 x "AA" Battery Holder With 6" 26AWG Wire | BC2AA-Battery holder: | CC18369 | Batteryspace.com | 7/15/10 | 55612-26 | 10 | 10 | 10 |
| Freight | Freight | CC18369 | Batteryspace.com | 7/15/10 | 55612-26 | 1 | | 0 |
| Metric Type 316 Stainless Steel Hex Nut M2 | 94150A305 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 2 | 2 | 2 |
| Metric 18-8 SS Knurled-Head Thumb Screw | 92545A111 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Plain Steel Slotted Spring Pin 1/16" Diameter, | 98296A019 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Pull-Action Toggle Clamp Steel, 200# Holding | 5136A76 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 2 | 2 | 2 |
| Acetal Dowel Pin 5/16" Diameter, 3/4" Length | 97155A737 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Metric Type 316 Stainless Steel Threaded Ro | 91780A166 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Aluminum Female Threaded Hex Standoff 1/ | 91780A166 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 10 | 10 | 10 |
| 18-8 Stainless Steel Shoulder Screw 5/16" S | 90298A581 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 6 | 6 | 6 |
| Metric 18-8 Stainless Steel Dowel Pin M2 Dia | 91585A912 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Metric 18-8 Stainless Steel Dowel Pin M2 Dia | 91585A015 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Polyurethane O-Ring AS568A Dash Number | 9558K221 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Polyurethane O-Ring AS568A Dash Number | 9558K96 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Polyurethane O-Ring AS568A Dash Number | 9558K94 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Metric Flat Head Socket Cap Screw Class 10 | 91294A194 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Metric Flat Head Socket Cap Screw Class 10 | 91294A126 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Metric 18-8 SS Socket Head Cap Screw M2 | 91292A011 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Metric Combination Wrench 6 Point, Short, 4 | 5314A83 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Premium Combination Wrench 6 Point, 1/4" | 5772A25 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Blue Coated Metric Ball-Point Hex L-Key Set | 5786A2 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Ball-Point Hex Set L-Key, 13 PC, .050"-3/8", | 5709A52 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| Precision Subminiature Snap-Acting Switch S | 7193K1 | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 7 | 7 | 7 |
| Freight | Freight | 18370 | McMaster Carr | 7/15/10 | 55612-26 | 1 | 1 | 1 |
| 2 IN LENS TUBE SUPPORT | 55612D62001 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| EYEPIECE END PLATE | 55612D62004 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| EYEPIECE NUT PLATE | 55612D62005 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| MODIFIED SM05L 10 FOR IRIS | 55612D62006 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| NUT PLATE FOR MICRO SWITCH | 55612D62007 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 6 | 6 | 6 |
| BATTERY COVER | 55612D62010 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| IRIS KNOB | 55612D62015 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| IRIS DRIVE WHEEL | 55612D62017 | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | 1 | 1 |
| Freight | Freight | 18372 | Metal Works Precision Machine | 7/16/10 | 55612-23 | 1 | | 0 |
| ALIGNMENT CRADLE | 5561D62101 | 18387 | Metal Works Precision Machine | 7/19/10 | 55612-26 | 1 | 1 | 1 |
| EYEPIECE SUPPORT | 55612D62102 | 18387 | Metal Works Precision Machine | 7/19/10 | 55612-26 | 1 | 1 | 1 |
| M2 THREADED ROD | 55612D62014 | 18387 | Metal Works Precision Machine | 7/19/10 | 55612-26 | 4 | 4 | 4 |
| FRONT FOCUS SPACER | 55612D62012 | 18387 | Metal Works Precision Machine | 7/19/10 | 55612-26 | 1 | 1 | 1 |
| REAR FOCUS SPACER | 55612D62011 | 18387 | Metal Works Precision Machine | 7/19/10 | 55612-26 | 1 | 1 | 1 |

