**SMITH & SMITH**
**GERALD K. SMITH AND JOHN C. SMITH**
**LAW OFFICES, PLLC**
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

Gerald K. Smith, State Bar No. 001428
Email: gerald@smithandsmithpllc.com
John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Creditor and Interested Party Robert Breault*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| Breault Research Organization, Inc. | Case No. 4:19−bk−08754−BMW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

John C. Smith of Gerald K. Smith and John C. Smith Law Offices, PLLC hereby gives notice of appearance as counsel for Robert Breault, a creditor and interested party in the above-captioned proceeding, and requests that copies of all pleadings, notices, orders and other items of record be sent to the following:

John C. Smith
Gerald K. Smith and John C. Smith Law Offices, PLLC
6720 E. Camino Principal, Suite 203
Tucson, Arizona 85715
Tel: (520) 722-1605
Fax: (520) 844-8070
john@smithandsmithpllc.com

DATED this 8th day of August 2019.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: */s/ John C. Smith*
John C. Smith
*Attorneys for Robert Breault*

| | |
|---|---|
| 1 | Original of the foregoing |
| 2 | electronically filed August 8, 2019, with: |
| 3 | Clerk of the Court |
| 4 | United States Bankruptcy Court |
| | 38 South Scott Avenue |
| 5 | Tucson, Arizona 85701 |
| | https://ecf.azd.uscourts.gov |
| 6 | |
| 7 | COPY of the foregoing mailed or emailed* on |
| | August 8, 2019, to: |
| 8 | Kasey C. Nye |
| 9 | Cindy K. Schmidt |
| | Waterfall Economidis Caldwell Hanshaw & Villamana, P.C. |
| 10 | 5210 East Williams Circle, Suite 800 |
| | Tucson, Az 85711 |
| 11 | Email: knye@waterfallattorneys.com |
| 12 | Email: cschmidt@waterfallattorneys.com |
| | *Attorneys for Debtor* |
| 13 | |
| 14 | Christopher J. Pattock |
| | Trial Attorney |
| 15 | 230 North First Avenue, Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 16 | E-Mail: Christopher.J.Pattock@usdoj.gov |
| 17 | *Attorney for U.S. Trustee* |
| 18 | |
| | /s/ Kate Manns |
| 19 | Kate Manns |