☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | July 17-31, 2019 | Date report filed: | 8/19/2019 |
| | | | MM / DD / YYYY |
| Line of business: | Optical Eng. serv/software | NAISC code: | 5734-01,5413- |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| | |
|---|---|
| Responsible party: | Linda Juozapaitis |
| Original signature of responsible party | /s/ Linda Juozapaitis |
| Printed name of responsible party | Linda Juozapaitis |

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?    ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 52351.93

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 92162

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 50296

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 41865

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 41865

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 12302

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____161000_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                           _____12_____

27. What is the number of employees as of the date of this monthly report?              _____12_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____0_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0_____

30. How much have you paid this month in other professional fees?                                           $ _____0_____

31. How much have you paid in total other professional fees since filing the case?                          $ _____0_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 92188 − | $ 92162 = | $ 0 |
| 33. **Cash disbursements** | $ 50296 − | $ 50296 = | $ 0 |
| 34. **Net cash flow** | $ 41822 − | $ 41865 = | $ 0 |

35. Total projected cash receipts for the next month:                       $ _____86850_____

36. Total projected cash disbursements for the next month:              - $ _____116225_____

37. Total projected net cash flow for the next month:                   = $ _____-29375_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Exhibit A**

| | |
|---|---|
| **Case Name:** | Breault Research Organization Inc |
| **Case Number:** | 19-bk-08754-BM |
| **Report Date:** | 7/31/19 |

## Questionnaire Explanations

### Question 1 Explanation - If Answered No

### Question 6 Explanation - If Answered No

### Question 2 Explanation - If Answered No

### Question 7 Explanation - If Answered No

### Question 3 Explanation - If Answered No

### Question 8 Explanation - If Answered No

### Question 4 Explanation - If Answered No

### Question 9 Explanation - If Answered No

### Question 5 Explanation - If Answered No

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Exhibit B**

| | |
|---|---|
| **Case Name:** | Breault Research Organization Inc |
| **Case Number:** | 4:19-bk-08754-BMW |
| **Report Date:** | 7/31/19 |

## Questionnaire Explanations

### Question 10 Explanation - If Answered Yes

### Question 15 Explanation - If Answered Yes

### Question 11 Explanation - If Answered Yes

### Question 16 Explanation - If Answered Yes

### Question 12 Explanation - If Answered Yes

### Question 17 Explanation - If Answered Yes

A payment was made to Culligan for $23.92. This was a debit card charge made on 7/15 and guaranteed by the bank to them. They did not settle and get it through the bank until the morning after filing. The bank deducted from the cashiers check they gave me as they had to pay it. I had no choice in the payment.

### Question 13 Explanation - If Answered Yes

### Question 18 Explanation - If Answered Yes

### Question 14 Explanation - If Answered Yes

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Bank Accounts Reconciliation**

**Case Name:** Breault Research Organization Inc
**Case Number:** 4:19-bk-08754-BMW
**Report Date:** 07/31/19

| Account Type | Pre-Petition Account(s) | DIP BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|---|
| | | Operating | Other | Other | Other | Total |
| Last 4 Digits of Account Number | | 6379 | 9064 | 386 | 0 | |
| | | | | | | |
| Ending Balance - Bank Statement | | $45,660 | $0 | $0 | | $45,660 |
| Add: Deposits in Transit ("DIT's) | $0 | $0 | $0 | $0 | $0 | $0 |
| Less: Outstanding Checks: | $0 | ($3,838) | $0 | $0 | $0 | ($3,838) |
| Ending Balance - Books | $0 | $41,821 | $0 | $0 | $0 | $41,821 |
| | | | | | | |
| Prior Months' DIT's in Bank Deposits | | $0 | | | | $0 |
| Prior Months' O/S Checks in Bank Disbursements | | $0 | | | | $0 |
| | | | | | | |

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Summary of Cash Activity for All Accounts**

| Case Name: | | Breault Research Organization Inc | | | | |
|---|---|---|---|---|---|---|
| Case Number: | | 4:19-bk-08754-BMW | | | | |
| Report Date: | | 07/31/19 | | | | |

| | Pre-Petition | DIP BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|---|
| Account Type | Account(s) | Operating | Other | Other | Other | Total |
| Last 4 Digits of Account Number | | 6379 | 9064 | 386 | | |
| | | | | | | |
| Beginning Bank Statement Balance | | | | | | |

**CASH RECEIPTS - Exhibit C**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sales/Receipts | | | | | | |
| Accounts Receivable - Postpetition | | | | | | |
| Other Receipts | | $54,687 | | | | $54,687 |
| Payments From Insiders (Excl. Loans and Capital) | | | | | | |
| Transfers From Other Accounts | | | $10,688 | $27,737 | | $38,426 |
| Proceeds From Sale Of Assets | | | | | | |
| Accounts Receivable - Prepetition | | $37,475 | | | | $37,475 |
| Loans and Advances | | | | | | |
| Capital Contributions | | | | | | |
| | | | | | | |
| TOTAL BANK DEPOSITS | | $92,162 | $10,688 | $27,737 | | $130,587 |

