WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW &
VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711
Phone: (520) 790-5828
Fax: (520) 745-1279

Kasey C. Nye (SB #020610)
knye@waterfallattorneys.com
Cindy K. Schmidt (SB #029659)
cschmidt@waterfallattorneys.com
*Attorneys for Debtor/ Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: Breault Research Organization, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No.: 4:19-bk-08754-BMW<br><br>MOTION TO REJECT LEASE WITH 4400 BROADWAY LLC |

Breault Research Organization, Inc., the Debtor and Debtor in Possession ("**BRO**" or the "**Debtor**") in the above captioned Chapter 11 reorganization case ("**Reorganization**") hereby respectfully requests entry of an order under 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006 and 9014, and Local Rule 6006-1 rejecting the Debtor's lease with 4400 Broadway LLC effective August 31, 2019 ("**Rejection Order**") because it is an undue burden on the estate.

This Motion is supported by the attached Memorandum of Points and Authorities and the entire record in these Reorganization Cases.

DATED August 30, 2019.

                                        WATERFALL, ECONOMIDIS, CALDWELL,
                                        HANSHAW & VILLAMANA, P.C.

                                        By: */s/ Kasey C. Nye (AZ Bar 20160)*
                                             Kasey C. Nye
                                             Cindy K. Schmidt
                                             *Attorneys for Debtor*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. JURISDICTION

The relief requested herein is predicated upon Bankruptcy Code §§ 365(a) and (g). This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334 and General Order 01-15 of the U.S. District Court for the District of Arizona referring proceedings arising under Title 11 to this Court. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The procedures governing this motion are governed by Fed. R. Bankr. P. 6006 and 9014, and Local Rule 6006-1.

## II. FACTUAL BACKGROUND

1. On November 18, 2015, the Debtor entered into an Office Building Lease with 4400 Broadway LLC ("**Landlord**") for use of suites 10 and 500 totaling 12,807 rentable square feet of the office building located at 4400 East Broadway Blvd., Tucson AZ 85711 for a term of seven years commencing February 1, 2016 and terminating August 31, 2023, at a monthly rental rate of $15,154.95 escalating to $18,014.47 over the term.

2. During the summer of 2018 Landlord briefly locked out the debtor for non-payment of rent. The Debtor and landlord agreed to an accommodation pursuant to which the Debtor reduced its square footage to approximately 3000 square feet and paid reduced rent of approximately $7500 per month. The Debtor timely paid the rent under this arrangement.

3. Beginning in June 2019, the Debtor began to move out of reduced space into more affordable space near the Airport on Valencia Road where the Debtor would have sufficient space, and pay only $2,700 rent. Landlord responded by locking the debtor out, which triggered the filing of this Reorganization on July 16, 2019.

4. On July 16, 2019, the Debtor commenced an adversary proceeding in this court seeking turnover of its premises and the personal property therein under Case No. 4:19-ap-00253-BMW (the "**Turnover Adversary**"). The Court conducted a hearing on

the Debtor's Application for TRO and Preliminary Injunction in the Turnover Adversary on July 30, 2019. On August 1, 2019, the Court entered a stipulated order granting BRO access to its space at the Premises, on the condition that the Debtor pay administrative rent of $9,000.

5. The Debtor has now removed the property that it requires from the space, and continuing to rent the premises is now burdensome. Simultaneously with this Motion the Debtor is filing a Notice of intent to abandon the personal property remaining in the space.

## III. LEGAL ARGUMENT

11 U.S.C. 365(a) provides that a trustee or debtor in possession "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." It is well settled that the decision to reject is up to the business judgment of the trustee or debtor in possession. Here the Debtor is soundly exercising its business judgment to reject the Lease.

## IV. CONCLUSION

WHEREFORE, BRO respectfully request that the Court enter an Order rejecting its Lease with 4400 Broadway LLC effective August 31, 2019, substantially in the form annexed hereto, and the relief requested in the motion and such other and further relief as may be just and proper.

DATED August 30, 2019.

>WATERFALL, ECONOMIDIS, CALDWELL,
>HANSHAW & VILLAMANA, P.C.
>
>By: /s/ *Kasey C. Nye (AZ Bar 20160)*
>    Kasey C. Nye
>    Cindy K. Schmidt
>    *Attorneys for Debtor*