WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW &
VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711
Phone: (520) 790-5828
Fax: (520) 745-1279

Kasey C. Nye (SB #020610)
knye@waterfallattorneys.com
Cindy K. Schmidt (SB #029659)
cschmidt@waterfallattorneys.com
*Attorneys for Debtor/ Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: Breault Research Organization, Inc.<br><br>Debtor. | Case No.: 4:19-bk-8754-BMW<br><br>Chapter 11<br><br>**NOTICE OF FILING MOTION TO REJECT LEASE WITH 4400 BROADWAY LLC** |

**PLEASE TAKE NOTICE THAT** Waterfall, Economidis, Caldwell, Hanshaw & Villamana ("WECHV"), as attorneys for Debtor has filed an *Motion to Reject Lease with 4400 Broadway LLC* (the "Application") pursuant to 11 U.S.C. §365(a), and Fed R. Bankr P. 6006 and 9014, and Local Rule 6006-1.  A copy of this Application is on file in the above-captioned matter and may be obtained from the Court's website at https://ecf.azb.uscourts.gov/, if a registered PACER user, or can be requested from the undersigned counsel.

Any objections to the relief requested in the Application must: (1) be in writing; (2) conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Arizona; (3) set forth the name of the objector and the nature and amount of any claims

against the Debtor; (4) state with particularity the legal and factual bases for the objection; and (5) be filed with the Court with a copy mailed to the attorneys for the Debtors within twenty-one (21) days of the date of this Notice, plus three (3) days for mailing at:

Kasey C. Nye, Esq.
WATERFALL ECONOMIDIS CALDWELL
HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, Arizona 85711
knye@waterfallattorneys.com

If no objections are timely filed and served on counsel, the Court may approve the Application and grant the relief requested therein without a hearing.

WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.

By: */s/ Kasey C. Nye* #20610
Kasey C. Nye
*Attorneys for Debtor*