Kasey C. Nye
SB #020610
knye@waterfallattorneys.com

WATERFALL ECONOMIDIS CALDWELL
  HANSHAW & VILLAMANA, P.C.
5210 E. WILLIAMS CIRCLE, SUITE 800
TUCSON, ARIZONA 85711
TELEPHONE (520) 790-5828
FACSIMILE (520) 745-1279

*Attorneys for Breault Research Organization, Inc*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Breault Research Organization, Inc. | Case No.: 4:19-bk-08754-BMW |
| Debtor. | **NOTICE OF DEBTOR-IN-POSSESSION INTENT TO ABANDON PROPERTY** |
| | **(PERSONAL PROPERTY)** |

NOTICE IS GIVEN, that Breault Research Organization, Inc., the debtor and debtor-in-possession proposes to abandon the following described property pursuant to 11 U.S.C. §554 on the grounds that the cost to continue to pay administrative rent or remove so that it can be sold exceeds the value of the property.

**Personal Property located in Suites 500, 510, or 10 at 4400 E Broadway Blvd., Tucson AZ 85711 except personal property in the IT room in Suite 500.**

Pursuant to Local Rule 6007-1, any person opposing the abandonment shall file a written objection and request for hearing within 14 days of service of this notice. The objection shall be filed with the U.S. Bankruptcy Court, District of Arizona, 38 S. Scott Avenue, Tucson, AZ 85701 <u>and</u> mailed to the Kasey C. Nye 5210 E Williams Circle Suite 800, Tucson, Arizona 85711.

If a party in interest timely objects to this abandonment notice in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

Dated: August 30, 2019          /s/ Kasey C. Nye
                                 Attorney for Debtor

To be mailed to all creditors and parties in interest on the master mailing list.