IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) Chapter 11
**Breault Research Organization, Inc.,** ) Case No. 4:19-bk-08754-BMW
) MINUTE SHEET FOR THE SECTION 341(a) MEETING
Debtor(s). ) Date: **August 22, 2019**
) Time: **11:00 a.m.**

Debtor Present: (X) YES ( ) NO   PRESIDING OFFICER: **Christopher Pattock**

Debtor's Address: ___

APPEARANCE BY ATTORNEY FOR DEBTOR(S): ~~Cassandra Meynard~~ Kasey Nye   X Yes ___ No
Matt Pobleske, & Linda Juozapaitis   PRESENT ON BEHALF OF DEBTOR(S)
President                              Controller

DEBTOR(S) SWORN AND EXAMINED?   (X) Yes   ( ) No

APPEARANCES:

| # | Name | REPRESENT |
|---|------|-----------|
| 1. | Kevin J. Garcia | Creditor |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RELATED CASES: ___

Schedules Filed? (X) Yes ( ) No   IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME?   Yes ( ) No ( )
IF NO, WHY HAVE SCHEDULES NOT BEEN FILED? ___

WHEN WILL SCHEDULES BE FILED? ___

(X) Concluded   ( ) Continued to: ___
                                   Date
                                   ___
                                   Time
                                   ___
                                   Location

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules