WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW &
VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711
Phone: (520) 790-5828
Fax: (520) 745-1279

Kasey C. Nye (SB #020610)
knye@waterfallattorneys.com
Cindy K. Schmidt (SB #029659)
cschmidt@waterfallattorneys.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BREAULT RESEARCH ORGANIZATION, INC., an Arizona Corporation,<br><br>           Debtor. | Chapter 11<br><br>Case No.: 4:19-bk-08754-BMW<br><br>**APPLICATION TO EMPLOY CHRISTOPHER G. LINSCOTT AND CARLA J. KEEGAN OF KEEGAN, LINSCOTT & KENON, PC AS FINANCIAL ADVISORS FOR DEBTOR** |

Debtor BREAULT RESEARCH ORGANIZATION, INC., an Arizona corporation ("Debtor"), the debtor in possession in this Chapter 11 proceeding ("Reorganization"), respectfully asks the Court to enter an Order under 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014 appointing Christopher G. Linscott and Carla J. Keegan of the accounting firm Keegan, Linscott & Kenon, PC (the "Firm") as financial advisors for the Debtor.

**I.   Scope of Services**

Christopher G. Linscott and Carla J. Keegan of the accounting firm Keegan, Linscott & Kenon, PC will perform a variety of accounting and related financial

services for the Debtor, including but not limited to conducting required historic financial analyses; reviewing and assisting in preparing pro forma financial statements and operating projections; assisting and advising Debtor regarding the feasibility of possible debt restructuring scenarios; and providing any other financial services mutually agreed upon between the Debtor, Debtor's counsel, and Keegan, Linscott & Kenon, PC.

### II. Qualifications

The Debtor chose the firm Keegan, Linscott & Kenon, PC because it has provided high-level accounting services to the Tucson community for the past 25 years and is currently recognized as one of the top firms in Arizona. Keegan, Linscott & Kenon, PC offers specialized services in many areas, including corporate reorganizations and bankruptcies.

Christopher G. Linscott is the Director of Consulting Services at Keegan, Linscott & Kenon, PC. Mr. Linscott is a Certified Public Accountant, Certified Fraud Examiner, and Certified Insolvency and Restructuring Advisor with over thirty-five years of experience in public accounting. Mr. Linscott is a restructuring, litigation support, and forensic accounting specialist. *See* C. Linscott Curriculum Vitae, attached hereto at **Exhibit A**.

Carla J. Keegan is the Director of Taxation at Keegan, Linscott & Kenon, PC. Ms. Keegan is a Certified Public Accountant, Certified Insolvency and Restructuring Advisor, Certified Fraud Examiner, and is Certified in Financial Forensics with over thirty years of experience in public accounting. She specialized in tax planning and compliance. *See* C. Keegan Curriculum Vitae, attached hereto at **Exhibit B**.

Due to their background, knowledge and experience providing financial services and working with Chapter 11 reorganizations, Debtor believes that Christopher

2

G. Linscott and Carla J. Keegan of the accounting firm Keegan, Linscott & Kenon, PC are highly qualified to serve as financial advisors for Debtor in this Reorganization.

### III. Proposed Compensation Arrangement

The Keegan, Linscott & Kenon, PC firm agrees to provide services to Debtor at the following hourly rates:

| Professional | Hourly Rate |
|---|---|
| Director | $335 |
| Manager | $250 |
| Supervisor | $175 |
| Senior | $125 |
| Staff | $95 |

In addition, Keegan, Linscott & Kenon, PC will seek full reimbursement of all reasonably incurred expenses, including without limitation travel costs, courier and express mail costs, special or hand deliveries, copying costs, document processing, and other expenses.

Keegan, Linscott & Kenon, PC will seek compensation as provided by any applicable provision under the Bankruptcy Code, Bankruptcy Rules, Local Rules of this Court, and any Order regarding professional compensation entered in this Bankruptcy Case, subject to this Court's approval.

By this Application, Keegan, Linscott & Kenon, PC requests permission to file interim fee applications pursuant to 11 U.S.C. § 331.

