WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW &
VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ 85711
Phone: (520) 790-5828
Fax: (520) 745-1279

Kasey C. Nye (SB #020610)
knye@waterfallattorneys.com
Cindy K. Schmidt (SB #029659)
cschmidt@waterfallattorneys.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BREAULT RESEARCH ORGANIZATION, INC., an Arizona Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No.: 4:19-bk-08754-BMW<br><br>**VERIFIED STATEMENT OF CHRISTOPHER G. LINSCOTT IN SUPPORT OF:**<br><br>**APPLICATION TO EMPLOY CHRISTOPHER G. LINSCOTT AND CARLA J. KEEGAN OF KEEGAN, LINSCOTT & KENON, PC AS FINANCIAL ADVISORS FOR DEBTOR** |

1. I, Christopher G. Linscott, am a Director of Keegan, Linscott & Kenon, PC.

2. I submit this Verified Statement as the statement of Keegan, Linscott & Kenon, PC pursuant to 11 U.S.C. §327 and Fed. R. Bankr. P. 2014, and in support of BREAULT RESEARCH ORGANIZATION, INC. ("Debtor")'s *Application to Employ Christopher G. Linscott and Carla J. Keegan of Keegan, Linscott & Kenon, PC as*

*Financial Advisors for Debtor*.

3. To the best of my knowledge and after reasonable inquiry, Keegan, Linscott & Kenon, PC does not represent any matter adverse to the Debtor or estate in this case: *In re: BREAULT RESEARCH ORGANIZATION, INC., an Arizona Corporation*, Chapter 11, Case No: 4:19-bk-08754-BMW (the "Reorganization").

4. To the best of my knowledge and after reasonable inquiry, Keegan, Linscott & Kenon, PC is not a creditor, equity security holder, or an insider of the Debtor.

5. To the best of my knowledge and after reasonable inquiry, Keegan, Linscott & Kenon, PC is not, and was not within 2 years before the date of the filing of the Petition in this Reorganization, a director, officer, or employee of the Debtor.

6. In accordance with Fed. R. Bankr. P. 2014(a), and to the best of my knowledge after reasonable inquiry, I disclose the following connections between the Keegan, Linscott & Kenon, PC and the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee:

    A. Mathew Pobloske, a shareholder and the President of the Debtor, is also a member and director of other ventures that Keegan Linscott & Kenon provides tax and accounting services.

    B. Mesch Clark & Rothschild, P.C., KLK has provided services to Creditor Mesch Clark & Rothschild in various capacities in the past.

7. Taking into account the foregoing, I believe that Keegan, Linscott & Kenon, PC does not hold or represent an interest adverse to the estate, and is a "disinterested person" as that term is defined in 11 U.S.C. §101(4), and therefore meets the requirements for the employment of professional persons under 11 U.S.C. §327(a).

8. Keegan, Linscott & Kenon, PC intends on filing a fee application with this Court, as appropriate, in accordance with applicable provisions of the Bankruptcy Case, Bankruptcy Rules, Local Rules of this Court, and any other directives or orders of this Court.

9. To the best of my knowledge, Keegan, Linscott & Kenon, PC has not received any promises as to compensation in connection with this Reorganization, other than in accordance with the Bankruptcy Code.

10. To the best of my knowledge and after reasonable inquiry, Keegan, Linscott & Kenon, PC does not have an agreement with any other entity to share with such entity compensation received by Keegan, Linscott & Kenon, PC for services rendered in this Reorganization, or related proceedings.

11. I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 8, 2019
(date)

By: *[signature]*
Christopher G. Linscott

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system which will send notifications of such filings to the following:

John C. Smith
Smith and Smith PLLC
john@smithandsmithpllc.com
*Attorney for Creditor Robert Breault*

COPY of the foregoing mailed October 8, 2019 to:

Christopher J. Pattock
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Christopher.J.Pattock@usdoj.gov

By: */s/*
Employee of WATERFALL ECONOMIDIS CALDWELL HANSHAW & VILLAMANA, PC