# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BREAULT RESEARCH ORGANIZATION, INC., an Arizona Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No.: 4:19-bk-08754-BMW<br><br>**ORDER APPROVING APPLICATION TO EMPLOY CHRISTOPHER G. LINSCOTT AND CARLA J. KEEGAN OF KEEGAN, LINSCOTT & KENON, PC AS FINANCIAL ADVISORS FOR DEBTOR** |

Upon the *Application to Employ Christopher G. Linscott and Carla J. Keegan of Keegan, Linscott & Kenon, PC as Financial Advisors for Debtor,* filed by BREAULT RESEARCH ORGANIZATION, INC., seeking authority to employ Christopher G. Linscott and Carla J. Keegan, of the accounting firm Keegan, Linscott & Kenon, PC, as financial advisors for Debtor in the above-captioned case and related proceedings, and the supporting *Verified Statement of Christopher G. Linscott*, and good cause appearing:

**IT IS HEREBY ORDERED** that the employment of Christopher G. Linscott and Carla J. Keegan, of the firm Keegan, Linscott & Kenon, PC, as financial advisors for Debtor in this bankruptcy, Case No.: 4:19-bk-08754-BMW, including related

proceedings, is approved in accordance with the terms stated in the Application.

**IT IS FURTHER ORDERED** that Christopher G. Linscott and Carla J. Keegan, of the firm Keegan, Linscott & Kenon, PC, file fee applications and receive Court approval before payment by the Debtor, unless otherwise authorized by the Court.

**IT IS FURTHER ORDERED** that Christopher G. Linscott and Carla J. Keegan, of the firm Keegan, Linscott & Kenon, PC, may file interim fee applications pursuant to 11 U.S.C. §331.

**IT IS FURTHER ORDERED** that approval of employment of a professional person does not automatically approve any fee arrangement set forth in the Application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request; notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider applications in the absence of any objections, and may adjust the fees according to the merits of the particular case. *See* 11 U.S.C. §§327, 328, 330 and 331.

**DATED AND SIGNED ABOVE**