# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | BREAULT RESEARCH ORGANIZATION, INC |
| **Case Number:** | 4:19-BK-08754-BMW  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 12, 2021 10:15 AM  VIDEO CONF HRGS |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | KATIE HENDERSON |

### Matter:

CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 17, 2020 (SET AT HEARING HELD 07/08/20) (CONT. FROM 09/16/20)

**R / M #:** 54 / 0

### Appearances:

KASEY NYE, REPRESENTING BREAULT RESEARCH ORGANIZATION, INC. AND APPEARING BY VIDEOCONFERENCE

MATTHEW POBLOSKE, PRESIDENT OF BREAULT RESEARCH ORGANIZATION, INC., APPEARING BY VIDEOCONFERENCE

JOHN SMITH, REPRESENTING ROBERT AND JUDY BREAULT AND APPEARING BY VIDEOCONFERENCE

ALAN SOLOT, REPRESENTING EUKAIPIA VENTURES, LLC AND CHARLES LUEBBERING AND APPEARING BY VIDEOCONFERENCE

MARK FINK, APPEARING BY VIDEOCONFERENCE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 4:19-BK-08754-BMW          WEDNESDAY, MAY 12, 2021 10:15 AM

## *Proceedings:*

Mr. Nye reports that the debtor was able to reach an agreement with Mr. Solot's clients. The order approving that 9019 motion has been entered and the terms will be incorporated into the confirmation order. The debtor was not able to reach an agreement with Mr. Fink. Mr. Fink will not sign off on the plan. It is his understanding that Mr. Fink does not intend to present evidence or challenge the debtor's evidence. Mr. Fink's concerns seem to center on operations and feasibility. He intends to file Mr. Pobloske's declaration in support of confirmation and have Mr. Pobloske available for cross-examination if needed.

The Court asks about Mr. Fink's intent. Does Mr. Fink intend to pursue his objection which will require submitting a joint pretrial statement, presenting evidence, and examining witnesses?

Mr. Fink reports that he does not intend to pursue his objection. He participated in the discussion and tried to resolve the issues. He does not see any value in trying to stop the execution of the plan at this time.

COURT: GIVEN MR. FINK'S POSITION, THE DEBTOR IS TO SUBMIT A DECLARATION IN SUPPORT OF PLAN CONFIRMATION. THE COURT WILL REVIEW THE DECLARATION TO SEE IF IT SUFFICIENT FOR THE PURPOSES OF PLAN CONFIRMATION WITH THE UNDERSTANDING THAT MR. FINK WILL NOT BE PURSUING HIS OBJECTION. IF THE DECLARATION IS SUFFICIENT, THEN THIS COURT SHOULD BE IN A POSITION TO CONFIRM THE PLAN. THE DECLARATION IS TO BE ON FILE 10 DAYS PRIOR TO THE CONTINUED HEARING (NO LATER THAN 5:00 P.M. ON FRIDAY MAY 28, 2021). A CONTINUED CONFIRMATION HEARING IS SET FOR MONDAY JUNE 7, 2021 AT 1:00 P.M.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED CONFIRMATION HEARING IS SET FOR MONDAY JUNE 7, 2021 AT 1:00 P.M. ANY INTERESTED PARTIES ARE TO APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 160 363 2310 AND THE PASSCODE IS 582598.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM DEPUTY REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.