| Description | Item | Number | Vendor | Date | Account | Qty1 | Qty2 | Qty3 |
|---|---|---|---|---|---|---|---|---|
| Freight | Freight | 18387 | Metal Works Precision Machine | 7/19/10 | 55612-26 | 1 | | 0 |
| English (Imperial) Tap: 1.035"-40 Thread (SM | 97355 - | 18401 | Thorlabs | 7/29/10 | 55612-26 | 1 | 1 | 1 |
| SM05 Lens Tube, 1" Long, One Retaining Rir | SM05L10 - | 18401 | Thorlabs | 7/29/10 | 55612-26 | 1 | 1 | |
| Freight | Freight | 18401 | Thorlabs | 7/29/10 | 55612-26 | 1 | | 0 |
| High Load Lab Jack, 4.375 x 6.5 inch, 200 lb | High Load Lab Jack, 4.375 x 6.5 | 18403 | Newport Corporation | 7/30/10 | 55612-26 | 1 | | 0 |
| Freight | Freight | 18403 | Newport Corporation | 7/30/10 | 55612-26 | 1 | | 0 |
| Non-Polarizing Cube Beamsplitter 15mm VIS | Non-Polarizing Cube Beamsplit | 18406 | Edmund Optics | 8/3/10 | 55612-26 | 6 | 6 | 6 |
| Freight | Three day air BRO# | 18406 | Edmund Optics | 8/3/10 | 55612-26 | 1 | | 0 |
| Spanner Wrench with Clear Aperture for SM1 | SPW602 - | 18407 | Thorlabs | 8/4/10 | 55612-26 | 2 | 2 | 2 |
| Spanner Wrench with Clear Aperture for SM0 | SPW603 - | 18407 | Thorlabs | 8/4/10 | 55612-26 | 1 | 1 | 1 |
| Thread Adapter, Internal to External Stud, #8 | AE8E25E - | 18407 | Thorlabs | 8/4/10 | 55612-26 | 1 | 1 | 1 |
| Freight | Freight | 18407 | Thorlabs | 8/4/10 | 55612-26 | 1 | | 0 |
| | 55612D62020 | 18411 | Quickparts | 8/18/10 | 55612-26 | 1 | 1 | 1 |
| | 55612D62028 | 18411 | Quickparts | 8/18/10 | 55612-26 | 1 | 1 | 1 |
| | 55612D62099 | 18411 | Quickparts | 8/18/10 | 55612-26 | 1 | 1 | 1 |
| Freight | Freight | 18411 | Quickparts | 8/18/10 | 55612-26 | 1 | | 0 |
| **Non-Recurring Engineering:** Reticle | P/N 55612D62018, revision B | 18412 | Max Levy Autograph | 8/19/10 | 55612-71 | 1 | 1 | 1 |
| Reticle: MLA Quote: T081310-1 Revision 2 | P/N 55612D62018, revision B | 18412 | Max Levy Autograph | 8/19/10 | 55612-71 | 10 | 10 | 10 |
| Freight | Freight | 18412 | Max Levy Autograph | 8/19/10 | 55612-71 | 1 | | 0 |
| iris 94000 | iris 94000 | 18414 | SAHM-Feinwerktechnik GmbH | 8/19/10 | 55612-71 | 10 | 10 | 10 |
| Freight | Freight | 18414 | SAHM-Feinwerktechnik GmbH | 8/19/10 | 55612-71 | 1 | 1 | 1 |
| Freight | Freight | 18414 | SAHM-Feinwerktechnik GmbH | 8/19/10 | 55612-71 | 1 | | 0 |
| Wire Transfer fees | Wire Transfer fees | 18414 | SAHM-Feinwerktechnik GmbH | 8/19/10 | 55612-71 | 1 | | 0 |
| 2 IN LENS TUBE SUPPORT | 55612D62021 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| EYEPIECE END PLATE | 55612D62024 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| EYEPIECE NUT PLATE | 55612D62005 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| MODIFIED SM05L 10 FOR IRIS | 55612D62026 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| NUT PLATE FOR MICRO SWITCH | 55612D62007REV A | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| Top Housing | 55612D62028REV A | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| Bottom Housing | 55612D62029REV A | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| BATTERY COVER | 55612D62020 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| REAR FOCUS SPACER | 55612D62011 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| FRONT FOCUS SPACER | 55612D62012 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| M2 THREADED ROD | 55612D62014 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 25 | 25 | 25 |
| IRIS KNOB | 55612D62025 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| IRIS DRIVE WHEEL | 55612D62017 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 6 | 6 | 6 |
| 1" SPACER | 52642P35013 | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 2 | 2 | 2 |
| NRE | NRE | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 1 | 1 | 1 |
| Freight | Freight | 18415 | Metal Works Precision Machine | 8/23/10 | 55612-71 | 1 | | 0 |
| **NRE** FOR BREADBOARD | NRE FOR BREADBOARD | 18416 | Metal Works Precision Machine | 8/23/10 | 55612-26 | 1 | 1 | 1 |
| Photometric detectors: IPR-PDET011A, area | IPR-PDET: | 18417 | Inphora | 8/25/10 | 55612-71 | 6 | 5 | 5 |
| Calibration of items: detector responsivity in Amp/lumens, Amp/luxs, spetral response | Calibration of items: detector responsivity in Amp/lumens, Amp/luxs, spetral response | 18417 | Inphora | 8/25/10 | 55612-71 | 1 | 1 | 1 |