**CASH DISBURSEMENTS - Exhibit D**

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash Withdrawals and Payments | | -$7,716 | | | | -$7,716 |
| Operating Disbursements | | | -$10,688 | -$27,737 | | -$38,425 |
| Professional Fees - excluding reorg costs | | | | | | |
| Other Disbursements | | -$317 | | | | -$317 |
| Transfers To Other Accounts | | -$38,426 | | | | -$38,426 |
| Owner Draws/Advances | | | | | | |
| Capital Expenditures | | | | | | |
| Prepetition Debt Service Payments (PITI) | | | | | | |
| Debt Service Payments (PITI) | | | | | | |
| Reorganization Disbursements | | | | | | |
| Attorney Fees | | | | | | |
| Accountant Fees | | | | | | |
| US Trustee Quarterly Fees | | | | | | |
| Bankruptcy Court Costs | | | | | | |
| Other Reorg Costs | | | | | | |
| TOTAL BANK DISBURSEMENTS | | -$46,459 | -$10,688 | -$27,737 | | -$84,884 |
| | | | | | | |
| Ending Bank Statement Balance | | $45,703 | $0 | $0 | | $45,704 |

**2. Summary of Cash Activity for All Accounts**

**Line 19. Total Opening Balance of all accounts**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Bank Deposits, excluding transfers | | $92,162 | | | | $92,162 |
| Less: Deposits in Transit - Beginning of Period | | | | | | |
| Plus: Deposits in Transit - End of Period | | | | | | |
| **Line 20. Total Cash Receipts** | | $92,162 | | | | $92,162 |
| | | | | | | |
| Total Bank Disbursements, excluding transfers | | -$8,033 | -$10,688 | -$27,737 | | -$46,458 |
| Less: O/S Checks Cleared - Beginning of Period | | | | | | |
| Plus: Outstanding Checks - End of Period | | -$3,838 | | | | -$3,838 |
| **Line 21. Total Cash Disbursements** | | -$11,871 | -$10,688 | -$27,737 | | -$50,296 |
| | | | | | | |
| **Line 22. Net Cash Flow** | | $80,290 | -$10,688 | -$27,737 | | $41,865 |
| | | | | | | |
| **Line 23. Cash on Hand at End of Month** | | $80,290 | -$10,688 | -$27,737 | | $41,865 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Line 28. Amount paid this month for professional fees for this case** | | | | | | |
| **Line 29. Amount paid for professional fees for this case** | | | | | | |
| **Line 30. Amount paid this month for other professional fees.** | | | | | | |
| **Line 31. Amount paid for other professional fees for this case** | | | | | | |

Official Form 425C
Monthly Operating Report for Small Business Under Chapter 11
Cash Activity - Operating Account

Case Name: Breault Research Organization Inc
Case Number: 4:19-bk-08754-BMW
Report Date: 07/31/19

## Operating Account Activity

| | | | Amount | 1 Sales/Receipts | 2 Accounts Receivable Post-Petition | 3 Other Receipts | 4 Payments From Insiders | 5 Transfers IN | 6 Proceeds from Asset Sales | 7 Accounts Receivable Pre-Petition | 8 Loans and Advances | 9 Capital Contributions | 10 Cash Withdrawals and Payments | 11 Operating Disbursments | 12 Profession al Fees | 13 Other Disburseme nts | 14 Transfers Out | 15 Owner Draws and Advances | 16 Capital Expenditur es | 17 Pre-Petition Debt Service | 18 Post Petition Debt Service | 19 Reorg - Attorney Fees | 20 Reorg - Accountant Fees | 21 Reorg - US Trustee Fees | 22 Reorg - Court Costs | 23 Reorg - Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | Date | Description | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 7/16/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3.Other-Receipts | 7/19/2019 | Deposit | $52,395.41 | $0.00 | $0.00 | $52,395.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,395.41 |
| 17.Pre-Petition-Debt-Service-Payments | | Debit card PY to Culligan (PY made to Culligan on 8/15, guaranteed to them by bank, settled 7/17) | ($23.92) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($23.92) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($23.92) |
| 11.Operating-Disbursements | | Debit Card PY to Stamps.com (guaranteed to them on 7/16 by bank, settled 7/17) | ($19.56) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($19.56) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($19.56) |
| 7.Pre-Petition-Accounts-Receivable | 7/19/2019 | Deposit | $8,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,100.00 |
| 3.Other-Receipts | | Deposit | $8.62 | $0.00 | $0.00 | $8.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.62 |
| 7.Pre-Petition-Accounts-Receivable | 7/23/2019 | Deposit | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| 13.Other-Disbursements | | bank fees | ($298.38) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($298.38) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($298.38) |
| 3.Other-Receipts | | Refund from Microsoft - payment must go to PC Connection instead of Microsoft | $2,282.70 | $0.00 | $0.00 | $2,282.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,282.70 |
| 7.Pre-Petition-Accounts-Receivable | 7/23/2019 | Deposit | $10,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,500.00 |
| 7.Pre-Petition-Accounts-Receivable | 7/29/2019 | Wire Cr-USD - Incoming wire UoTek | $6,375.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,375.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,375.00 |
| 13.Other-Disbursements | | bank fees | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($15.00) |
| 7.Pre-Petition-Accounts-Receivable | 7/31/2019 | Remote Deposit | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| 10.Cash-Withdrawals-and-Payments | 7/24/2019 | ACH Debit Unum America Ins Prem | ($242.90) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($242.90) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($242.90) |
| 10.Cash-Withdrawals-and-Payments | 7/24/2019 | ACH Debit Humana Inc Ins PYMT | ($7,472.78) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($7,472.78) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($7,472.78) |
| 14.Transfers-to-Other-Accounts | 7/26/2019 | Miscellaneous Debit - to payroll acct | ($27,692.16) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($27,692.16) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($27,692.16) |
| 14.Transfers-to-Other-Accounts | 7/26/2019 | Miscellaneous Debit - to taxes acct | ($10,643.39) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($10,643.39) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($10,643.39) |
| 14.Transfers-to-Other-Accounts | 7/29/2019 | Online Transfer Dr - wire transfer to Dep xxxxx0386 | ($45.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) |
| 14.Transfers-to-Other-Accounts | 7/29/2019 | Online Transfer Dr - wire transfer to Dep xxxxx9064 | ($45.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | | | $45,659.65 | $0.00 | $0.00 | $54,686.73 | $0.00 | $0.00 | $37,475.00 | $0.00 | $0.00 | ($7,715.68) | ($19.56) | $0.00 | ($317.39) | ($38,425.53) | $0.00 | $0.00 | ($23.92) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,659.65 |