### IV. Keegan, Linscott & Kenon, PC is Disinterested

As explained in the *Verified Statement of Christopher G. Linscott In Support of Application to Employ Christopher G. Linscott and Carla J. Keegan of Keegan, Linscott*

*& Kenon, PC as Financial Advisors for Debtor* ("Supporting Verification"), submitted herewith, Keegan, Linscott & Kenon, PC does not represent any matter adverse to the Debtor or the estate in the Reorganization. Keegan, Linscott & Kenon, PC is not a creditor, equity security holder, or an insider of the Debtor. Keegan, Linscott & Kenon, PC is not, and was not within 2 years before the date of the filing of the Petition in this Reorganization, a director, officer, or employee of the Debtor. Keegan, Linscott & Kenon PC has disclosed the following connections to creditors and equity security holders:

1. Mathew Pobloske, a shareholder and the President of the Debtor, is also a member and director of other ventures that Keegan Linscott & Kenon provides tax and accounting services.
2. Mesch Clark & Rothschild, P.C., KLK has provided services to Creditor Mesch Clark & Rothschild in various capacities in the past.

In light of the foregoing, Keegan, Linscott & Kenon, PC does not hold or represent an interest adverse to the estate, and is a "disinterested person" as that term is defined in 11 U.S.C. §101(14), and therefore meets the requirements for the employment of professional persons under 11 U.S.C. §327(a).

**V.   Conclusion**

Based on the foregoing, the Debtor respectfully requests entry of an Order:

1. Approving the employment of Christopher G. Linscott and Carla J. Keegan, with Keegan, Linscott & Kenon, PC, as financial advisors for the Debtor in the Reorganization, including related proceedings; and

2. Granting such other relief as the Court deems and fit under the circumstances.

DATED October 8, 2019.

WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.

By: /s/ *Kasey C. Nye (#020610)*
    Kasey C. Nye
    Cindy K. Schmidt
    *Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system which will send notifications of such filings to the following:

John C. Smith
Smith and Smith PLLC
john@smithandsmithpllc.com
*Attorney for Creditor Robert Breault*

COPY of the foregoing mailed October 8, 2019 to:

Christopher J. Pattock
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Christopher.J.Pattock@usdoj.gov

By: /s/   S. Lewellen
   Employee of WATERFALL ECONOMIDIS CALDWELL HANSHAW & VILLAMANA, PC

Exhibit A

**CHRISTOPHER G. LINSCOTT**
3443 N. CAMPBELL AVENUE, SUITE 115
TUCSON, ARIZONA 85719
(520) 884-0176

| | |
|---|---|
| **EDUCATION**: | B.A. Psychology, Amherst College, 1980 |
| | M.S. Accounting, New York University GBA, 1982 |
| | Certified Public Accountant (CPA) 1984 |
| | Certified Fraud Examiner (CFE) 1992 |
| | Certified Insolvency and Restructuring Advisor (CIRA) 1997 |
| | |
| **BACKGROUND**: | 1994 - Present |
| | **DIRECTOR** |
| | **Keegan, Linscott & Kenon, P.C.** |

Owner of CPA firm. Head of bankruptcy and reorganization, litigation support, and forensic accounting practice for the firm. Includes Tucson and Scottsdale offices practice leader.

1990-1993
**DIRECTOR, LITIGATION SUPPORT SERVICES**
**Coopers & Lybrand – Tucson, AZ**

Responsible for work associated with financial aspects of clients and support for attorneys involved in litigation, fraud, receivership cases and bankruptcy work primarily in Arizona. Duties included damage calculation review and preparation, forensic accounting and financial analysis. Other duties included manager responsibilities for financial audits.

1989-1990
**CHIEF FINANCIAL OFFICER**
**Tombstone & Southern Railroad, Inc.**

Served for two years as CFO of start-up real estate and entertainment project in Cochise County. As one of three principals in this project, duties encompassed finance; budgeting, taxes, financial reporting, prospective reporting, capital solicitation, cash management and development of a business plan. Non-financial responsibilities included marketing, public speaking and recruitment of personnel.