| Description | Part | ID | Vendor | Date | | Qty1 | Qty2 | Qty3 |
|---|---|---|---|---|---|---|---|---|
| Freight | Freight | 18417 | Inphora | 8/25/10 | 55612-71 | 0 | | 0 |
| S100 | 7024799 | 18419 | Laser Technology | 8/30/10 | 55612-71 | 5 | 5 | 5 |
| Freight | Freight | 18419 | Laser Technology | 8/30/10 | 55612-71 | 1 | 1 | 1 |
| 21.5mm EFL Focusing Instrument Eyepiece " | Eyepiece: Edmund NT41-394: | 18436 | Edmund Optics | 9/8/10 | 55612-71 | 2 | 2 | 2 |
| Achromatic Doublet Lens 50mm Dia. x 100mm FL, MgF2 Coating | Objective Lens:Edmund NT45-353: | 18436 | Edmund Optics | 9/8/10 | 55612-71 | 2 | 2 | 2 |
| Achromatic Doublet Lens 25mm Dia. x 40 mm FL, MgF2 Coating | Relay Optics:Edmund NT32-321: | 18436 | Edmund Optics | 9/8/10 | 55612-71 | 4 | 4 | 4 |
| 3 day air - UPS BRO | Freight | 18436 | Edmund Optics | 9/8/10 | 55612-71 | 1 | | 0 |
| Adapter with External SM1 Threads and Inter SM1A6 - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| End Cap External Threads, SM1 Series $16. SM1CP2 - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| SM2 Series End Cap, External Thread $17.7! SM2CP2 - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| SM1 Lens Tube, L = 2", One Retaining Ring I SM1L20 - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 3 | 3 | 3 |
| SM1 Retaining Ring for Ø1" Lens Tubes and SM1RR - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| SM05 Lens Tube, 1" Long, One Retaining Rir SM05L10 - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| SM05 Retaining Ring for Ø1/2" Lens Tubes ε SM05RR - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| SM1 Retaining Ring for Ø1" Lens Tubes and SM1RR - | | 18469 | Thorlabs | 9/16/10 | 55612-71 | 6 | 6 | 6 |
| Freight | Freight | 18469 | Thorlabs | 9/16/10 | 55612-71 | 1 | 1 | 1 |
| Polyurethane O-Ring AS568A Dash Number 9558K224 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 1 | 1 | 1 |
| Type 316 SS Cup Point Socket Set Screw 4-₄ 92313A102 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 1 | 1 | 1 |
| Polyurethane O-Ring AS568A Dash Number 9558K225 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 6 | 6 | 6 |
| Nylon Unthreaded Round Spacer 3/16" OD, 3 94639A664 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 1 | 6 | 6 |
| SS Ultra Precision Compression Spring 1/2" 9002T14 302 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 3 | 3 | 3 |
| Magnetically Actuated Switch Mini Cylindrical 65985K15 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 6 | 6 | 6 |
| Metric DIN 125 Type 316 SS Flat Washer M2 90965A110 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 1 | 1 | 1 |
| Metric 316 SS Socket Head Cap Screw M2 T 92290A015 | | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 1 | 1 | 1 |
| Freight | Freight | 18473 | McMaster Carr | 9/20/10 | 55612-71 | 1 | | 0 |
| SM2 Lens Tube, 1" Thread Depth, One Retai SM2L10: | | 18480 | Thorlabs | 9/21/10 | 55612-71 | 6 | | 0 |
| Freight | Freight | 18480 | Thorlabs | 9/21/10 | 55612-71 | 1 | | 0 |
| Bushnell Powerview 12x50 Wide Angle Binoc Bushnell Powerview 12x50 Wid CC18482 | | | Amazon.com | 9/24/10 | 55612-71 | 5 | 5 | 5 |
| Freight | Freight | CC18482 | Amazon.com | 9/24/10 | 55612-71 | 1 | | 0 |
| LIGHT-DUTY ABS CASE | | 1414 CC18504 | SWS Electronics & Computers | 10/4/10 | 55612-71 | 5 | 5 | 5 |
| Tax | Tax | CC18504 | SWS Electronics & Computers | 10/4/10 | 55612-71 | 1 | | 0 |
| English (Imperial) Tap: 0.535"-40 Thread (SN 83373 - | | 18506 | Thorlabs | 10/8/10 | 55612-71 | 1 | 1 | 1 |
| NDA Freight | NDA Freight | 18506 | Thorlabs | 10/8/10 | 55612-71 | 1 | 1 | 1 |
| CREDIT English (Imperial) Tap: 0.535"-40 Tl 83373 - | | 18506 | Thorlabs | 10/8/10 | 55612-71 | 1 | | 0 |
| CREDIT NDA Freight | NDA Freight | 18506 | Thorlabs | 10/8/10 | 55612-71 | 1 | | 0 |
| PHOTO DETECTOR SHIELD | 55612D62031 | 18508 | Metal Works Precision Machine | 10/13/10 | 55612-71 | 6 | | 0 |
| LED LIGHT SHIELD | 55612D62030 | 18508 | Metal Works Precision Machine | 10/13/10 | 55612-71 | 6 | | 0 |
| Freight | Freight | 18508 | Metal Works Precision Machine | 10/13/10 | 55612-71 | 0 | | 0 |
| SM1 Series Stress-Free Retaining Ring $21.₄ SM1LTRR - | | 18513 | Thorlabs | 10/15/10 | 55612-71 | 6 | 6 | 6 |
| SM2 Series Stress-Free Retaining Ring $23.0 SM2LTRR - | | 18513 | Thorlabs | 10/15/10 | 55612-71 | 3 | 3 | 3 |
| Freight | Freight | 18513 | Thorlabs | 10/15/10 | 55612-71 | 1 | | 0 |
| Plastic Bin: Polypropylene 8 1/4" x 18" x 9" | 28765T36 | 18514 | McMaster Carr | 10/15/10 | 55612-71 | 6 | 6 | 6 |