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Summary of Cash Activity for All Accounts**
**Case Name:**

| | |
|---|---|
| **Breault Research Organization Inc** | |

**Case Number:** 4:19-bk-08754-BMW
**Report Date:** 7/31/19
**Exhibit E**

| Post-Petition Liabilities | | | | | |
|---|---|---|---|---|---|
| Who is owed the money? | Date Incurred | Purpose of the Debt | When Due | Amount | Amount Due to Insiders |
| | | | | | |
| JSX Technology | 07/17/19 | COGS - Job related | 8/16/19 | $6,286 | |
| PC Connection | 07/17/19 | Microsoft 365 renewal | 8/16/19 | $2,284 | |
| Paul McClellan | 07/17/19 | Hard Drive to back up BRO accts | 8/16/19 | $152 | |
| UPS | 07/27/19 | shipping to customer | 8/20/19 | $15 | |
| Culligan | 07/31/19 | bottled water | 8/20/19 | $104 | |
| GST Holdings | 07/31/19 | Rent, utilities/shared services | 8/22/19 | $3,461 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Line 24. Total Payables | | | | $12,302 | $0 |

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Summary of Cash Activity for All Accounts**

| | |
|---|---|
| **Case Name:** | Breault Research Organization Inc |
| **Case Number:** | 9-bk-08754-BMW |
| **Report Date:** | 7/31/19 |
| **Exhibit F** | |

| ACCOUNTS RECEIVABLE | | | | | | Comments |
|---|---|---|---|---|---|---|
| Who Owes You the Money | Trade | From Insiders | Total | Due Date | | |
| | | | $0 | | | |
| Automotive Lighting Rear Lamps Italy | $16,412 | | $16,412 | 6/28/19 | | |
| Malin Space Science Systems | $3,600 | | $3,600 | 7/11/19 | | |
| Wuhan - Chang Chun Institute of Optics | $2,000 | | $2,000 | 7/13/19 | | |
| New Bedford Panoramex | $7,370 | | $7,370 | 7/25/19 | | |
| Silesian University of Tech | $4,750 | | $4,750 | 7/28/19 | | |
| Musco Sports Lighting | $7,000 | | $7,000 | 7/28/19 | | |
| Bundesdruckerel GmbH | $16,250 | | $16,250 | 7/28/19 | | |
| PSA Peugeot Citroen | $3,500 | | $3,500 | 8/10/19 | | |
| Nara Institute of Science | $1,763 | | $1,763 | 8/11/19 | | |
| Leonardo SpA-Selex ES | $10,080 | | $10,080 | 8/15/19 | | |
| Kellogg Brown & Root | $250 | | $250 | 8/24/19 | | |
| Stanley Electric | $13,875 | | $13,875 | 8/27/19 | | |
| New Era Technology | $250 | | $250 | 8/30/19 | | |
| Largan Precision Co | $30,600 | | $30,600 | 9/6/19 | | |
| Panasonic Eco Solutions | $4,425 | | $4,425 | 9/8/19 | | |
| Ichikoh Industries | $8,850 | | $8,850 | 9/8/19 | | |
| SIOM | $12,800 | | $12,800 | 9/9/19 | | |
| Broadcom Limited Malaysia | $2,800 | | $2,800 | 9/16/19 | | |
| Stanley Electric | $4,425 | | $4,425 | 9/18/19 | | |
| University of Jinan | $10,000 | | $10,000 | 9/29/19 | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| Total Accounts Receivable | $161,000 | $0 | $161,000 | | | |
| Less Discounts/Returns/etc. | | | | | | |
| Line 25. TOTAL RECEIVABLES | $161,000 | $0 | $161,000 | | | Must equal total Receivables in Balance Sheet |