1981-1989
**SENIOR AUDIT MANAGER**
**Peat Marwick Main & Co. – New York, NY**
**Peat Marwick Main & Co. – Boston, MA**

Responsibilities included the supervision of fifty staff people on sixty audits for twelve clients. Duties included public and private reporting to the SEC and other third parties, day-to-day management of field work, oral and written presentations to top client management and Board of Directors, technical problem-solving and profit maximization. Areas of industry expertise include real estate, financial institutions, higher education, and manufacturing.

**RANGE OF EXPERIENCE**:

Served as Trustee for various Chapter 11 and Chapter 7 entities primarily in the real estate, hospitality and health care sectors.

Served as Chief Restructuring Officer for corporate commercial entity in Chapter 11.

Served as Examiner in Chapter 11 proceedings focusing on real estate entities and alleged fraud.

Served as "Responsible Party" (Trustee) for Chapter 11 debtor in successful corporate reorganization.

Served as Receiver for corporate commercial entities and financial institutions in Arizona and California.

Served as Liquidating Trustee for corporate commercial entities.

Served as Plan Agent in Chapter 11 proceeding.

Served as Court appointed Special Master in commercial litigation case.

Prepared operating cash forecasts for real estate projects, commercial entities, municipal and non-profit businesses.

Developed financial packages used to obtain project financing for real estate projects and commercial entities.

Assisted in due diligence reviews of corporate commercial acquisitions and joint ventures.

Assisted in the preparation of SEC filings for bankrupt real estate entities.

Served as accountant for various creditor committees in Chapter 11 proceedings to analyze fraudulent conveyance and preference issues and financial viability of ongoing entities.

Reviewed bankruptcy documents of various commercial entities to determine asset liquidation preference and financial viability of ongoing entity.

Served as financial advisor for various Chapter 11 entities, assisting with various aspects of corporate reorganization.

Provided expert witness testimony, including damage analysis and accounting-related issues in commercial litigation cases dealing with lost profits, owner disputes, securities fraud, employee/employer disputes, personal injury, business interruption claims and various other matters.

Performed various fraud analyses and forensic procedures related to litigation in Ponzi schemes and employee embezzlement schemes.

Constructed damage theories including computer-generated models for commercial businesses involved in litigation.

Analysis of sole and separate property issues, hidden assets and closely held corporations in divorce settlement litigation.

**PROFESSIONAL**
**ORGANIZATIONS**:  Member of the Arizona Society of CPA's, American Institute of Certified Public Accountants, National Association of Certified Fraud Examiners, Association of Insolvency and Restructuring Advisors. Board of Directors of Bashas, Inc.

Exhibit B

# CARLA J. KEEGAN, MBA, CPA, CFE, CIRA, CFF

3443 N CAMPBELL AVE #115
TUCSON, ARIZONA 85719
520.884.0176 ckeegan@klkcpa.com

**EDUCATION:**

Graduated from Kaiserslautern American High School in Germany
B.A. University of Arizona, 1980
M.B.A. University of Arizona, 1982

**PROFESSIONAL CERTIFICATIONS:**

Certified Public Accountant (CPA)
Certified Fraud Examiner (CFE)
Certified Insolvency & Restructuring Advisor (CIRA)
Certified in Financial Forensics (CFF)

**WORK EXPERIENCE:**

**1982 – 1994**
**Tucson Office Tax Practice Leader**
**Coopers & Lybrand, Tucson, AZ**
See work experience below.

**1994 – Present**
**President and Director of Taxation**
**Keegan, Linscott & Kenon, PC ("KLK")**
KLK is an independently owned full service, public accounting and consulting firm with offices in Tucson and Scottsdale, AZ. Member of the RSM US Alliance, the fifth largest CPA network internationally.

Carla has assisted numerous entrepreneurs in starting up, restructuring and selling their business. She has an extensive background in planning and real estate partnership transactions; including syndication, forecasts and projections, tax return preparation and planning, bankruptcy court reporting, and reorganizations. Carla serves individuals, trusts, S corporations, limited liability companies, C corporations, and not-for-profits in all phases of tax planning and compliance, including start up reorganization, and negotiations with the Internal Revenue Service. She has also advised numerous clients on international and state and local tax issues, including how best to structure transactions to minimize non U.S. and state taxes. Carla oversees all ASC 740 and FAS 48 work at KLK and often reviews this work for other CPA firms.