| Item | Detail | Number | Vendor | Date | Account | Qty | Qty | Qty |
|---|---|---|---|---|---|---|---|---|
| Metric Flat Head Slotted Machine Screw 18-8 | 91430A116 | 18514 | McMaster Carr | 10/15/10 | 55612-71 | 1 | 1 | 1 |
| Freight | Freight | 18514 | McMaster Carr | 10/15/10 | 55612-71 | 1 | | 0 |
| Ultra-Grip Screwdriver Slotted Narrow Round | 7127A17 | 18515 | McMaster Carr | 10/15/10 | 55612-71 | 6 | 6 | 6 |
| Freight | Freight | 18515 | McMaster Carr | 10/15/10 | 55612-71 | 1 | | 0 |
| Electrical Insulating Synthetic Grease Standa | 1418K35 | 18516 | McMaster Carr | 10/18/10 | 55612-71 | 1 | 1 | 1 |
| Loctite® Superflex Silicone Sealant Number 5 | 74945A65 | 18516 | McMaster Carr | 10/18/10 | 55612-71 | 2 | 2 | 2 |
| Freight | Freight | 18516 | McMaster Carr | 10/18/10 | 55612-71 | 1 | | 0 |
| Metric Type 316 Stainless Steel Threaded Ro | Metric Type 316 Stainless Steel | 18523 | McMaster Carr | 10/21/10 | 55612-71 | 1 | 1 | 1 |
| Overnight | Overnight | 18523 | McMaster Carr | 10/21/10 | 55612-71 | 1 | | 0 |
| Top Housing LASER ETCH ONLY HOLD | 55612D62028 REV A | 18524 | Metal Works Precision Machine | 10/25/10 | 55612-71 | 6 | 6 | 6 |
| M2 THREADED ROD HOLD | 55612D62014 | 18524 | Metal Works Precision Machine | 10/25/10 | 55612-71 | 31 | 31 | 31 |
| Freight | Freight | 18524 | Metal Works Precision Machine | 10/25/10 | 55612-71 | 1 | | 0 |
| Polyurethane O-Ring AS568A Dash Number | 9558K224 | 18526 | McMaster Carr | 10/27/10 | 55612-71 | 5 | 5 | 5 |
| 18-8 Stainless Steel Socket Head Cap Screw | 92196A302 | 18526 | McMaster Carr | 10/27/10 | 55612-71 | 1 | 1 | 1 |
| 18-8 Stainless Steel Socket Head Cap Screw | 92196A245 | 18526 | McMaster Carr | 10/27/10 | 55612-71 | 1 | 1 | 1 |
| 18-8 Stainless Steel Machine Screw Hex Nut | 91841A005 | 18526 | McMaster Carr | 10/27/10 | 55612-71 | 1 | 1 | 1 |
| Freight | Freight | 18526 | McMaster Carr | 10/27/10 | 55612-71 | 1 | 1 | 1 |
| 18-8 SS Standard Helical Insert Repair Kit, M | 91732A942 | 18534 | McMaster Carr | 11/4/10 | 55612-71 | 1 | 1 | 1 |
| 18-8 SS Standard Helical Insert Repair Kit, 1/ | 91732A921 | 18534 | McMaster Carr | 11/4/10 | 55612-71 | 1 | 1 | 1 |
| tal-Handle Screwdriver and Tool Set 25-PC: | 15821A46 | 18534 | McMaster Carr | 11/4/10 | 55612-71 | 1 | 1 | 1 |
| Freight | Freight | 18534 | McMaster Carr | 11/4/10 | 55612-71 | 1 | | 0 |
| 2 IN LENS TUBE SUPPORT | 55612D62021 REV- | 18556 | Metal Works Precision Machine | 11/11/10 | 55612-71 | 2 | 2 | 2 |
| Mounted Ø2" Absorptive ND Filter, Optical D | NE2R20A - | 18709 | Thorlabs | 6/3/11 | 55612-99 | 1 | 1 | 1 |
| Mounted Ø2" Absorptive ND Filter, Optical De | NE2R30A - | 18709 | Thorlabs | 6/3/11 | 55612-99 | 1 | 1 | 1 |
| Freight | Freight | 18709 | Thorlabs | 6/3/11 | 55612-99 | 1 | | 0 |

| CSP NUM | Date | Job Number | DEPT | Equipment Owner | Description | Model | Serial Number | QTY |
|---|---|---|---|---|---|---|---|---|
| CSP00802 | 11/21/16 | 65037 | ES | Musco | Night Meters for evaluation and maintenance | 55612A62001 | SN 0001 | 1 |
| CSP00802 | 11/21/16 | 65037 | ES | Musco | Night Meters for evaluation and maintenance | 55612A62001 | SN 0004 | 1 |
| CSP00808 | 2/10/17 | 65037 | ES | Musco | Night Meter for calibration | 55612A61001 | SN 0002 | 1 |
| CSP00820 | 6/13/17 | 65037 | ES | Musco | Night Meter | 55612A61001 | 0004 | 1 |