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Additional Information**

| | |
|---|---|
| **Case Name:** | **Breault Research Organization Inc** |
| **Case Number:** | **9-bk-08754-BMW** |
| **Report Date:** | **7/16/19** |

| Balance Sheet | Schedules A&B | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/16/19 | 07/31/19 | 08/31/19 | 09/30/19 | 10/31/19 | 11/30/19 | 12/31/19 | 01/31/20 | 02/29/20 | 03/31/20 | 04/30/20 | 05/31/20 | 06/30/20 |
| Cash | $52,395 | $41,821 | | | | | | | | | | | |
| Financial Assets | | | | | | | | | | | | | |
| Accounts Receivable | $168,903 | $156,526 | | | | | | | | | | | |
| Receivables From Insiders | $0 | | | | | | | | | | | | |
| Investments | $0 | | | | | | | | | | | | |
| Inventory | $0 | | | | | | | | | | | | |
| Real Property - Net | $0 | | | | | | | | | | | | |
| Fixed Assets - Net | $23,138 | $22,578 | | | | | | | | | | | |
| Property, Plant, Equipment & Vehicles - Net | $0 | | | | | | | | | | | | |
| Intangibles and Intellectual Property | | | | | | | | | | | | | |
| All other assets | $395,169 | $164,307 | | | | | | | | | | | |
| Total Assets | $639,605 | $385,232 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Pre-Petition Claims: | Schedules D, E & F | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 | | | | | | | | | | | | |
| Secured Claims | $0 | | | | | | | | | | | | |
| Unsecured Claims | $4,288,798 | $636,578 | | | | | | | | | | | |
| Total Pre-Petition Claims | $4,288,798 | $636,578 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Post-Petition Liabilities: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Payable | | $12,302 | | | | | | | | | | | |
| Payables to Insiders | | $0 | | | | | | | | | | | |
| Accrued Liabilities, excluding interest | | $0 | | | | | | | | | | | |
| Secured Debt | | $0 | | | | | | | | | | | |
| Accrued Interest - Secured Debt | | $0 | | | | | | | | | | | |
| Total Post-Petition Liabilities | | $12,302 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Owner Equity | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Investment/Stock | $657,103 | $657,103 | | | | | | | | | | | |
| Additional Paid In Capital | | | | | | | | | | | | | |
| Net Income - Current Year | ($273,491) | ($39,787) | | | | | | | | | | | |
| Retained Earnings - Petition Date | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) |
| Retained Earnings - Post Petition | | | | | | | | | | | | | |
| Total Owner Equity | ($3,828,004) | ($3,594,300) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) |

| Total Liabilities and Owners Equity | $460,794 | ($2,945,420) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) | ($4,211,616) |

**Official Form 425C**
**Monthly Operating Report for Small Business Under Chapter 11**
**Additional Information**
Case Name:  Breault Research Organization Inc
Case Number: 4:19-bk-08754-BMW
Report Date: 7/16/19

**Income Statement**

| | 07/31/19 | 08/31/19 | 09/30/19 | 10/31/19 | 11/30/19 | 12/31/19 | 01/31/20 | 02/29/20 | 03/31/20 | 04/30/20 | 05/31/20 | 06/30/20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues: | | | | | | | | | | | | | |
| Revenues | $38,257 | | | | | | | | | | | | $38,257 |
| Cost of Revenues | -$22,023 | | | | | | | | | | | | -$22,023 |
| Other | | | | | | | | | | | | | $0 |
| Gross Profit | $16,234 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $16,234 |
| | | | | | | | | | | | | | |
| Operating Expenses: | | | | | | | | | | | | | |
| Selling and Marketing | | | | | | | | | | | | | $0 |
| Payroll and Payroll Taxes | -$37,741 | | | | | | | | | | | | -$37,741 |
| Insider Compensation | | | | | | | | | | | | | $0 |
| Rent and Occupancy Costs | -$4,071 | | | | | | | | | | | | -$4,071 |
| Repairs and Maintenance | | | | | | | | | | | | | $0 |
| Property Taxes | $0 | | | | | | | | | | | | $0 |
| Insurance | -$7,676 | | | | | | | | | | | | -$7,676 |
| Other General and Administrative | -$1,298 | | | | | | | | | | | | -$1,298 |
| Professional Fees | -$4,675 | | | | | | | | | | | | -$4,675 |
| Other | | | | | | | | | | | | | $0 |
| Total Operating Expenses | -$55,460 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$55,460 |
| | | | | | | | | | | | | | |
| Non-Operating Expenses | | | | | | | | | | | | | |
| Interest Expense | $0 | | | | | | | | | | | | $0 |
| Gain (Loss) on Sale of Assets | $0 | | | | | | | | | | | | $0 |
| Depreciation and Amortization | -$561 | | | | | | | | | | | | -$561 |
| Reorganization Expenses | | | | | | | | | | | | | $0 |
| Total Non-Operating Costs | -$561 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$561 |
| | | | | | | | | | | | | | |
| Net Income (Loss) Before Taxes | -$39,787 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$39,787 |
| | | | | | | | | | | | | | |
| Federal and State Tax Expense | | | | | | | | | | | | | $0 |
| | | | | | | | | | | | | | |
| Net Income (Loss) | -$39,787 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$39,787 |