Carla has in depth experience analyzing allegations of tax fraud and other fraudulent reporting matters for clients and attorneys. She has specific expertise in bankruptcy, forensic accounting and fraud investigation, detection and prevention. Carla has served as an arbitrator, trustee case administrator, and expert witness in various matters; and has worked as the lead examiner in numerous high profile financial fraud cases serving as an expert witness during litigation. She has provided expert witness testimony in matters such as damage analysis, divorce litigation, lost profits, owner disputes, personal injury, business interruption claims, securities fraud, tax disputes and various other matters.

**2012 – 2016**
**Masters in Taxation Program**
**University of Arizona Eller College of Management, Tucson, AZ**
Developed curriculum and materials for and taught a graduate course: Taxation of Real Estate Transactions. Submitted textbook to publisher. Transitioned new professor to teach course.

**2017 – 2018**
**Masters in Taxation Program**
**University of Arizona Eller College of Management, Tucson, AZ**
Ad Hoc Guest Lecturer: Specialty Tax Subjects as requested.

In addition to KLK in-house training, has taught numerous classes for Coopers & Lybrand, AICPA, ASCPA, Arizona State Bar Association, nonprofits and other educational venues in areas of Individual Taxation, Sales Tax, Partnership Taxation, Forensic Accounting, Bankruptcy Taxation, "Covering your Non Profit Assets", and How to Start and Successfully Run a Small Business.

**COMMUNITY INVOLVEMENT PAST & PRESENT:**

- 2018 Chair, Past Vice Chair (2010) Angel Charity for Children, Inc.
  Also served as chair of several committees, executive committee member positions, charity selection advisor (many years), assistant treasurer, treasurer, underwriting chair (twice) and ball day chair (twice). One of the principal players in initiating, organizing and executing Angel's first strategic plan in 2016.
- DM 50, currently Treasurer, Board of Directors
- Past Chair, Secretary and Treasurer, Board of Directors, Community Food Bank of Southern Arizona
- Past Member, Financial Health Advisory Council Carondelet Foundation
- YWCA Women's Leadership and Training Program
- Past Board of Directors and Treasurer, Junior League of Tucson, Inc.
- Past Board of Directors and Chair, Downtown Advisory Council (Appointed by Mayor)
- Past Board of Directors and Chair, Downtown Business Association
- Past Founder, Board of Directors and Chair, Brewster Center for Victims of Family Violence (now merged with Emerge!)
- Past member Alpha Omicron Pi Corporation Board
- Past Junior Achievement Advisor
- Past VITA (Volunteer Income Tax Assistance) volunteer
- Past TUSD Teenage Parent Program Mentor
- 2016 40 under 40 Mentor of the Year
- 2015 Eller College Sydney S. Woods Alumni Service Award
- 2015 Tucson Panhellenic Athena Award Winner
- 2014 Junior League of Tucson Ann-Eve Johnson Award Winner
- 2013 Outstanding Volunteer Fundraiser, National Association of Fundraising Professionals (NAFP)
- 2013 Chair, Dancing with our Stars, signature fundraising event for the Diaper Bank of Southern Arizona. Raised record breaking amount of funds for the organization
- 2013 Celebrity dancer "Nutcracker" signature fundraiser Dancing in the Streets
- 2012 Winner – Tango- Dancing with our Stars
- 2011 Public Service Award, Arizona Society of Certified Public Accountants (ASCPA)
- 2011 Named one of the University of Arizona's Ordinary Women who do Extraordinary things

**PROFESSIONAL ORGANIZATIONS:**

American Institute of Certified Public Accountants (AICPA)
Arizona Society of Certified Public Accountants (ASCPA)
Association of Certified Fraud Examiners (ACFE)
Association of Insolvency & Restructuring Advisors (AIRA)
National Society of Tax Professionals
Women Presidents' Organization (WPO)
Pet Partners/Jeremy Brown -Certified therapy team with Princess and Jeff Fuld