# Breault Research Organization Inc

Job material

| Job# | customer | Vendor | PO# | Item | Quantity | Price EA | total cost |
|------|----------|--------|-----|------|----------|----------|------------|
| 65493 | | Edmund Optics | 19931 | Edmund Part 30941 21mm EFL Mounted, RKE Precision Eyepiece | 1 | 85 | 85 |
| 65493 | | Ebay | 19932 | Edmund Scientific 21.5mm RKE Eyepiece for Telescope 1.25" | 1 | 69.99 | 69.99 |
| 65493 | | Amazon | 19934 | 12MM Waterproof Momentary Push Button Switch 15PCS ON- OFF Switch (5 Colors) | 1 | 10.99 | 10.99 |
| 65493 | | Edmund Optics | 19933 | Edmund Part Number: 66210 21mm EFL Unmounted, RKE Precision Eyepiece | 1 | 85 | 85 |
| 65493 | | Sahm | 19935 | 20180082 94000: Irisblende 12/7 | 20 | 17.43 | 348.6 |
| 65493 | | Laser Technology | 19938 | TRUSENSE S200 W/O HOUSING (OEM) | 2 | 995 | 1990 |
| 65493 | | Compliance Machine & Too | 19943 | 65493P63000 REV - RETICLE RETAINING RING | 1 | 100 | 100 |
| 65493 | | Compliance Machine & Too | 19943 | 65493P63001 REV - LENS RETAINING RING | 1 | 100 | 100 |
| 65493 | | Compliance Machine & Too | 19943 | 65493P63002 REV - RETAINING RING SPANNER | 1 | 80 | 80 |
| 65493 | | Compliance Machine & Too | 19943 | Modify Part 65493P62024 REV - EYEPIECE END PLATE | 1 | 80 | 80 |
| 65493 | | Compliance Machine & Too | 19943 | Carbide insert | 1 | 45 | 45 |
| 65493 | | Compliance Machine & Too | 19943 | Black anodize lot charge | 1 | 130 | 130 |
| 65493 | | Gamma Scientific | 19949 | DR-2000-1: S/N 1642 | 1 | 1758 | 1758 |
| 65493 | | Amazon | 19953 | AmScope Microscope Eyepiece Eyeshields or Eye-guards | 1 | 11.99 | 11.99 |
| 65493 | | Ebay | 19956 | New 2 pcs Microscope Telescope Eyepiece Eye Shield Rubber Eye Guards Eye Cups | 1 | 6.5 | 6.5 |
| 65493 | | Frontier Mfg | 19967 | Modify Part: 55612D62028 REV C TOP HOUSING Serial # 55612A61001-0006 | 1 | 425 | 425 |
| 65493 | | Ebay | 19968 | 2 pcs Microscope Telescope Eyepiece Eye Shield Rubber Eye Guards Eye Cups | 1 | 4.9 | 4.9 |
| 65493 | | Amazon | 19974 | OMAX Large Pair of Rubber Eyecups for Microscopes | 1 | 10.99 | 10.99 |
| 65493 | | Compliance Machine & Too | 19976 | 65493P27000 REV - EYEPIECE SUPPORT | 3 | 300 | 900 |
| 65493 | | Compliance Machine & Too | 19976 | 65493P62047 REV - 7mm DIAMETER PIN | 4 | 200 | 800 |
| 65493 | | Amazon | 19977 | AmScope Microscope Eyepiece Eyeshields or Eye-Guards | 1 | 11.99 | 11.99 |
| 65493 | | Laser Technology | 19979 | TRUSENSE S200 ITEM 7005785 | 13 | 1046 | 13598 |
| 65493 | | DigiKey | 19980 | H4BBG-10104-W8-ND: White 28 AWG Jumper Lead Socket to Socket Gold 4.00" | 10 | 0.72 | 7.2 |
| 65493 | | DigiKey | 19980 | DF13-65-1.25C Part#H2183-ND 6 Position Rectangular Housing connector Receptable E | 4 | 0.18 | 0.72 |
| 65493 | | Stratasys Direct | 19984 | 65493A62028-2 REV B TOP HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | | 65493P62028-2 REV D TOP HOUSING, PLASTIC | | | 0 |
| | | | | MASTER PATTERN: : FDM SD10: Material=ABS-M30 Natural, Finish=Inside and Outside | 1 | 1191 | 1191 |
| | | | | 65493A62028-2 REV B TOP HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | | 65493P62028-2 REV D TOP HOUSING, PLASTIC | | | 0 |
| 65493 | | Stratasys Direct | 19984 | Silicone Mold: Minimum mold life=20 | 1 | 901 | 901 |
| | | | | 65493A62028-2 REV B TOP HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | | 65493P62028-2 REV D TOP HOUSING, PLASTIC | | | 0 |
| | | | | QuantumCast Setup: per part per order | 1 | 100 | 100 |
| | | | | 65493A62028-2 REV B TOP HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | | 65493P62028-2 REV D TOP HOUSING, PLASTIC | | | 0 |
| | | | | Quantum Cast: Material=AFP3100FR, Texture=MT11030, Finish=Semi-gloss. | | | 0 |