|  | 07/31/19 | 08/31/19 | 09/30/19 | 10/31/19 | 11/30/19 | 12/31/19 | Year 1 01/31/20 | 02/29/20 | 03/31/20 | 04/30/20 | 05/31/20 | 06/30/20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Receipts: | | | | | | | | | | | | | |
| Sales/Receipts | $0 | | | | | | | | | | | | $0 |
| Accounts Receivable - Postpetition | $0 | | | | | | | | | | | | $0 |
| Other Receipts | $54,687 | | | | | | | | | | | | $54,687 |
| Payments From Insiders (Excl. Loans and Capit | $0 | | | | | | | | | | | | $0 |
| Transfers From Other Accounts | $38,426 | | | | | | | | | | | | $38,426 |
| Total Operating Receipts | $93,112 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $93,112 |
| | | | | | | | | | | | | | |
| Operating Expenses: | | | | | | | | | | | | | |
| Cash Withdrawals and Payments | ($7,716) | | | | | | | | | | | | ($7,716) |
| Operating Disbursements | ($38,425) | | | | | | | | | | | | ($38,425) |
| Professional Fees - excluding reorg costs | $0 | | | | | | | | | | | | $0 |
| Other Disbursements | ($317) | | | | | | | | | | | | ($317) |
| Transfers To Other Accounts | ($38,426) | | | | | | | | | | | | ($38,426) |
| Total Operating Expenses | ($84,884) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($84,884) |
| | | | | | | | | | | | | | |
| Operating Cash Flow (Deficit) | $8,229 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,229 |
| | | | | | | | | | | | | | |
| Non-Operating Receipts: | | | | | | | | | | | | | |
| Proceeds from Sales of Assets | $0 | | | | | | | | | | | | $0 |
| Pre-Petition Accounts Receivable | $37,475 | | | | | | | | | | | | $37,475 |
| Loans and Advances | $0 | | | | | | | | | | | | $0 |
| Capital Contributions | $0 | | | | | | | | | | | | $0 |
| Total Non-Operating Receipts | $37,475 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $37,475 |
| | | | | | | | | | | | | | |
| Non Operating Disbursements: | | | | | | | | | | | | | |
| Owner Draws/Advances | $0 | | | | | | | | | | | | $0 |
| Capital Expenditures | $0 | | | | | | | | | | | | $0 |
| Prepetition Debt Service Payments (PITI) | $0 | | | | | | | | | | | | $0 |
| Debt Service Payments (PITI) | $0 | | | | | | | | | | | | $0 |
| Reorganization Disbursements | | | | | | | | | | | | | |
| Attorney Fees | $0 | | | | | | | | | | | | $0 |
| Accountant Fees | $0 | | | | | | | | | | | | $0 |
| US Trustee Quarterly Fees | $0 | | | | | | | | | | | | $0 |
| Bankruptcy Court Costs | $0 | | | | | | | | | | | | $0 |
| Other Reorg Costs | $0 | | | | | | | | | | | | $0 |
| Total Non-Operating Disbursements | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | |
| Non-Operating Cash Flow (Deficit) | $37,475 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $37,475 |
| | | | | | | | | | | | | | |
| Cash Flow (Deficit) | $45,704 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $45,704 |
| Accumulated Cash Flow (Deficit) | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | |
| | | | | | | | | | | | | | |
| Cash Balance | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | $45,704 | |

# Breault Research Organization Inc (Debtor in Possession)

### BALANCE SHEET

As of July 31, 2019

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 111240 Alliance Bank of Arizona checking | 41,821.46 |
| 111241 Alliance Bank - Payroll Acct | 0.00 |
| 111242 Alliance Bank - Taxes Account | 0.00 |
| **Total Bank Accounts** | **$41,821.46** |
| Accounts Receivable | |
| 112100 Accounts Receivable - Trade | 160,999.85 |
| **Total Accounts Receivable** | **$160,999.85** |
| Other Current Assets | |
| 112190 Allowance for Bad Debts | -6,005.00 |
| 113110 Receivable - Employee/Other | 1,531.23 |
| 119210 A/P - Trade Deposits | 33,743.50 |
| 151210 Prepaid Insurance - Business | 13,379.95 |
| 151250 Prepaid Insurance - Workers comp | 467.69 |
| 151410 Prepaid Postage | 67.72 |
| 151630 Prepaid Subcontract work | 23,805.00 |
| 151810 Prepaid Tradeshow | 8,018.38 |
| 151910 Prepaid Expenses - Other | 9,763.55 |
| **Total Other Current Assets** | **$84,772.02** |
| **Total Current Assets** | **$287,593.33** |
| Fixed Assets | |
| 175100 Furniture & Fixtures | 91,865.21 |
| 175500 Test Equipment & Tools | 327,565.27 |
| 175600 Computers & Accessories | 206,120.08 |
| 175700 Computer Software | 51,628.62 |
| 176100 A/D-Furniture & Fixtures | -91,865.21 |
| 176500 A/D-Test Equipment & Tools | -317,639.59 |
| 176600 A/D-Computer & Accessories | -195,643.37 |
| 176700 A/D-Computer Software | -49,453.45 |
| **Total Fixed Assets** | **$22,577.56** |
| Other Assets | |
| 181010 Trademarks | 18,471.00 |
| 185010 Cash Value of Life Insurance | 53,003.02 |
| 185100 Deposits | 1,142.00 |
| 185200 Patent Fees | 2,445.00 |
| **Total Other Assets** | **$75,061.02** |
| **TOTAL ASSETS** | **$385,231.91** |
| | |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |

|                                              | TOTAL          |
|----------------------------------------------|----------------|
| 211000 Accounts Payable (A/P)                | 12,301.91      |
| **Total Accounts Payable**                   | **$12,301.91** |
| Other Current Liabilities                    |                |
| 212510 401K W/H Payable - Regular            | 0.00           |
| 212520 Undistributed Section 125 W/H         | -2,227.50      |
| 212530 Optional Ins-W/H payable              | -666.15        |
| 214200 Accrued Vacations                     | 5,609.95       |
| 216630 Notes Payable - Insurance Premium     | 4,430.63       |
| 217320 DEFERRED MAINTENANCE REVENUE          | 346,951.01     |
| 217340 Deferred Revenue                      | 282,427.85     |
| 217430 COBRA Insurance                       | 8.45           |
| 217500 Suspense Acccount                     | 43.48          |
| **Total Other Current Liabilities**          | **$636,577.72**|
| **Total Current Liabilities**                | **$648,879.63**|
| **Total Liabilities**                        | **$648,879.63**|
| Equity                                       |                |
| 300100 Preferred Stock - Series A            | 500,000.00     |
| 300200 Common Stock                          | 11,534.93      |
| 301000 Capital Contribs-Excess of PAR        | 196,151.53     |
| 305000 Treasury Stock                        | 50,584.00      |
| 320100 Retained Earnings                     |                |
| Opening Balance Equity                       | -1,155,487.17  |
| Net Income                                   | 133,568.99     |
| **Total Equity**                             | **$ -263,647.72**|
| **TOTAL LIABILITIES AND EQUITY**             | **$385,231.91**|

# Breault Research Organization Inc (Debtor in Possession)

## PROFIT AND LOSS

### July 17-31, 2019

|  | TOTAL |
|---|---|
| **Income** |  |
| 401000 ES Revenue | 250.00 |
| 421100 SOFTWARE SALE - ASAP | 13,950.00 |
| 421900 Software Sale - Other | 250.00 |
| 424100 SOFTWARE MAINTENANCE-ASAP | 28,335.51 |
| 424125 Software Maintenance - APEX | 998.01 |
| 424900 Software Maintenance-Other | 804.52 |
| 429500 Software Sales Discounts | -6,334.16 |
| 460200 Interest Income | 3.13 |
| 460800 Other Income - Miscellaneous | 0.17 |
| **Total Income** | **$38,257.18** |
| **Cost of Goods Sold** |  |
| 481000 Direct Labor | 8,198.86 |
| 481500 Direct Fringe Benefits | 1,238.27 |
| 482500 Direct Postage & Freight | 14.66 |
| 483100 Direct Consulting | 12,571.00 |
| **Total Cost of Goods Sold** | **$22,022.79** |
| **GROSS PROFIT** | **$16,234.39** |
| **Expenses** |  |
| 501010 Administrative Labor | 28,949.36 |
| 501310 Taxable Benefits | 70.00 |
| 501420 Vacation Time | 5,609.95 |
| 502010 FICA-Social Security | 2,422.69 |
| 502020 FICA-Medicare | 566.61 |
| 502180 SUTA Taxes - OR | 8.78 |
| 502200 Workers Compensation | 113.14 |
| 502300 Health Insurance | 6,901.89 |
| 502400 Life & Ad&D Insurance | 102.00 |
| 502500 Short Term Disability Insurance | 140.90 |
| 502990 Contra - Finge Benefits | -1,238.27 |
| 513120 COMMISSIONS-OUTSIDE REPS | 4,675.00 |
| 522210 General Liability Insurance | 1,769.51 |
| 523110 Building Lease/Rent | 2,405.00 |
| 527720 Outside Printing Services | 65.00 |
| 529310 Break Room supplies & Beverages | 104.46 |
| 529710 Expendable Equipment (less then $500) | 152.17 |
| 531010 Bank Charges & Fees | 407.39 |
| 531050 Postage | 19.56 |
| 531720 Telephone | 609.87 |
| 531820 Licenses & Fees | 542.30 |
| 531850 Utilities | 1,056.35 |
| 531880 Sales & Use Tax | 6.73 |

|  | TOTAL |
|---|---|
| **Total Expenses** | **$55,460.39** |
| NET OPERATING INCOME | **$ -39,226.00** |
| Other Expenses | |
| 525310 Depreciation - Equipment | 560.59 |
| **Total Other Expenses** | **$560.59** |
| NET OTHER INCOME | **$ -560.59** |
| NET INCOME | **$ -39,786.59** |

Breault Research Organization Inc

**111240 Alliance Bank of Arizona checking, Period Ending 07/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 08/18/2019

Reconciled by: lindaj@breault.com

Any changes made to transactions after this date aren't included in this report.