| 65493 | Stratasys Direct | 19984 | Color=Standard Black, with 3x inserts per drawing, with silk screen printing on one fac | 20 | 211 | 4220 |
|---|---|---|---|---|---|---|
| | | | 65493A62029-2 REV A BOTTOM HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | 65493P62029-2 REV A BOTTOM HOUSING, PLASTIC | | | 0 |
| | | | MASTER PATTERN: FDM SD10: Material=ABS-M30 Natural, Finish=Inside and Outside Master. | | | 0 |
| | | | EXCEPTION: NOT INSTALLED | | | 0 |
| | | | 1. 91290A119 M3 X 0.5 X 14 SHCS BLK OXIDE | | | 0 |
| 65493 | Stratasys Direct | 19984 | 2. 91732A212 HELICAL INSERT, 1/4"-20 RIGHT-HAND THREAD, 3/8" LONG, 18-8 SS | 1 | 953 | 953 |
| | | | 65493A62029-2 REV A BOTTOM HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | 65493P62029-2 REV A BOTTOM HOUSING, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | Silicone Mold: Minimum mold life=20 | 1 | 696 | 696 |
| | | | 65493A62029-2 REV A BOTTOM HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | 65493P62029-2 REV A BOTTOM HOUSING, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | QuantumCast Setup: per part per order | 1 | 100 | 100 |
| | | | 65493A62029-2 REV A BOTTOM HOUSING, PLASTIC, ASSEMBLY | | | 0 |
| | | | 65493P62029-2 REV A BOTTOM HOUSING, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | Quantum Cast: Material=AFP3100FR, Texture=MT11030, Finish=Semi-gloss, Color=Stan | 20 | 147 | 2940 |
| | | | 65493P62020-2 REV A BATTERY COVER, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | FDM HD7: Material=ABS-M30 Natural, Finish=Inside and Outside Master | 1 | 192 | 192 |
| | | | 65493P62020-2 REV A BATTERY COVER, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | Silicone Mold: Minimum mold life=20 | 1 | 422 | 422 |
| | | | 65493P62020-2 REV A BATTERY COVER, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | QuantumCast Setup: per part per order | 1 | 100 | 100 |
| | | | 65493P62020-2 REV A BATTERY COVER, PLASTIC | | | 0 |
| 65493 | Stratasys Direct | 19984 | Quantum Cast: Material=AFP3100FR, Texture=MT11030, Finish=Semi-gloss, Color=Stan | 20 | 44 | 880 |
| 65493 | Frontier Mfg | 19985 | 65493P22100 REV - MODIFY PLASTIC PROJECT BOX, 3 X 2 X 1 INCH | 20 | 20.8 | 416 |
| 65493 | Frontier Mfg | 19985 | 65493P62005 REV - EYEPIECE NUT PLATE | 20 | 39.25 | 785 |
| 65493 | Frontier Mfg | 19985 | 65493P62007 REV - NUT PLATE FOR MICRO SWITCH | 20 | 27 | 540 |
| 65493 | Frontier Mfg | 19985 | 65493P62011 REV - REAR FOCUS SPACER | 20 | 22.8 | 456 |
| 65493 | Frontier Mfg | 19985 | 65493P62012 REV - FRONT FOCUS SPACER | 20 | 30 | 600 |
| 65493 | Frontier Mfg | 19985 | 65493P62013 REV - 1 INCH SPACER | 20 | 30 | 600 |
| 65493 | Frontier Mfg | 19985 | 65493P62014 REV A M2 THREADED ROD | 20 | 23.8 | 476 |
| 65493 | Frontier Mfg | 19985 | 65493P62017 REV A IRIS DRIVE WHEEL | 20 | 63.8 | 1276 |
| 65493 | Frontier Mfg | 19985 | 65493P62021 REV - 2 IN LENS TUBE SUPPORT | 20 | 57 | 1140 |
| 65493 | Frontier Mfg | 19985 | 65493P62024 REV A EYEPIECE END PLATE | 20 | 97 | 1940 |
| 65493 | Frontier Mfg | 19985 | 65493P62025 REV - IRIS KNOB | 20 | 63 | 1260 |
| 65493 | Frontier Mfg | 19985 | 65493P62026 REV - MODIFIED SM05L10 FOR IRIS | 20 | 70.2 | 1404 |
| 65493 | Frontier Mfg | 19985 | 65493P62030 REV - LED LIGHT SHIELD | 20 | 17 | 340 |
| 65493 | Frontier Mfg | 19985 | 65493P62031 REV A PHOTO DETECTOR SHIELD | 20 | 17 | 340 |
| 65493 | Amazon | 19986 | OMAX Large Pair of Rubber Eyecups for Microscopes | 1 | 10.99 | 10.99 |
| 65493 | The Metal man | 19990 | 65493P62063 REV C BATTERY HOLD DOWN TRAY | 20 | 17.35 | 347 |
| 66468 | Thorlabs | 19989 | KBB75/M | 13 | 52 | 676 |
| 66345 | McMaster Carr | 19992 | 18-8 Stainless Steel Socket Head Screw M6 x 1 mm Thread, 18 mm Long | 2 | 10.81 | 21.62 |
| 66468 | Compliance Machine & Too | 19991 | 54708P60023 - Modified Bottom Kinematic Mount | 13 | 40 | 520 |
| 66468 | Compliance Machine & Too | 19991 | 54708P60051 - 2GT Interface Plate | 13 | 125 | 1625 |
| 65493 | Ebay | 19993 | Pair Microscope Eyepiece Eye Guards Eyeshields Eyeguard Foldable 34mm | 1 | 8.99 | 8.99 |
| 65493 | Compliance Machine & Too | 19998 | 65493P63003 REV A SHORT LENS SPACER RING | 11 | 68 | 748 |
| 65493 | Compliance Machine & Too | 19998 | 65493P63004 REV A EYE PIECE THREADED INNER BODY | 11 | 200 | 2200 |