**Summary**

|  | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (9) | -46,458.60 |
| Deposits and other credits cleared (11) | 92,118.25 |
| Statement ending balance | 45,659.65 |
| | |
| Uncleared transactions as of 07/31/2019 | -3,838.19 |
| Register balance as of 07/31/2019 | 41,821.46 |
| Cleared transactions after 07/31/2019 | 0.00 |

**Details**

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2019 | Bill Payment | 8894 | Unum | -242.90 |
| 07/22/2019 | Transfer | | | -10,643.35 |
| 07/22/2019 | Transfer | | | -27,692.18 |
| 07/22/2019 | Bill Payment | 8896 | Humana | -7,472.78 |
| 07/23/2019 | Expense | 072319 | Pacific Premier Bank | -121.19 |
| 07/23/2019 | Expense | 07232019 | Pacific Premier Bank | -177.20 |
| 07/26/2019 | Transfer | | | -45.00 |
| 07/26/2019 | Transfer | | | -45.00 |
| 07/29/2019 | Expense | 072919 | Alliance Bank Of Arizona | -19.00 |

| Total | | | | -46,458.60 |
|---|---|---|---|---|

Deposits and other credits cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2019 | Receive Payment | 10060485 | Breault Research Organizatio… | 52,351.93 |
| 07/19/2019 | Receive Payment | 46551 | Malin Space Science Systems | 8,100.00 |
| 07/19/2019 | Receive Payment | 163315 | Rudolph Technologies, Inc | 10,500.00 |
| 07/19/2019 | Deposit | | Kit Cheong | 8.45 |
| 07/19/2019 | Deposit | | Kit Cheong | 0.17 |
| 07/23/2019 | Receive Payment | | Chang Chun Institute of Optics | 4,000.00 |
| 07/23/2019 | Deposit | | Microsoft | 181.72 |
| 07/23/2019 | Deposit | | Microsoft | 2,100.98 |
| 07/29/2019 | Receive Payment | 19484 - ck#1057602 | North American Lighting | 8,500.00 |
| 07/29/2019 | Receive Payment | | Lite-On Semiconductor Corp | 3,112.50 |
| 07/29/2019 | Receive Payment | | Excellence Optoelectronics Inc. | 3,262.50 |

| Total | | | | 92,118.25 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 07/31/2019

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2019 | Bill Payment | 29327 | GST Holdings LLC | -609.87 |
| 07/23/2019 | Bill Payment | 29325 | Prescott Printing Services | -70.66 |
| 07/31/2019 | Bill Payment | 29326 | Internal Revenue Service | -74.00 |
| 07/31/2019 | Bill Payment | 8895 | Ascensus Trust | -3,083.66 |

# Alliance Bank

## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

BREAULT RESEARCH ORGANIZATION INC
CH 11 DIP CASE #4:19-BK-08754-BMW
GENERAL ACCOUNT
2175 E VALENCIA RD # 125
TUCSON AZ 85706-5812

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
200 S Craycroft Road
Tucson AZ 85711

---

*PLEASE NOTE: OUR ATMS WILL NO LONGER BE AVAILABLE AFTER 3:00 P.M. ON WEDNESDAY, JULY 31, 2019. ACCESS YOUR FUNDS THROUGH A SURCHARGE-FREE ATM BY VISITING WWW.MONEYPASS.COM FOR A LOCATION. DEPOSITS CAN BE MADE AT ONE OF OUR BRANCHES OR THROUGH OUR MOBILE BANKING APPLICATION.*

---

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX6379 | Beginning balance | $0.00 |
| Low balance | $30,893.65 | Total additions | 91,800.86 |
| Average balance | $51,531.18 | Total subtractions | 46,141.21 |
| Avg collected balance | $35,657 | Ending balance | $45,659.65 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-24 | ' ACH Debit | 242.90 |
| | UNUM AMERICA INS. PREM. | |
| | REF*001502802* *UUS*002\ | |
| 07-24 | ' ACH Debit | 7,472.78 |
| | HUMANA, INC. INS PYMT 190724 | |
| 07-26 | Miscellaneous Debit | 10,643.35 |
| 07-26 | Miscellaneous Debit | 27,692.18 |
| 07-29 | ' Online Transfer Dr | 45.00 |
| | REF 2101021L FUNDS TRANSFER TO DEP XXXXXX0386 | |
| | FROM WIRE TRANSFER FEE | |
| 07-29 | ' Online Transfer Dr | 45.00 |
| | REF 2101023L FUNDS TRANSFER TO DEP XXXXXX9064 | |
| | FROM WIRE FEE | |

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 07-19 | Deposit | 8,108.62 |
| 07-19 | Deposit | 52,351.93 |
| 07-23 | Deposit | 5,984.31 |
| 07-23 | Deposit | 10,500.00 |
| 07-29 | ' Wire Cr-Usd | 6,356.00 |
| | INCOMING WIRE ORG UOTEK CO., LTD.;REF ALLU9RT02087 ;WIRE/IN - 20192100037500 | |
| 07-31 | ' Remote Deposit | 8,500.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-19 | 60,460.55 | 07-24 | 69,229.18 | 07-29 | 37,159.65 |
| 07-23 | 76,944.86 | 07-26 | 30,893.65 | 07-31 | 45,659.65 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