| | | | | | |
|---|---|---|---|---|---|
| 65493 | Compliance Machine & Tool | 19998 | **65493P63005 REV A THREADED LENS RETAINING RING** | 11 | 75 | 825 |
| 65493 | Compliance Machine & Tool | 19998 | **65493P63006 REV A STATIONARY EYEPIECE BARREL** | 11 | 180 | 1980 |
| 65493 | Compliance Machine & Tool | 19998 | **65493P63007 REV A KNURLED FOCUS BARREL** | 11 | 22 | 242 |
| 65493 | McMaster Carr | 19999 | **91290A113 Black-Oxide Alloy Steel Socket Head Screw, M3 x 0.5 mm Thread, 8 mm Lo** | 1 | 7.12 | 7.12 |
| 65493 | McMaster Carr | 19999 | **91430A116 18-8 Stainless Steel Slotted Flat Head Screws, M3 x 0.5 mm Thread, 6 mm I** | 1 | 6.61 | 6.61 |
| 65493 | McMaster Carr | 19999 | **92605A097 18-8 Stainless Steel Slotted Flat Head Screws, M3 x 0.5 mm Thread, 3 mm I** | 2 | 2.93 | 5.86 |
| 65493 | McMaster Carr | 19999 | **92313A102 Super-Corrosion-Resistant Cup-Point Set Screw, 316 Stainless Steel, 4-40 Tl** | 1 | 7.83 | 7.83 |
| 65493 | McMaster Carr | 19999 | **90965A110 316 Stainless Steel Washer for M2 Screw Size, 2.2 mm ID, 5 mm OD** | 1 | 2.5 | 2.5 |
| 65493 | McMaster Carr | 19999 | **94150A305 316 Stainless Steel Hex Nut, Super-Corrosion-Resistant, M2 x 0.4 mm Threa** | 2 | 2.66 | 5.32 |
| 65493 | McMaster Carr | 19999 | **7193K100 Precision Subminiature Snap-Acting Switch, Plunger Actuato** | 20 | 6.21 | 124.2 |
| 65493 | McMaster Carr | 19999 | **9558K224 Oil- and Abrasion-Resistant Polyurethane O-Ring,3/32 Fractional Width, Das** | 20 | 4.86 | 97.2 |
| 65493 | McMaster Carr | 19999 | **90298A585 18-8 Stainless Steel Shoulder Screw, 5/16" Shoulder Diameter, 1-1/4" Shou** | 20 | 2.98 | 59.6 |
| 65493 | McMaster Carr | 19999 | **91290A019 Black-Oxide Alloy Steel Socket Head Screw,M2 x 0.4 mm Thread, 12 mm Lo** | 1 | 12.21 | 12.21 |
| | | | **9307K37 Buna-N Rubber Push-In Grommet for 5/16" ID and 1/4" Material Thickness,** | | | |
| 65493 | McMaster Carr | 19999 | **MS-35489-91** | | 5.33 | 0 |
| | | | **90295A325 Nylon Plastic Washer for Number 2 Screw Size, 0.09" ID, 0.25" OD** | | | |
| 65493 | McMaster Carr | 19999 | **BLACK** | 1 | 4.85 | 4.85 |
| 65493 | Thorlabs | 20000 | **SM1L20 SM1 Lens Tube, 2.00" Thread Depth** | 5 | 16.5 | 82.5 |
| 65493 | Thorlabs | 20000 | **SM1A6 Adapter with External SM1 Threads and Internal SM05 Threads, 0.15" Thick** | 10 | 20.17 | 201.7 |
| 65493 | Thorlabs | 20000 | **SM1LTRR SM1 Series Stress-Free Retaining Ring** | 10 | 23.01 | 230.1 |
| 65493 | Thorlabs | 20000 | **SM1CP2M Externally SM1-Threaded End Cap for Machining"** | 10 | 18.57 | 185.7 |
| 65493 | Thorlabs | 20000 | **SM2L10  SM2 Lens Tube, 1" Thread Depth, One Retaining Ring Included** | 10 | 30.09 | 300.9 |
| 65493 | Thorlabs | 20000 | **SM2LTRR SM1 Series Stress-Free Retaining Ring** | 10 | 24.69 | 246.9 |
| 65493 | Edmund Optics | 20001 | **Part#66210 21mm EFL Unmounted, RKE Precision Eyepiece** | 6 | 85 | 510 |