Breault Research Organization Inc

**111241 Alliance Bank - Payroll Acct, Period Ending 07/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 08/18/2019

Reconciled by: lindaj@breault.com

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                USD

Statement beginning balance ........................................................... 0.00
Checks and payments cleared (4) ............................................. -27,737.18
Deposits and other credits cleared (2) ....................................... 27,737.18
Statement ending balance .............................................................. 0.00

Register balance as of 07/31/2019 .................................................. 0.00

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/22/2019 | Journal | 1 | | -23,631.65 |
| 07/22/2019 | Expense | | Alliance Bank Of Arizona | -45.00 |
| 07/22/2019 | Journal | 1 | | -316.07 |
| 07/22/2019 | Journal | 1 | | -3,744.46 |

Total **-27,737.18**

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/22/2019 | Transfer | | | 27,692.18 |
| 07/26/2019 | Transfer | | | 45.00 |

Total **27,737.18**

# Alliance Bank
## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

BREAULT RESEARCH ORGANIZATION INC
CH 11 DIP CASE #4:19-BK-08754-BMW
PAYROLL ACCOUNT
2175 E VALENCIA RD # 125
TUCSON AZ 85706-5812

Last statement: July 19, 2019
This statement: July 31, 2019
Total days in statement period: 13

Page 1 of 2
XXXXXX0386
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
200 S Craycroft Road
Tucson AZ 85711

---

*PLEASE NOTE: OUR ATMS WILL NO LONGER BE AVAILABLE AFTER 3:00 P.M. ON WEDNESDAY, JULY 31, 2019. ACCESS YOUR FUNDS THROUGH A SURCHARGE-FREE ATM BY VISITING WWW.MONEYPASS.COM FOR A LOCATION. DEPOSITS CAN BE MADE AT ONE OF OUR BRANCHES OR THROUGH OUR MOBILE BANKING APPLICATION.*

---

## Business Checking

| Account number | XXXXXX0386 | Beginning balance | $0.00 |
|---|---|---|---|
| Low balance | $-45.00 | Total additions | 27,737.18 |
| Average balance | $-10.38 | Total subtractions | 27,737.18 |
| Avg collected balance | $-10 | Ending balance | $.00 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-26 | ' Wire Dr Usd | 27,692.18 |
| | OUTGOING WIRE BNF ADP TAX SERVICE INC;REF ;WIRE/OU T - 20192070440100 | |
| 07-26 | ' Direct S/C | 45.00 |
| | DOM WIRE OUT FEE | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 07-26 | Miscellaneous Credit | 27,692.18 |
| 07-29 | ' Online Transfer Cr | 45.00 |
| | REF 2101021L FUNDS TRANSFER FRMDEP XXXXXX6379 FROM WIRE TRANSFER FEE | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-26 | -45.00 | 07-29 | 0.00 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

Breault Research Organization Inc

**111242 Alliance Bank - Taxes Account, Period Ending 07/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 08/18/2019

Reconciled by: lindaj@breault.com

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                     USD

Statement beginning balance .................................................................................. 0.00
Checks and payments cleared (2) ........................................................................ -10,688.35
Deposits and other credits cleared (2) ................................................................. 10,688.35
Statement ending balance ...................................................................................... 0.00

Register balance as of 07/31/2019 ......................................................................... 0.00

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/22/2019 | Journal | 1 | | -10,643.35 |
| 07/22/2019 | Expense | | Alliance Bank Of Arizona | -45.00 |

Total                                                                                          -10,688.35

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/22/2019 | Transfer | | | 10,643.35 |
| 07/26/2019 | Transfer | | | 45.00 |

Total                                                                                           10,688.35

# Alliance Bank
### OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

BREAULT RESEARCH ORGANIZATION INC
CH 11 DIP CASE #4:19-BK-08754-BMW
TAX ACCOUNT
2175 E VALENCIA RD # 125
TUCSON AZ 85706-5812

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
200 S Craycroft Road
Tucson AZ 85711

---

*PLEASE NOTE: OUR ATMS WILL NO LONGER BE AVAILABLE AFTER 3:00 P.M. ON WEDNESDAY, JULY 31, 2019. ACCESS YOUR FUNDS THROUGH A SURCHARGE-FREE ATM BY VISITING WWW.MONEYPASS.COM FOR A LOCATION. DEPOSITS CAN BE MADE AT ONE OF OUR BRANCHES OR THROUGH OUR MOBILE BANKING APPLICATION.*

---

## Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX9064 | Beginning balance | $0.00 |
| Low balance | $-45.00 | Total additions | 10,688.35 |
| Average balance | $-10.38 | Total subtractions | 10,688.35 |
| Avg collected balance | $-10 | Ending balance | $.00 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-26 | ' Wire Dr Usd | 10,643.35 |
| | OUTGOING WIRE BNF ADP TAX SERVICE INC;REF ;WIRE/OU T - 20192070498700 | |
| 07-26 | ' Direct S/C | 45.00 |
| | DOM WIRE OUT FEE | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 07-26 | Miscellaneous Credit | 10,643.35 |
| 07-29 | ' Online Transfer Cr | 45.00 |
| | REF 2101023L FUNDS TRANSFER FRMDEP XXXXXX6379 FROM WIRE FEE | |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-26 | -45.00 | 07-29 | 0.00 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|--------|--------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*