# PACKING SLIP

**Date:**           09/28/2011

**Consignee:**      NAVAIR NORFOLK ASIR FIELD OFFICE
BLDG V147, DOOR W12, 2ND FL
1141 AIRCRAFT TOWWAY
NORFOLK NAVAL BASE
NORFOLK VA 23511

ATTN: BILL BARNETT
757-836-3197

TPOC: Kurt Hartig
732-323-1696

**Phone #:**        NA

**Customer #:**    58370

**Last PO#:**      N68335-11-P-0379

**Line Item:**     CLIN 0001

**SBIR DATA RIGHTS**
Contract No.: N00024-08-C-4137
Contractor Name: Breault Research Organization, Inc.
Contractor Address: 6400 E. Grant Road, Tucson, AZ 85715
Expiration of SBIR Data Rights Period: April 8th, 2015, subject to section 8 of the SBA/SBIR policy directive of Sept 24th, 2002

The Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data or computer software marked with this legend are restricted during the period shown as provided in paragraph (b)(4) of the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of technical data, computer software, or portions thereof marked with this legend must also reproduce the markings.

| Carton | Description | Qty. |
|--------|-------------|------|
| 1 | DECK SURFACE FLOODLIGHT VLA<br>P/N 50517A32001 REV A<br>SERIAL NUMBER: 0003<br>NSN: 62301000000816 | 1 |

**6400 East Grant Road, Suite 350  Tucson, Arizona 85715  USA**
**www. Breault.com   info@breault.com**
**800.882.5085 USA/Canada  1.520.721.0500 Worldwide   1.520.721.9630 Fax**

BROQM-F-240.003  Rev. A
\\Skywalker\customerfiles\SBIR\Navy04-081.58370.2 EA Deck Lamps\Controlled Files\Packing Slips\58370PACKINGSLIP04001.SN0003.doc



# PACKING SLIP

**Date:**            09/28/2011

**Consignee:**       NAVAIR NORFOLK ASIR FIELD OFFICE
                     BLDG V147, DOOR W12, 2ND FL
                     1141 AIRCRAFT TOWWAY
                     NORFOLK NAVAL BASE
                     NORFOLK VA 23511

                     ATTN: BILL BARNETT
                     757-836-3197

                     TPOC: Kurt Hartig
                     732-323-1696

**Phone #:**         NA

**Customer #:**      58370

**Last PO#:**        N68335-11-P-0379

**Line Item:**       CLIN 0001

**SBIR DATA RIGHTS**
Contract No.: N00024-08-C-4137
Contractor Name: Breault Research Organization, Inc.
Contractor Address: 6400 E. Grant Road, Tucson, AZ 85715
Expiration of SBIR Data Rights Period: April 8th, 2015, subject to section 8 of the SBA/SBIR policy directive of Sept 24th, 2002

> The Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data or computer software marked with this legend are restricted during the period shown as provided in paragraph (b)(4) of the Rights in Noncommercial Technical Data and Computer Software--Small Business Innovative Research (SBIR) Program clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of technical data, computer software, or portions thereof marked with this legend must also reproduce the markings.

| Carton | Description | Qty. |
|:------:|:------------|:----:|
| 1 | DECK SURFACE FLOODLIGHT VLA<br>P/N 50517A32001 REV A<br>SERIAL NUMBER: 0004<br>NSN: 62301000000816 | 1 |

6400 East Grant Road, Suite 350  Tucson, Arizona 85715  USA
www.Breault.com  info@breault.com
800.882.5085 USA/Canada  1.520.721.0500 Worldwide  1.520.721.9630 Fax